UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GALLIE DOSSOU,                              :

                Plaintiff,            :    Civil Action No. 13 CV 2800
                                                                     (GBD) (KFN)

  - against -                                :

REYER PARKING CORP. and                     :    **REPLY DECLARATION**
GERALD LIEBLICH,
                                                     :

                Defendants.
                                                     :

------------------------------------------------------------X

      **ZAFAR MAJEED** hereby declares as follows:

      1.    I am the President and Chief Executive Officer of Peak Time Parking, Inc. ("Peak Time"), which is the tenant of the Reyer Parking garage (the "Garage") located at 1872 East Tremont Avenue, Bronx, New York, and subleases the Garage to the actual operator, FDD Enterprises, Inc. ("FDD").

      2.    I I have personal knowledge of the matters set forth herein and submit this reply declaration at the request of defendants Reyer Parking, Inc. ("Reyer") and Gerald Lieblich ("Lieblich"), in reply to the declaration of the plaintiff, Gallie Dossou ("Dossou") in opposition to the defendant's motion to dismiss this action on the ground that there is no employment relationship between Reyer/Lieblich, on the one hand, and Dossou, on the other hand.

      3.    Peak Time rents the Garage from the landlord of the building, 1872 East Tremont Corp. ("Landlord"). Reyer is the Department of Consumer Affairs licensee of record of the Garage and is legally responsible to consumers in the event of damage to the vehicles, disputes

over parking fees, etc. However, Reyer and Lieblich play no role whatsoever in the actual operation of the Garage, which is owned by the Landlord, rented to Peak Time, and operated by FDD.

4. The principal of FDD is my brother, Ali Dar ("Ali"). Peak Time, which is creditworthy, rents the Garage from the Landlord as an accommodation to Ali. FDD pays all the expenses of the operation, including the payroll.

5. When the claim letter dated March 19, 2013 was received from Dossou's former attorney, I told Mr. Lieblich that FDD was the employer and would advise the plaintiff's attorney of that fact. Ali subsequently sent the attorney a letter stating that FDD is the employer. I understand that the Court already has a copy of this letter as one of the motion exhibits.

6. To the best of my knowledge, based upon my conversations with Ali, the facts set forth in Ali's letter to Dossou's former attorney are correct and Dossou has no claim. However, assuming that he has any claim at all, his employer and the responsible party would be FDD, not Reyer and Lieblich (and not Peak Time, which merely is a nominal tenant).

Executed under the Penalties of Perjury at
New York, New York on the 7 day of June, 2013.

_____
Zafar Majeed

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

GALLIE DOSSOU,                                                  :

                    Plaintiff,     :    Civil Action No. 13 CV 2800
                                                    (GBD) (KNF)

  - against -                                                  :

REYER PARKING CORP. and                                         :    **PROOF OF SERVICE**
GERALD LIEBLICH,
                                                    :

                    Defendants.
                                                    :

----------------------------------------------------------------X

      EDWARD S. RUDOFSKY, an attorney admitted to practice in the State of New York, hereby affirms that following to be true under the penalty of perjury:

      1.     I am a member of the firm of Zane and Rudofsky, attorneys for Defendants.

      2.     On the 21st day of June, 2013, I caused the within Reply Declaration of Zafar Majeed to be served by First Class Mail upon:

                      **MICHAEL T. CARR, PLLC**
                      *Attorney for Plaintiff*
                      16 Court Street, Suite 2901
                      Brooklyn, New York  11241
                      (718) 858-0227

the address designated for such purpose, by delivery to the United States Postal Service, in New York, New York, in a securely-wrapped, postage-prepaid envelope, properly addressed to said office at said address.

Dated:  New York, New York
          June 21, 2013

                                                                   _____
                                                                   Edward S. Rudofsky