UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GALLIE DOSSOU

                Plaintiff,

   -against-

                            ORDER

                         13 cv 2800 (GBD)(KNF)

REYER PARKING CORP.
GERALD LIEBLICH

                Defendants.

------------------------------------x

Defendants' Motion to Dismiss (ECF 8) is DENIED without prejudice.

Dated: December 12, 2013
       New York, New York

                                          SO ORDERED:

                                          GEORGE B. DANIELS
                                          United States District Judge