# APPLICATION FOR EMPLOYMENT
## APLICACION PARA EMPLEO

**Please print all information and all spaces must be filled and, in ink.**
*Por favor utilizar letra de molde y todos los espacios deben ser llenados y en tinta*

1. **LAST NAME / PRIMER APELLIDO:** Dossou Gallie
   **FIRST NAME / PRIMER NOMBRE:** Pinonki

2. **MIDDLE INITIAL / INICIAL SEGUNDO NOMBRE:** ___
   **SOCIAL SECURITY NUMBER / NUMERO DEL SEGURO SOCIAL:** ___

3. **ADDRESS NUMBER & STREET / DIRECCION NUMERO Y CALLE:** 1575 Theriot Ave 5A
   **CITY / CIUDAD:** Bronx

4. **STATE / ESTADO:** N/Y
   **ZIP CODE / CODIGO POSTAL:** 10460
   **HOW LONG THERE / CUANTO TIEMPO ALLI:** 1.5 years

5. **HOME TELEPHONE # / NUMERO TELEFONICO DE LA CASA:** ___
   **CELLULAR # / CELULAR #:** 347-2618881
   **BEEPER #:** ___

6. **NEAREST RELATIVE TELEPHONE NUMBER & STREET / NUMERO TELEFONICO DEL PARIENTE MAS CERCANO:** 347-987 5699 Adusei

7. **PREVIOUS ADDRESS NUMBER & STREET / DIRECCION ANTERIOR Y NUMERO DE CALLE:** N/A
   **CITY / CIUDAD:** ___

8. **STATE / ESTADO:** ___
   **ZIP CODE / CODIGO POSTAL:** ___
   **HOW LONG THERE / CUANTO TIEMPO ALLI:** ___

9. **ARE YOU AUTHORIZED TO WORK IN THE UNITED STATES? / ESTA USTED AUTORIZADO A TRABAJAR EN LOS ESTADOS UNIDOS?**  YES ___ NO ✓

10. **HAVE YOU FILED AN APPLICATION HERE BEFORE? / HA LLENADO USTED UNA APLICACION AQUI ANTES:** YES ___ NO: No   DATE/FECHA ___

11. **HAVE WE EVER EMPLOYED YOU? / LE HEMOS EMPLEADO ANTES?** YES ___ From/Desde ___ to/al ___ NO ✓

12. **IF YES, WHY ARE YOU NO LONGER WITH US? / SI ES SI, PORQUE YA NO CONTINUA CON NOSOTROS?** N/A

13. **HAVE YOU WORKED IN PARKING BEFORE? / HA TRABAJADO USTED EN PARQUEADEROS ANTES?** YES ___ NO ___

14. **IF YES WHERE & WHEN? / SI LA RESPUESTA ES SI, CUANDO Y DONDE:** N/A

15  HAVE YOU EVER BEEN INVOLVED IN AN AUTOMOBILE ACCIDENT? IF SO, DESCRIBE THE NATURE OF ACCIDENT AND DAMAGE TO
    VEHICLES AND PERSONS                                                            YES _____        NO ✓
    SE HA VISTO USTED ENVUELTO EN UN ACCIDENTE AUTOMOVILISTICO? SI LA RESPUESTA ES SI, DESCRIBA LA CAUSA
    DE L ACCIDENTE Y LOS DAÑOS A VEHICULOS O PERSONAS                               SI _____        NO _____

    _____
    _____
    _____

16  HAVE YOU EVER BEEN INJURED AS A RESULT OF AN AUTOMOBILE ACCIDENT?               YES _____        NO ✓
    IF SO, DESCRIBE THE NATURE OF THE OF INJURY
    ALGUNA VEZ USTED HA RESULTADO LESIONADO EN UN ACCIDENTE AUTOMOVILISTICO?
    SI LA RESPUESTA ES SI DESCRIBA LA CLASE DE LESION                               SI _____        NO _____

    _____
    _____
    _____

17  HAVE YOU EVER DRIVEN A VEHICLE UNDER THE INFLUENCE OF ALCOHOL OR DRUGS?         YES _____        NO ✓
    HAVE YOU EVER BEEN CONVICTED OF DRIVING UNDER THE INFLUENCE OF ALCOHOL OR DRUGS?
                                                                                    YES _____        NO _____
    USTED HA MANEJADO ALGUNA VEZ VEHICULOS BAJO LA INFLUENCIA DEL ALCOHOL O DROGAS?
                                                                                    SI _____        NO _____
    ALGUNA VEZ USTED HA SIDO CONVICTO POR MANEJAR BAJO LA INFLUENCIA DEL ALCOHOL O DROGAS?
                                                                                    SI _____        NO _____

18  HAVE YOU EVER BEEN CONVICTED OF RECKLESS DRIVING? IF SO EXPLAIN                 YES _____        NO ✓
    USTE ALGUNA VEZ HA SIDO CONVICTO POR MANEJAR IRRESPONSABLEMENTE?                SI _____        NO _____
    SI LA RESPUESTA ES SI EXPLIQUE: _____

    _____
    _____

    HAVE YOU EVER CAUSED DAMAGE TO PROPERTY OR PERSON AS A RESULT OF YOUR RECKLESS OR CARELESS DRIVING?
                                                                                    YES _____        NO ✓
    ALGUNA VEZ USTED HA CAUSADO DAÑOS A PROPIEDADES O A PERSONAS POR HABER MANEJADO IRRESPONSABLEMENTE O SIN
    CUIDADO?                                                                        SI _____        NO _____
    SI LA RESPUESTA ES SI EXPLIQUE: _____

    _____
    _____

19  POSITION APPLIED FOR                         Attendant    WHEN YOU CAN START?       ASAP
    POSICION PARA LA QUE ESTA APLICANDO:                      CUANDO PUEDE INGRESAR?

20  DO YOU WANT TO WORK FULL TIME OR PART TIME?
    QUIERE USTED TRABAJAR TIEMPO COMPLETO O PARTE DEL TIEMPO?     FT / PT

21  IF PART TIME, SPECIFY DAYS & HOURS                            N/A
    SI ES SOLO PARTE DEL TIEMPO ESPECIFIQUE LOS DIAS Y LAS HORAS

22  CAN YOU WORK ANY SCHEDULE?        YES ✓        IF NO, WHAT HOURS AVAILABLE _____
    PUEDE USTED TRABAJAR CUALQUIER HORARIO?    SI _____        SI NO, QUE HORAS DISPONIBLE _____

23  ARE YOU AVAILABLE WEEKENDS?                                                      YES ✓              NO _____
    ESTA USTED DISPONIBLE PARA TRABAJAR LOS FINES DE SEMANA?                         SI _____        NO _____

24  CAN YOU DRIVE A CAR WITH A STICK SHIFT & A CLUTCH?      YES ✓      NO ___
    PUEDE USTED MANEJAR UN CARRO DE CAMBIOS?                SI ___     NO ___

25  HOW DID YOU LEARN ABOUT THIS JOB?           Friend
    COMO SE ENTERO USTED DE ESTE EMPLEO?

26  DO YOU KNOW ANYBODY IN THIS COMPANY?                    YES ___    NO ✓
    CONOCE USTED A ALGUIEN QUE TRABAJA EN ESTA COMPAÑIA?    SI ___     NO ___

27  IF, YES, NAME OF EMPLOYEE?                  N/A
    SI, ES SI, NOMBRE DEL EMPLEADO?

28  DO YOU HAVE A CURRENT DRIVER LICENSE?
    TIENE USTED UNA LICENCIA DE CONDUCIR?                   YES ___    NO ✓
                                                            SI ___     NO ___

29  IF, YES, STATE AND LICENSE NUMBER?          N/A
    SI ES SI, ESTADO Y NUMERO DE LICENCIA?

30  DO YOU OWN A CAR?         YES ___    NO ✓   IF, YES, MAKE & YEAR ___        PLATE ___
    TIENE USTED UN AUTOMOVIL? SI ___    NO ___  SI, ES SI MARCA Y AÑO ___       PLACA ___

31  DO YOU SPEAK, WRITE AND/OR UNDERSTAND ANY LANGUAGE OTHER THAN ENGLISH?  YES ✓   NO ___
    HABLA USTED, ESCRIBE O/Y ENTIENDE CUALQUIER OTRO IDIOMA APARTE DEL INGLES?  SI ___  NO ___

32  IF YES, WHICH LANGUAGE?                     Italin
    SI ES SI, QUE IDIOMA?

33  U.S. MILITARY SERVICE:         BRANCH ___           FROM ___          TO ___
                                   TYPE OF DISCHARGE ___
                                   DUTIES & SPECIAL TRAINING ___

    SERVICIO MILITAR E.E.U.U:      RAMA ___             DESDE ___         A ___
                                   CLASE DE RETIRADA ___
                                   DEBERES & ENTRENAMIENTO ESPECIAL ___

34  ARE YOU PRESENTLY IN THE ACTIVE RESERVES?             YES ___    NO ✓
    ESTA USTED EN LAS RESERVAS ACTIVAS?                   SI ___     NO ___

35  HAVE YOU EVER BEEN CONVICTED OF ANY CRIME?            YES ___    NO ___
    HA SIDO USTED CONDENADO POR ALGUN CRIMEN?             SI ___     NO ___

36  IF, YES, GIVE PARTICULARS AND DISPOSITION:            N/A
    SI ES SI, DE DETALLES Y RESULTADOS:

( If not job related, it will not be used as the sole basis for not employing an otherwise qualified candidate. Give all the facts so that a decision can be made.)

( Si no esta relacionado, no sera utilizado como la unica base para no emplear una persona que de otra forma podria calificar. Incluya todos los datos para que se pueda tomar una decision.)

37  ARE YOU IN GOOD HEALTH?                                YES ✓     NO ___
    ESTA USTED EN BUENA SALUD?                             SI ___    NO ___

38 DO YOU HAVE OR HAVE YOU HAD IN THE PAST ANY PHYSICAL OR MENTAL IMPAIRMENT WHICH WOULD INTERFERE WIITH YOUR ABILITY TO PERFORM THE DUTIES OF THE JOB APPLLIED FOR?   YES _____   NO ✓

*TIENE USTED O HA TENIDO EN EL PASADO ALGUN IMPEDIMENTO FISICO Y/O MENTAL QUE PUEDA INTERFERIR CON LA HABILIDAD PARA USTED PODER CUMPLIR CON LAS RESPONSABILIDADES DEL EMPLEO AL QUE ESTA APLICANDO?*
   SI _____   NO _____

39 IF, YES PLEASE EXPLAIN. PLEASE PROVIDE DATES, LOCATION AND A FULL EXPLANATION OF THE PHYSICAL OR MENTAL IMPAIRMENT.
*SI ES SI; POR FAVOR EXPLIQUE, PROVEA LAS FECHAS Y COMPLETA EXPLICACION DEL IMPEDIMENTO FISICO O MENTAL*

N/A

DESCRIBE FULLY THE PHYSICAL AND/OR THE MENTAL IMPAIRMENT AND IT'S IMPACT ON YOUR ABILITY TO PERFORM ALL YOUR DUTIES WITHOUT LIMITATION. ARE THERE ANY REASONS WHY YOU COULD NOT PERFORM ALL OF YOUR DUTIES WITHOUT LIMITATION? PLEASE EXPLAIN
*DESCRIBA COMPLETAMENTE EL IMPEDIMENTO FISICO O MENTAL Y EL IMPACTO SOBRE SUS HABILIDADES PARA CUMPLIR CON SUS RESPONSABILIDADES, SIN LIMITACIONES. DIGANOS CUALQUIER RAZON POR LA CUAL USTED NO PUEDE CUMPLIR CON SUS RESPONSABILIDADES SIN LIMITACIONES, POR FAVOR EXPLIQUE*

PLEASE PROVIDE THE NAMES, ADDRESSES AND TELEPHONE NUMBERS OF ALL DOCTORS AND/ OR HOSPITALS WHICH MAY HAVE INFORMATION CONCERNING ANY PHYSICAL AND/ OR MENTAL IMPAIRMENT.
*POR FAVOR PROVEA LOS NOMBRES, DIRECCIONES Y NUMEROS TELEFONICOS DE LOS MEDICOS Y HOSPITALES, LOS CUALES PODRIAN DAR INFORMACION REFERENTE A SU IMPEDIMENTO FISICO O MENTAL.*

40         EDUCATION HISTORY - EVEN IF IT IS IN ANOTHER COUNTRY
           *HISTORIA DE SU EDUCACION - ASI SEA EN OTRO PAIS*

| EDUCATION / *EDUCACION* | NAME OF SCHOOL / *ESCUELA/ COLEGIO* | # OF YEARS / *# DE AÑOS* | TYPE OF COURSE / *TIPO DE CURSO* | CITY / *CIUDAD* | COUNTRY / *PAIS* |
|---|---|---|---|---|---|
| ELEMENTARY / *ELEMENTAL* | Gyame middle school | 10 | Education | Kumasi | Ghana |
| HIGH SCHOOL / *BACHILLER* | | | | | |
| COLLEGE / *UNIVERSIDAD* | | | | | |
| OTHER / *OTRO* | | | | | |

| PRESENT SCHOOL OR JOB SCHEDULE *HORARIO DE ESTUDIO O TRABAJO ACTUAL* | MONDAY *LUNES* | TUESDAY *MARTES* | WEDNESDAY *MIERCOLES* | THURSDAY *JUEVES* | FRIDAY *VIERNES* | SATURDAY *SABADO* | SUNDAY *DOMINGO* |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

41           EMPLOYMENT HISTORY, START WITH PRESENT OR LAST POSITION
             *HISTORIA DE TRABAJO, EMPRESA CON LA POSICION ACTUAL O LA ULTIMA*

| COMPANY / EMPRESA | PERIOD EMPLOYED / TIEMPO TRABAJADO | REASON FOR LEAVING / RAZON DE SALIDA | NAME, PHONE & ADDRESS OF ALL YOUR SUPERVISORS / NOMBRE, TELEFONO Y DIRECCION DE SUS SUPERVISORES |
|---|---|---|---|
| NAME / NOMBRE: | FROM / DESDE    TO / AL | N/A | NAME / NOMBRE |
| ADDRESS / DIRECCION: | POSITION / POSICION: | | ADDRESS / DIRECCION |
| TELEPHONE / TELEFONO: | SALARY / SALARIO: | | TELEPHONE / TELEFONO |
| NAME / NOMBRE: | FROM / DESDE    TO / AL | | NAME / NOMBRE |
| ADDRESS / DIRECCION: | POSITION / POSICION: | | ADDRESS / DIRECCION |
| TELEPHONE / TELEFONO: | SALARY / SALARIO: | | TELEPHONE / TELEFONO |
| NAME / NOMBRE: | FROM / DESDE    TO / AL | | NAME / NOMBRE |
| ADDRESS / DIRECCION: | POSITION / POSICION: | | ADDRESS / DIRECCION |
| TELEPHONE / TELEFONO: | SALARY / SALARIO: | | TELEPHONE / TELEFONO |
| NAME / NOMBRE: | FROM / DESDE    TO / AL | | NAME / NOMBRE |
| ADDRESS / DIRECCION: | POSITION / POSICION: | | ADDRESS / DIRECCION |
| TELEPHONE / TELEFONO: | SALARY / SALARIO: | | TELEPHONE / TELEFONO |

42 IN CASE OF EMERGENCY NOTIFY - NAME, ADDRESS, PHONE, RELATIONSHIP
*EN CASO DE EMERGENCIA AVISAR - NOMBRE, DIRECCION, TELEFONO, RELACION*

Elizabeth O Twum
1575 Thieroit Ave 5A Bronx N/Y  347 2619457
Wiafe

43                                    PERSONAL REFERENCES
                                      *REFERENCIAS PERSONALES*

| NAME<br>*NOMBRE* | ADDRESS<br>*DIRECCION* | TELEPHONE<br>*TELEFONO* |
|---|---|---|
| 1 | N/A | |
| 2 | | |
| 3 | | |
| 4 | | |

44  FORMER NAME IF ANY, INCLUDING AN ASSUMED NAME OR NICKNAME NECESSARY TO ENABLE US TO CHECK YOUR PRIOR WORK RECORD? *NOMBRE ANTERIOR, SI ALGUNO INCLUYENDO UNO ASUMIDO O APODO; ES NECESARIO PARA PODER REVISAR SU HISTORIA DE TRABAJO?* __N/A__

45  IT IS AGREED AND UNDERSTOOD THAT BY SIGNING THIS APPLICATION FOR EMPLOYMENT I FULLY CONSENT TO A PROBATIONARY PERIOD OF SIXTY ( 60 ) DAYS AND UNDERSTAND THAT MY EMPLOYMENT WILL DEPEND ON A SATISFACTORY PROBATIONARY PERIOD BASED ON THIS EMPLOYER'S ASSESMENT I FURTHER AGREE THAT THIS EMPLOYMENT SHALL BE AN EMPLOYMENT AT WILL SHALL BE IN ALL RESPECTS SUBJECT TO THIS EMPLOYER'S RULES, REGULATIONS AND POLICIES, AS MAY BE AMENDED FROM TIME TO TIME, AND SHALL BE CONTINGENT ON THE CONTINUED MAINTENANCE OF A VALID DRIVER'S LICENSE.

*ES ACORDADO Y ENTENDIDO, QUE FIRMANDO ESTA APLICACION PARA EMPLEO YO ACEPTO UN PERIODO DE PRUEBA DE SESENTA DIAS (60) DIAS Y ENTIENDO QUE MI EMPLEO DEPENDERA DE UN PERIODO DE PRUEBA SATISFACTORIO BASADO EN LA APRECIACION DE ESTE EMPLEADOR, YO TAMBIEN ESTOY DE ACUERDO QUE ESTE EMPLEO SERA UN EMPLEO POR MI PROPIA VOLUNTAD Y DEBE SER EN TODOS LOS ASPECTOS SUJETO A LAS REGLAS, REGULACIONES Y POLIZAS DEL EMPLEADOR, QUE PODRAN CAMBIAR DE UN MOMENTO A OTRO, Y A EL CONTINUO MANTENIMIENTO DE UNA LICENCIA VALIDA PARA CONDUCIR.*

46  I UNDERSTAND THAT EMPLOYMENT, IF OFFERED, IS SUBJECT TO A SATISFACTORY MEDICAL EXAMINATION REPORT AND SATISFACTORY PERSONAL, EDUCATION, AND PREVIOUS EMPLOYMENT REFERENCE VERIFICATION. I HEREBY AUTHORIZE THIS EMPLOYER TO CONDUCT A BACKGROUND INVESTIGATION AND A CHECK OF MY DRIVER'S LICENSE.

*YO ENTIENDO QUE EL EMPLEO, SI ME ES OFRECIDO, ES SUJETO AL REPORTE SATISFACTORIO DE UN EXAMEN MEDICO, PERSONAL, EDUCACIONAL Y VERIFICACION DE LAS REFERENCIAS DE EMPLEO, POR CONSIGUIENTE YO AUTORIZO A ESTE EMPLEADOR PARA QUE INVESTIGUE MI HISTORIAL Y TAMBIEN MI LICENCIA PARA CONDUCIR.*

47  I FURTHER AUTHORIZE AND REQUEST ANY AND ALL OF MY FORMER EMPLOYERS AND/OR ANY OTHER PERSON TO FURNISH THIS EMPLOYER, OR ANY AGENT ACTING ON ITS BEHALF, ANY INFORMATION THEY MAY HAVE CONCERNING MY CHARACTER, ABILITY, BUSINESS ACTIVITIES, GENERAL REPUTATION, TOGETHER WITH, IN THE CASE OF FORMER EMPLOYERS, A HISTORY OF MY EMPLOYMENT , BY THEM AND THE REASONS FOR THE TERMINATION THEREOF, MOREOVER, I HEREBY RELEASE EACH SUCH EMPLOYER AND/OR EACH SUCH OTHER PERSON FROM ANY AND ALL LIABILITY OF WHATSOEVER NATURE BY REASON OF FURNISHING SUCH INFORMATION TO THIS EMPLOYER OR ANY AGENT ACTING ON ITS BEHALF.

*YO TAMBIEN AUTORIZO Y LE PIDO A CUALQUIERA Y TODOS MIS EMPLEADORES ANTERIORES Y/O CUALQUIER OTRA PERSONA QUE ENTREGUE A ESTE EMPLEADOR , O CUALQUIERA DE SUS AGENTES, QUE ACTUEN EN SU NOMBRE , CUALQUIER INFORMACION QUE ELLOS PUEDAN TENER EN MI NOMBRE, CONCERNIENTE A MI CARACTER, HABILIDAD, ACTIVIDADES EN EL NEGOCIO, REPUTACION GENERAL, JUNTO A, EN EL CASO DE EMPLEADORES ANTERIORES, UNA HISTORIA DE MI TRABAJO CON ELLOS Y LA RAZON DE MI POSTERIOR RETIRO.*

48   I FURTHER AUTHORIZE THIS EMPLOYER TO MAKE AVAILABLE TO ANY OTHER AND/OR FUTURE EMPLOYER AND/OR TO ANY FEDERAL, STATE OR MUNICIPAL AGENCY, ANY INFORMATION IT MAY HAVE CONCERNING ME, AND I HEREBY RELEASE THIS EMPLOYER FROM ANY AND ALL LIABILITY OF WHATSOEVER NATURE BY REASON OF FURNISHING SUCH INFORMATION.

*TAMBIEN AUTORIZO A ESTE EMPLEADOR PARA QUE HAGA DISPONIBLE A CUALQUIER OTRO EMPLEADOR FUTURO O A CUALQUIER AGENCIA FEDERAL, ESTATAL O MUNICIPAL CUALQUIER INFORMACION QUE PUEDAN TENER DE MI; CON ESTE DOCUMENTO LIBRO A ESTE EMPLEADOR DE CUALQUIER RESPONSABILIDAD POR ENTREGAR ESTA INFORMACION.*

49   THE FACTS INDICATED IN THIS APPLICATION ARE TRUE AND COMPLETE. I UNDERSTAND THAT, IF EMPLOYED, FALSE STATEMENTS OR OMISSIONS OR MISREPRESENTATIONS ON THIS APLICATION, SHALL BE CONSIDERED SUFFICIENT CAUSE FOR TERMINATION OF EMPLOYMENT OR REFUSAL OF EMPLOYMENT.

*LA INFORMACION SUMINISTRADA EN ESTA APLICACION ES COMPLETA Y VERDADERA. YO ENTIENDO QUE , SI EMPLEO INFORMACION FALSA U OMITO O TERGIVERSO LA INFORMACION EN ESTA APLICACION, DEBERA SER CONSIDERADO ESTO SUFICIENTE CAUSA, PARA LA FINALIZACION DE MI EMPLEO O PARA NEGARME EL EMPLEO.*

X _____Saltie_____

**Applicant's Signature**
**Firma del Aplicante**

_____10/16/12_____

**Date**
*Fecha*