



# 531

**RECEIPT** DATE 03/03/13 No. 607301

RECEIVED FROM Gray BMW / EJK 7923 $ 170.00

One hundred & Seventy DOLLARS

FOR RENT monthly parking

FOR _____

| ACCOUNT | 531 | ☑ CASH | | FROM 03/04/13 TO 04/04/13 |
| PAYMENT | 170.00 | ○ CHECK | | |
| BAL. DUE | | ○ MONEY ORDER | | |
| | | ○ CREDIT CARD | BY KOB |

# 565

**RECEIPT** DATE 03/03/13 No. 607302

RECEIVED FROM Silver Nissan/FGY 2494 $ 170.00

One hundred & Seventy DOLLARS

FOR RENT monthly parking

FOR _____

| ACCOUNT | 565 | ☑ CASH | | FROM 03/06/13 TO 04/06/13 |
| PAYMENT | 170.00 | ○ CHECK | | |
| BAL. DUE | | ○ MONEY ORDER | | |
| | | ○ CREDIT CARD | BY KOB |

# 573

**RECEIPT** DATE 03/03/13 No. 607303

RECEIVED FROM Blk Mazda / WDM344 $ 170.00

One hundred & Seventy DOLLARS

FOR RENT monthly parking

FOR _____

| ACCOUNT | 573 | ☑ CASH | | FROM 03/03/13 TO 04/03/13 |
| PAYMENT | 170.00 | ○ CHECK | | |
| BAL. DUE | | ○ MONEY ORDER | | |
| | | ○ CREDIT CARD | BY KOB |

# 515

**RECEIPT** DATE 03/03/13 No. 607304

RECEIVED FROM White Ford N/P $ 200.00

Two hundred DOLLARS

FOR RENT monthly parking

FOR _____

| ACCOUNT | 515 | ☑ CASH | | FROM 03/01/13 TO 04/01/13 |
| PAYMENT | 200.00 | ○ CHECK | | |

**RECEIPT** DATE 03/03/12   No.607305

RECEIVED FROM Red Suzuki 97807-   $120 yr

One hundred twenty _____ DOLLARS

FOR RENT / FOR monthly parking

ACCOUNT 567   CASH / CHECK / MONEY ORDER / CREDIT CARD   FROM 02/30/13 TO 03/30/13

PAYMENT 120 MA

BAL. DUE

BY K.

#567

---

**RECEIPT** DATE 03/03/13   No.607306

RECEIVED FROM Two Hundred   $200

Black Jeep _____ DOLLARS

FOR RENT / FOR monthly Parking

ACCOUNT #521   CASH / CHECK / MONEY ORDER / CREDIT CARD   FROM 03/03/13 TO 04/03/13

PAYMENT 200

BAL. DUE

BY Samuel

#521

---

**RECEIPT** DATE 05/03/13   No.607307

RECEIVED FROM white BMW   $170

VASQUEZ PETER _____ DOLLARS

FOR RENT / FOR monthly parking

ACCOUNT #504   CASH / CHECK / MONEY ORDER / CREDIT CARD   FROM 04/27/13 TO 04/27/13

PAYMENT 170

BAL. DUE

BY ISSA

#504

---

**RECEIPT** DATE 03/02/13   No.607308

RECEIVED FROM M JAGOUR white $170

PETER $170 _____ DOLLARS

FOR RENT / FOR monthly parking

ACCOUNT #583   CASH / CHECK   FROM 0/26/13 TO 04/26/13

#583

#526

**RECEIPT** DATE 04/03/13 No.607309   $170.00

RECEIVED FROM SOBARU SILVER
Sabreen Ntekic ___ DOLLARS

O FOR RENT  MONTHLY PARKING
O FOR

| ACCOUNT | 586 | ⊙ CASH |
| PAYMENT | 170 | O CHECK | FROM 02/30/13 TO 03/30/13 |
| BAL. DUE | | O MONEY ORDER |
| | | O CREDIT CARD | BY ISSA |

---

#551

**RECEIPT** DATE 03/4/13 No.607310

RECEIVED FROM BlK Benz/FEY 3326   $135.00
@ne hundred Thirty Five ___ DOLLARS

O FOR RENT  monthly Parking
O FOR

| ACCOUNT | 537 | ⊙ CASH |
| PAYMENT | 13544 | O CHECK | FROM 02/29/13 TO 03/29/13 |
| BAL. DUE | | O MONEY ORDER |
| | | O CREDIT CARD | BY Robi |

---

#579

**RECEIPT** DATE 03/04/13 No.607311

RECEIVED FROM Silver Honda/FAY 2561   $170.44
@ne hundred + Seventy ___ DOLLARS

O FOR RENT  monthly Parking
O FOR

| ACCOUNT | 579 | ⊙ CASH |
| PAYMENT | 17044 | O CHECK | FROM 03/6/13 TO 04/6/13 |
| BAL. DUE | | O MONEY ORDER |
| | | O CREDIT CARD | BY Robi |

---

**RECEIPT** DATE 03/04/13 No.607312   $170.—

RECEIVED FROM Silver Mistubishi
@ne hundred and Eighty ___ DOLLARS

O FOR RENT  monthly Parking
O FOR

| ACCOUNT | | ⊙ CASH |
| | | O CHECK | FROM 03/04/13 TO 04/04/13 |

**RECEIPT** DATE 3/5/13   No. 607313

RECEIVED FROM Gray Benz/CWI 6963   $120 77

One hundred twenty — DOLLARS

O FOR RENT monthly Parking
O FOR

| ACCOUNT | 570 | ⊙ CASH |
|---|---|---|
| PAYMENT | 120 77 | O CHECK |
| BAL. DUE | | O MONEY ORDER |
| | | O CREDIT CARD |

FROM 02/24/13 TO 03/24/13
BY Rob;

# 510

---

**RECEIPT** DATE 3/5/13   No. 607314

RECEIVED FROM Red Nissan/EWW 1853   $170 00

One hundred + seventy — DOLLARS

O FOR RENT monthly parking
O FOR

| ACCOUNT | 574 | ⊙ CASH |
|---|---|---|
| PAYMENT | 170 | O CHECK |
| BAL. DUE | | O MONEY ORDER |
| | | O CREDIT CARD |

FROM 02/28/13 TO 03/28/13
BY Les

# 574

---

24 HRS PARK.
REVER PARKING CORP
1872 TREMONT AVE
BRONX, NY 10460
LIC# 1352480
TEL. # 917-889-0882

**RECEIPT** DATE 3/6/13   No. 607315

RECEIVED FROM Lorenzo   $200.00

Two Hundred DOLLARS

O FOR RENT monthly payment #530
O FOR

| ACCOUNT | 536 | ⊙ CASH |
|---|---|---|
| PAYMENT | 200 | O CHECK |
| BAL. DUE | — | O MONEY ORDER |
| | | O CREDIT CARD |

FROM 3/2/13 TO 4/2/12
BY Michael

# 536

---

**RECEIPT** DATE 3/6/13   No. 607316

RECEIVED FROM Lorenzo   $200.00

Two Hundred DOLLARS

O FOR RENT monthly payment #558
O FOR

| ACCOUNT | 555 | O CASH |
|---|---|---|
| | | O CHECK |

FROM 3/7/13 TO 4/7/13

# 558

RECEIPT DATE 3/6/13  No. 607317

RECEIVED FROM David - Blake   $170.00

One Hundred a Seventy _____ DOLLARS

FOR RENT Monthly Payment # 500
FOR _____

| ACCOUNT | 500 | ○ CASH |
| PAYMENT | 170.00 | ○ CHECK | FROM 3/2/13 TO 4/2/13 |
| BAL. DUE | — | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY Michael |

---

RECEIPT DATE 3-7-13  No. 607318

RECEIVED FROM MR. IRVING BOBBIE   $170.00

ONE HUNDRED AND SEVENTY _____ DOLLARS

FOR RENT MONTHLY PARKING
FOR _____

| ACCOUNT | 527 | ⊙ CASH |
| PAYMENT | Full | ○ CHECK | FROM 2-11-13 TO 4-11-13 |
| BAL. DUE | NIL | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY _____ |

---

RECEIPT DATE _____  No. 607319

$ _____

RECEIVED FROM _____

_____ DOLLARS

FOR RENT _____
FOR _____

| ACCOUNT | | ○ CASH |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| BAL. DUE | | ○ MONEY ORDER |
| | | ○ CREDIT CARD | BY _____ |

---

RECEIPT DATE _____  No. 607320

$ _____

RECEIVED FROM _____

_____ DOLLARS

FOR RENT _____
FOR _____

| ACCOUNT | | ○ CASH |
| PAYMENT | | ○ CHECK | FROM _____ TO _____ |
| | | ○ MONEY |



# DAILY CASH SHEET

Employees Name __Kobi__  Date __02, 27, 18__  Day/ Nights __41-915__

| SR # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH $ | C | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. | 912 | 2/27/13 | 157 Am/Pm | 1010 Am/Pm | 9 | 1 | |
| 2. | 908 | | 1284 Am/Pm | 813 Am/Pm | 9 | 1 | |
| 3. | 911 | | 1267 Am/Pm | 857 Am/Pm | 9 | 4 | |
| 4. | 906 | | 1436 Am/Pm | 818 Am/Pm | 9 | 1 | |
| 5. | 898 | | 435 Am/Pm | 727 Am/Pm | 170 | | monthly |
| 6. | #532 | | Am/Pm | Am/Pm | 9 | 4 | |
| 7. | 901 | | 938 Am/Pm | 1024 Am/Pm | 12 | 4 | |
| 8. | 903 | | 952 Am/Pm | 1422 Am/Pm | 9 | 4 | |
| 9. | 826 | | 1253 Am/Pm | 415 Am/Pm | 9 | 4 | |
| 10. | 905 | | 1058 Am/Pm | 1109 Am/Pm | 9 | 7 | |
| 11. | 907 | | 1143 Am/Pm | 1159 Am/Pm | 9 | 1 | |
| 12. | 902 | | 1267 Am/Pm | 1025 Am/Pm | 9 | 1 | |
| 13. | 910 | | 535 Am/Pm | 1183 Am/Pm | 36 | 1 | |
| 14. | 825 | | 900 Am/Pm | 1215 Am/Pm | 12 | 1 | |
| 15. | 900 | | 651 Am/Pm | 235 Am/Pm | 18 | 1 | |
| 16. | 875 | | 1105 Am/Pm | 208 Am/Pm | 18 | 1 | |
| 17. | 897 | | 245 Am/Pm | 228 Am/Pm | 9 | 1 | |
| 18. | 913 | | 345 Am/Pm | 248 Am/Pm | 9 | 1 | |
| 19. | 914 | | 452 Am/Pm | Am/Pm | | | |
| 20. | 917 | | 1008 Am/Pm | 459 Am/Pm | 9 | 1 | |
| 21. | 904 | | 526 Am/Pm | Am/Pm | | | |
| 22. | 918 | | 655 Am/Pm | 619 Am/Pm | 24 | 1 | |
| 23. | 576 | | Am/Pm | Am/Pm | | | |
| 24. | | | Am/Pm | Am/Pm | | | |
| 25. | | | Am/Pm | Am/Pm | | | |
| 26. | Cards = 3 | | Am/Pm | Am/Pm | Cash = 416 | | |
| 27. | | | Am/Pm | Am/Pm | | | |
| 28. | | | Am/Pm | Am/Pm | | | |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | |
| 31. | | | Am/Pm | Am/Pm | | | |
| 32. | | | Am/Pm | Am/Pm | | | |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | | | Am/Pm | Am/Pm | | | |
| 37. | | | Am/Pm | Am/Pm | | | |
| 38. | | | Am/Pm | Am/Pm | | | |
| 39. | | | Am/Pm | Am/Pm | | | |
| 40. | | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |
| 42. | | | | | | | |

$22 Sanitation

A1
986

# DAILY CASH SHEET

Employees Name _____ Date 02 / 28 / 13  Day / (Night)

| SR # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH $ | C | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. | 41935 | 02/28/13 | 3:00 Am/Pm | 10:85 Am/Pm | 9 | 2 | |
| 2. | 936 | | 4:03 Am/Pm | Am/Pm | | | |
| 3. | 937 | | 7:07 Am/Pm | Am/Pm | | | |
| 4. | 938 | | 7:21 Am/Pm | Am/Pm | | | |
| 5. | 939 | | 7:37 Am/Pm | Am/Pm | | | |
| 6. | 940 | | 7:52 Am/Pm | Am/Pm | | | |
| 7. | 941 | | 8:12 Am/Pm | Am/Pm | | | |
| 8. | 942 | | 8:33 Am/Pm | Am/Pm | | | |
| 9. | 943 | | 9:52 Am/Pm | Am/Pm | | | |
| 10. | 944 | | 10:15 Am/Pm | Am/Pm | | | |
| 11. | 945 | | 10:59 Am/Pm | Am/Pm | | | |
| 12. | 946 | | 12:20 Am/Pm | Am/Pm | | | |
| 13. | 947 | | 12:1 Am/Pm | Am/Pm | | | |
| 14. | 948 | | 1:21 Am/Pm | Am/Pm | | | |
| 15. | 949 | | 2:33 Am/Pm | Am/Pm | | | |
| 16. | 950 | | 4:40 Am/Pm | Am/Pm | | | |
| 17. | 951 | | 4:59 Am/Pm | Am/Pm | | | |
| 18. | 952 | | 5:13 Am/Pm | Am/Pm | | | |
| 19. | | | Am/Pm | Am/Pm | | | CARDS 1T |
| 20. | | | Am/Pm | Am/Pm | | | |
| 21. | | | Am/Pm | Am/Pm | | | CASH$ 9 |
| 22. | | | Am/Pm | Am/Pm | | | |
| 23. | | | Am/Pm | Am/Pm | | | |
| 24. | | | Am/Pm | Am/Pm | | | |
| 25. | | | Am/Pm | Am/Pm | | | |
| 26. | | | Am/Pm | Am/Pm | | | |
| 27. | | | Am/Pm | Am/Pm | | | |
| 28. | | | Am/Pm | Am/Pm | | | |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | |
| 31. | | | Am/Pm | Am/Pm | | | |
| 32. | | | Am/Pm | Am/Pm | | | |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | BUST PARKING CORP | | Am/Pm | Am/Pm | | | |
| 37. | 1872 TREMONT AVE | | Am/Pm | Am/Pm | | | |
| 38. | BRONX, NY 10460 | | Am/Pm | Am/Pm | | | |
| 39. | LIC # 1352460 | | Am/Pm | Am/Pm | | | |
| 40. | TEL # 917-899-0502 | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |
| 42. | | | Am/Pm | Am/Pm | | | |

# DAILY CASH SHEET

956  Employees Name ___ISSA___ Date ___03___/___01___/___13___ Day/ Nights

| SR. # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH S | C | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. | #594 | — | — Am/Pm | — Am/Pm | 170 | X | MONThLY |
| 2. | #570 | — | — Am/Pm | — Am/Pm | 170 | X | MonThLY |
| 3. | 956 | | 7:18 Am/Pm | Am/Pm | | | |
| 4. | 957 | | 8:35 Am/Pm | Am/Pm | | | |
| 5. | 958 | | 8:53 Am/Pm | Am/Pm | | | |
| 6. | 959 | | 8:55 Am/Pm | Am/Pm | | | |
| 7. | 960 | | 9:47 Am/Pm | Am/Pm | | | |
| 8. | 961 | | 10:02 Am/Pm | Am/Pm | | | |
| 9. | 962 | | 10:44 Am/Pm | Am/Pm | | | |
| 10. | 963 | | 10:48 Am/Pm | Am/Pm | | | |
| 11. | 964 | | 12:19 Am/Pm | Am/Pm | | | |
| 12. | 965 | | 12:20 Am/Pm | Am/Pm | | | |
| 13. | 966 | | 12:27 Am/Pm | Am/Pm | | | |
| 14. | 967 | | 12:40 Am/Pm | Am/Pm | | | |
| 15. | 968 | | 1:04 Am/Pm | Am/Pm | | | |
| 16. | 969 | | 2:26 Am/Pm | Am/Pm | | | |
| 17. | 970 | | 4:00 Am/Pm | Am/Pm | | | |
| 18. | 971 | | 4:09 Am/Pm | Am/Pm | | | |
| 19. | 972 | | 4:46 Am/Pm | 5:45 Am/Pm | 27 | X | |
| 20. | 82 | | 9:07 Am/Pm | Am/Pm | | | |
| 21. | 973 | | 4:45 Am/Pm | Am/Pm | | | |
| 22. | | | Am/Pm | Am/Pm | | | |
| 23. | | | Am/Pm | Am/Pm | | | |
| 24. | | | Am/Pm | Am/Pm | | | |
| 25. | | | Am/Pm | Am/Pm | | | |
| 26. | | | Am/Pm | Am/Pm | | | |
| 27. | | | Am/Pm | Am/Pm | | | |
| 28. | | | Am/Pm | Am/Pm | | | |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | |
| 31. | | | Am/Pm | Am/Pm | | | |
| 32. | | | Am/Pm | Am/Pm | | | |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | | | Am/Pm | Am/Pm | | | |
| 37. | | | Am/Pm | Am/Pm | | | |
| 38. | | | Am/Pm | Am/Pm | | | |
| 39. | | | Am/Pm | Am/Pm | | | |
| 40. | | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |
| 42. | | | Am/Pm | Am/Pm | | | |

## DAILY CASH SHEET

41-973

Employees Name __Kobi__ Date __03, 02, 13__ ☐ / Nights

| SR # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH S | C | COMMENTS |
|------|----------|---------------|---------|----------|--------|---|----------|
| 1. | 966 | 3/2/13 | 12:22 Am/Pm | 11:33 Am/Pm | 9 | e | |
| 2. | 953 | | 6:32 Am/Pm | 11:23 Am/Pm | paid | e | |
| 3. | 960 | | 9:47 Am/Pm | 11:22 Am/Pm | 9 | y | |
| 4. | 956 | | 6:48 Am/Pm | 11:72 Am/Pm | 9 | e | |
| 5. | 970 | | 4:00 Am/Pm | 11:42 Am/Pm | 12 | e | |
| 6. | 918 | | 5:26 Am/Pm | 10:11 Am/Pm | 21 | 7 | (cash) |
| 7. | 959 | | 8:55 Am/Pm | 9:36 Am/Pm | 9 | 7 | |
| 8. | 964 | | 12:19 Am/Pm | 8:46 Am/Pm | 9 | 7 | |
| 9. | 974 | | 10:07 Am/Pm | Am/Pm | | | |
| 10. | 955 | | 11:43 Am/Pm | 11:54 Am/Pm | 18 | 7 | montly |
| 11. | #528 | | Am/Pm | Am/Pm | 170 | | |
| 12. | 958 | | 8:53 Am/Pm | 1:02 Am/Pm | 9 | e | |
| 13. | 957 | | 8:55 Am/Pm | 12:57 Am/Pm | 12 | e | |
| 14. | 975 | | 1:37 Am/Pm | Am/Pm | | | |
| 15. | 968 | | 10:48 Am/Pm | 1:16 Am/Pm | 12 | e | |
| 16. | 972 | | 10:44 Am/Pm | 2:44 Am/Pm | 12 | 7 | |
| 17. | #203 | | Am/Pm | Am/Pm | 170 | | montly |
| 18. | #576 | | Am/Pm | Am/Pm | 200 | e | montly |
| 19. | 968 | | 1:09 Am/Pm | 3:26 Am/Pm | 9 | e | |
| 20. | #547 | | Am/Pm | Am/Pm | 170 | e | montly |
| 21. | #577 | | Am/Pm | Am/Pm | 70 | e | montly |
| 22. | #582 | | Am/Pm | Am/Pm | 50 | e | montly |
| 23. | 972 | | 4:45 Am/Pm | 5:06 Am/Pm | 9 | 7 | |
| 24. | 965 | | 12:70 Am/Pm | 6:01 Am/Pm | 9 | 7 | |
| 25. | 969 | | 2:26 Am/Pm | 6:21 Am/Pm | 12 | 7 | |
| 26. | 976 | | 6:25 Am/Pm | Am/Pm | | | |
| 27. | | | Am/Pm | Am/Pm | | | |
| 28. | | | Am/Pm | Am/Pm | | | |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | |
| 31. | | | Am/Pm | Am/Pm | | | |
| 32. | | | Am/Pm | Am/Pm | | | |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | | | Am/Pm | Am/Pm | | | |
| 37. | | | Am/Pm | Am/Pm | | | |
| 38. | | | Am/Pm | Am/Pm | | | |
| 39. | | | Am/Pm | Am/Pm | | | |
| 40. | | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |

# DAILY CASH SHEET

1-977   Employees Name __ISSA__ Date 03 / 02 / 13  Day/ Nights

| SR # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH $ | C | COMMENTS |
|------|----------|---------------|---------|----------|--------|---|----------|
| 1. | 41-977 | | 7:14 Am/Pm | Am/Pm | | | |
| 2. | 978 | | 7:26 Am/Pm | Am/Pm | | | |
| 3. | 979 | | 7:56 Am/Pm | Am/Pm | | | |
| 4. | 980 | | 9:44 Am/Pm | Am/Pm | | | |
| 5. | 981 | | 10:06 Am/Pm | Am/Pm | | | |
| 6. | 982 | | 10:09 Am/Pm | Am/Pm | | | |
| 7. | 983 | | 11:04 Am/Pm | Am/Pm | | | |
| 8. | 984 | | 11:05 Am/Pm | Am/Pm | | | |
| 9. | 985 | | 11:16 Am/Pm | Am/Pm | | | |
| 10. | 986 | | 11:28 Am/Pm | Am/Pm | | | |
| 11. | 987 | | 11:36 Am/Pm | Am/Pm | | | |
| 12. | 988 | | 12:00 Am/Pm | Am/Pm | 9 | | |
| 13. | 989 | | 12:29 Am/Pm | Am/Pm | | | |
| 14. | 990 | | 12:41 Am/Pm | Am/Pm | | | |
| 15. | 991 | | 12:51 Am/Pm | Am/Pm | | | |
| 16. | 992 | | 1:16 Am/Pm | Am/Pm | | | |
| 17. | 993 | | 1:24 Am/Pm | Am/Pm | | | |
| 18. | 994 | | 1:34 Am/Pm | Am/Pm | | | |
| 19. | 995 | | 1:55 Am/Pm | Am/Pm | | | |
| 20. | 425 | | 1:37 Am/Pm | Am/Pm | | | |
| 21. | 956 | | 2:14 Am/Pm | Am/Pm | 200 | X | MONTHLY |
| 22. | 955 | — | — Am/Pm | — Am/Pm | | X | |
| 23. | 956 | | 7:18 Am/Pm | 6:04 Am/Pm | | X | |
| 24. | 967 | | 12:40 Am/Pm | 7:99 Am/Pm | | X | |
| 25. | 973 | | 1:45 Am/Pm | 9:05 Am/Pm | | X | |
| 26. | 974 | | Am/Pm | Am/Pm | | | |
| 27. | | | Am/Pm | Am/Pm | | | |
| 28. | | | Am/Pm | Am/Pm | | | CARDE 21 |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | CASH $ |
| 31. | | | Am/Pm | Am/Pm | | | |
| 32. | | | Am/Pm | Am/Pm | | | CASH $ 236 |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | | | Am/Pm | Am/Pm | | | |
| 37. | BEYER PARKING CORP | | Am/Pm | Am/Pm | | | |
| 38. | 1672 TREMONT AVE | | Am/Pm | Am/Pm | | | |
| 39. | BRONX, NY 10460 LIC # 1382450 | | Am/Pm | Am/Pm | | | |
| 40. | TEL # 917-889-0052 | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |
| 42. | | | Am/Pm | Am/Pm | | | |

## DAILY CASH SHEET

41-996

Employees Name: Kobi    Date: 03, 03, 15   Days/Nights

| SR # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH $ | C | COMMENTS |
|------|----------|---------------|---------|----------|--------|---|----------|
| 1. | #551 | 3/3/15 | — Am/Pm | — Am/Pm | 170 | ✓ | monthly |
| 2. | 978 | | 7.36 Am/Pm | 10.34 Am/Pm | 9 | ✓ | |
| 3. | 990 | | 12.44 Am/Pm | 10.28 Am/Pm | 9 | ✓ | |
| 4. | 976 | | 6.28 Am/Pm | 10.22 Am/Pm | 9 | ✓ | |
| 5. | 982 | | 10.09 Am/Pm | 9.48 Am/Pm | 12 | ✓ | |
| 6. | 984 | | 11.05 Am/Pm | 10.46 Am/Pm | 9 | ✓ | |
| 7. | 980 | | 9.44 Am/Pm | 11.12 Am/Pm | 9 | ✓ | |
| 8. | 979 | | 7.54 Am/Pm | 11.15 Am/Pm | 12 | ✓ | |
| 9. | 985 | | 11.16 Am/Pm | 11.20 Am/Pm | 9 | ✓ | |
| 10. | 994 | | 1.37 Am/Pm | 10.56 Am/Pm | | ✓ | |
| 11. | 988 | | 12.00 Am/Pm | 10.58 Am/Pm | paid | ✓ | |
| 12. | 987 | | 11.36 Am/Pm | 11.43 Am/Pm | 12 | ✓ | |
| 13. | 981 | | 10.06 Am/Pm | 12.44 Am/Pm | 9 | ✓ | |
| 14. | 983 | | 11.00 Am/Pm | 12.80 Am/Pm | 9 | ✓ | |
| 15. | 951 | | 4.59 Am/Pm | 1.02 Am/Pm | 27 | ✓ | |
| 16. | 974 | | 1.09 Am/Pm | 1.15 Am/Pm | 9 | ✓ | |
| 17. | 555 | | — Am/Pm | — Am/Pm | 170 | ✓ | monthly |
| 18. | 977 | | 1.12 Am/Pm | Am/Pm | 9 | ✓ | |
| 19. | 992 | | 1.16 Am/Pm | 2.28 Am/Pm | 9 | ✓ | |
| 20. | 974 | | 8.02 Am/Pm | 2.48 Am/Pm | 12 | ✓ | |
| 21. | 995 | | 1.53 Am/Pm | 10.51 Am/Pm | 9 | ✓ | |
| 22. | 975 | | 1.37 Am/Pm | 3.44 Am/Pm | 170 | ✓ | monthly |
| 23. | 558 | | — Am/Pm | — Am/Pm | 170 | ✓ | monthly |
| 24. | 515 | | — Am/Pm | — Am/Pm | 9 | ✓ | |
| 25. | 989 | | 12.96 Am/Pm | 4.25 Am/Pm | 9 | ✓ | |
| 26. | 986 | | 1.08 Am/Pm | 11.46 Am/Pm | 9 | ✓ | |
| 27. | 977 | | 9.19 Am/Pm | 4.15 Am/Pm | 120 | ✓ | monthly |
| 28. | 567 | | — Am/Pm | — Am/Pm | | | |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | |
| 31. | | | Am/Pm | Am/Pm | | | |
| 32. | | | Am/Pm | Am/Pm | | | |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | cards = 3 | | Am/Pm | Am/Pm | | | |
| 37. | | | Am/Pm | Am/Pm | | | |
| 38. | | | Am/Pm | Am/Pm | | | |
| 39. | | | Am/Pm | Am/Pm | | | |
| 40. | | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |
| 42. | | | Am/Pm | Am/Pm | | | |

# DAILY CASH SHEET

2-027 Employees Name __IS814__ Date, _07_ / _04_ / _13_ Day/ Nights

| SR # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH S | C | COMMENTS |
|------|----------|---------------|---------|----------|--------|---|----------|
| 1. | #XXXXX | — | — Am/Pm | — Am/Pm | 170 | X | monThly |
| 2. | 004 | | 8:08 Am/Pm | 8:13 Am/Pm | 9 | X | |
| 3. | 997 | | 1:12 Am/Pm | 7:13 Am/Pm | 19 | 7 | |
| 4. | SE-027 | | 7:74 Am/Pm | Am/Pm | | | |
| 5. | 028 | | 7:34 Am/Pm | Am/Pm | 9 | X | |
| 6. | 029 | | 8:02 Am/Pm | 5:18 Am/Pm | | | |
| 7. | 030 | | 8:93 Am/Pm | Am/Pm | | | |
| 8. | 031 | | 8:57 Am/Pm | Am/Pm | 9 | X | |
| 9. | 032 | | 8:45 Am/Pm | Am/Pm | | | |
| 10. | 033 | | 8:55 Am/Pm | Am/Pm | | | |
| 11. | 034 | | 9:00 Am/Pm | Am/Pm | | | |
| 12. | 035 | | 9:01 Am/Pm | Am/Pm | | | |
| 13. | 036 | | 9:06 Am/Pm | Am/Pm | 9 | X | |
| 14. | 037 | | 9:08 Am/Pm | 7:15 Am/Pm | | | |
| 15. | 038 | | 9:17 Am/Pm | Am/Pm | | | |
| 16. | 039 | | 9:39 Am/Pm | Am/Pm | | | |
| 17. | 040 | | 10:04 Am/Pm | Am/Pm | | | |
| 18. | 041 | | 0:12 Am/Pm | Am/Pm | | | |
| 19. | 042 | | 0:48 Am/Pm | Am/Pm | | | |
| 20. | 043 | | 1:75 Am/Pm | Am/Pm | | | |
| 21. | 044 | | 8:09 Am/Pm | Am/Pm | | | |
| 22. | 045 | | 8:15 Am/Pm | Am/Pm | | | |
| 23. | 046 | | 9:38 Am/Pm | Am/Pm | | | |
| 24. | 047 | | 12:38 Am/Pm | Am/Pm | | | |
| 25. | 048 | | 12:56 Am/Pm | Am/Pm | | | |
| 26. | 049 | | 1:56 Am/Pm | Am/Pm | 9 | X | |
| 27. | 022 | | 8:55 Am/Pm | 6:85 Am/Pm | | | |
| 28. | | | Am/Pm | Am/Pm | | | |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | CAROS 24 |
| 31. | | | Am/Pm | Am/Pm | | | CASH-$ 233 |
| 32. | | | Am/Pm | Am/Pm | | | |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | | | Am/Pm | Am/Pm | | | |
| 37. | | | Am/Pm | Am/Pm | | | |
| 38. | | | Am/Pm | Am/Pm | | | |
| 39. | | | Am/Pm | Am/Pm | | | |
| 40. | | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |

# DAILY CASH SHEET

41-952

Employees Name __Kobi__   Date __03/01/13__   Day / Nights

| SR # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH $ | Cr. | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. | 947 | 2/04/13 | 12 1 Am/Pm | 8 03 Am/Pm | 9 | ✓ | |
| 2. | 941 | | 813 Am/Pm | 813 Am/Pm | 9 | ✓ | |
| 3. | 945 | | 10 18 Am/Pm | 8 37 Am/Pm | 9 | ✓ | |
| 4. | 940 | | 752 Am/Pm | 8 37 Am/Pm | 9 | ✓ | |
| 5. | 942 | | 8 33 Am/Pm | 9 02 Am/Pm | 9 | ✓ | |
| 6. | 948 | | 1 21 Am/Pm | — Am/Pm | 200 | ✓ | monthly (check) |
| 7. | #564 | | — Am/Pm | — Am/Pm | 9 | ✓ | |
| 8. | 928 | | 7 34 Am/Pm | 10 22 Am/Pm | 9 | ✓ | |
| 9. | 903 | | 835 Am/Pm | 11 12 Am/Pm | 9 | ✓ | |
| 10. | 946 | | 12 30 Am/Pm | 11 12 Am/Pm | 12 | ✓ | |
| 11. | 921 | | 720 Am/Pm | 10 53 Am/Pm | 9 | ✓ | |
| 12. | 952 | | 5 13 Am/Pm | 11 04 Am/Pm | 18 | ✓ | |
| 13. | 929 | | 11 02 Am/Pm | 10 59 Am/Pm | 8 | ✓ | |
| 14. | 949 | | 2 33 Am/Pm | 1 30 Am/Pm | 170 | ✓ | monthly |
| 15. | #557 | | — Am/Pm | — Am/Pm | 27 | ✓ | |
| 16. | 899 | | 7 50 Am/Pm | 3 32 Am/Pm | 170 | ✓ | monthly |
| 17. | #592 | | — Am/Pm | — Am/Pm | 12 | ✓ | |
| 18. | 937 | | 7 01 Am/Pm | 5 18 Am/Pm | 9 | ✓ | |
| 19. | 944 | | 10 15 Am/Pm | 5 20 Am/Pm | 9 | ✓ | |
| 20. | 929 | | 7 30 Am/Pm | 6 21 Am/Pm | 12 | ✓ | |
| 21. | 931 | | 1 24 Am/Pm | 5 23 Am/Pm | 9 | ✓ | |
| 22. | 936 | | 4 03 Am/Pm | 5 20 Am/Pm | 9 | ✓ | |
| 23. | 953 | | 10 30 Am/Pm | Am/Pm | | | |
| 24. | 954 | | 6 48 Am/Pm | Am/Pm | | | |
| 25. | 955 | | 7 60 Am/Pm | Am/Pm | | | CASH $816 |
| 26. | | | Am/Pm | Am/Pm | | | |
| 27. | | | Am/Pm | Am/Pm | | | |
| 28. | | | Am/Pm | Am/Pm | | | |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | |
| 31. | | | Am/Pm | Am/Pm | | | |
| 32. | | | Am/Pm | Am/Pm | | | |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | | | Am/Pm | Am/Pm | | | |
| 37. | | | Am/Pm | Am/Pm | | | |
| 38. | | | Am/Pm | Am/Pm | | | |
| 39. | | | Am/Pm | Am/Pm | | | |
| 40. | | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |
| 42. | | | Am/Pm | Am/Pm | | | |

RIVER PARKING CORP
1872 TREMONT AVE
BRONX, NY 10460
LIC # 1352450
TEL # 917-868-0582

## DAILY CASH SHEET

41-050

Employees Name: _Kdb'_  Date: _03 / 5 / 13_  Day / Nights

| SR. # | TICKET # | DATE MM/DD/YY | TIME IN | TIME OUT | CASH S | C | COMMENTS |
|---|---|---|---|---|---|---|---|
| 1. | 050 | 3/5/13 | 720 Am/Pm | Am/Pm | 9 | ✓ | |
| 2. | 045 | | 12:15 Am/Pm | 8:05 Am/Pm | 9 | 7 | |
| 3. | 039 | | 9:39 Am/Pm | 8:05 Am/Pm | 9 | 7 | |
| 4. | 038 | | 9:17 Am/Pm | 8:06 Am/Pm | 9 | 7 | |
| 5. | 030 | | 8:25 Am/Pm | 8:14 Am/Pm | 9 | 7 | |
| 6. | 025 | | 9:00 Am/Pm | 10:00 Am/Pm | 9 | 9 | |
| 7. | 040 | | 10:04 Am/Pm | 10:12 Am/Pm | 9 | 7 | |
| 8. | 026 | | 5:21 Am/Pm | 12:06 Am/Pm | 12 | 7 | |
| 9. | 044 | | 12:09 Am/Pm | 11:58 Am/Pm | 120 | 7 | monthly |
| 10. | 510 | | Am/Pm | Am/Pm | 9 | 7 | |
| 11. | 041 | | 10:18 Am/Pm | 12:32 Am/Pm | 9 | 9 | |
| 12. | 042 | | 12:56 Am/Pm | 01 Am/Pm | 9 | 7 | |
| 13. | 043 | | 11:35 Am/Pm | 132 Am/Pm | 12 | 7 | |
| 14. | 032 | | 9:06 Am/Pm | 126 Am/Pm | 9 | 7 | |
| 15. | 047 | | 12:42 Am/Pm | 126 Am/Pm | 8 | 7 | |
| 16. | 033 | | 8:55 Am/Pm | 126 Am/Pm | 12 | 7 | |
| 17. | 031 | | 8:37 Am/Pm | 3:06 Am/Pm | 12 | 7 | |
| 18. | 012 | | 10:48 Am/Pm | 8:18 Am/Pm | 12 | 7 | |
| 19. | 027 | | 7:34 Am/Pm | 3:57 Am/Pm | 7 | 7 | |
| 20. | 052 | | 4:34 Am/Pm | Am/Pm | | | |
| 21. | 051 | | 6:27 Am/Pm | Am/Pm | | | |
| 22. | | | Am/Pm | Am/Pm | | | |
| 23. | | | Am/Pm | Am/Pm | | | |
| 24. | | | Am/Pm | Am/Pm | | | |
| 25. | | | Am/Pm | Am/Pm | | | |
| 26. | | | Am/Pm | Am/Pm | | | |
| 27. | | | Am/Pm | Am/Pm | | | |
| 28. | | | Am/Pm | Am/Pm | | | |
| 29. | | | Am/Pm | Am/Pm | | | |
| 30. | | | Am/Pm | Am/Pm | | | |
| 31. | | | Am/Pm | Am/Pm | | | |
| 32. | | | Am/Pm | Am/Pm | | | |
| 33. | | | Am/Pm | Am/Pm | | | |
| 34. | | | Am/Pm | Am/Pm | | | |
| 35. | | | Am/Pm | Am/Pm | | | |
| 36. | | | Am/Pm | Am/Pm | | | |
| 37. | | 3/06-3 | Am/Pm | Am/Pm | | | |
| 38. | | | Am/Pm | Am/Pm | | | |
| 39. | | | Am/Pm | Am/Pm | | | |
| 40. | | | Am/Pm | Am/Pm | | | |
| 41. | | | Am/Pm | Am/Pm | | | |
| 42. | | | Am/Pm | Am/Pm | | | |