1

2   UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3   ----------------------------------------X
DOSSOU GALLIE PINOVI a/k/a GALLIE DOSSOU,

4

5                            PLAINTIFF,

6          -against-      Case No.:
13CV2800-GBD ECF

7

8   REYER PARKING CORP., GERALD LIEBLICH, FDD
ENTERPRISES, INC., and ALI DAR,

9

                          DEFENDANTS.

10  ----------------------------------------X

11

12                 DATE:  February 6, 2014

13                 TIME:  3:05 P.M.

14

15

16          DEPOSITION of the Defendant,

17  GERALD LIEBLICH, taken by the respective

18  parties, pursuant to a Court Order and to

19  the Federal Rules of Civil Procedure, held

20  at the offices of Diamond Reporting, Inc.,

21  16 Court Street, Brooklyn, New York 11241,

22  before Eleanor P. King, a Notary Public of

23  the State of New York.

24

25

```
 1

 2    A P P E A R A N C E S:

 3

 4    MICHAEL T. CARR, ESQ., PLLC
         Attorney for the Plaintiff
 5       DOSSOU GALLIE PINOVI a/k/a GALLIE DOSSOU
         16 Court Street, Suite 2901
 6       Brooklyn, New York 11241
         BY:  MICHAEL T. CARR, ESQ.
 7

 8

 9    EDWARD S. RUDOFSKY, ESQ.
         Attorney for the Defendant
10       GERALD LIEBLICH
         601 West 26th Street
11       New York, New York 10001
         BY:  EDWARD S. RUDOFSKY, ESQ.
12       File #: LIEBLICH

13

      ALSO PRESENT:
14       JAMIE WILLIS
         STUDENT REPORTER
15

16
                    *         *         *
17

18

19

20

21

22

23

24

25
```

1

2      F E D E R A L   S T I P U L A T I O N S

3

4

5      IT IS HEREBY STIPULATED AND AGREED by and

6   between the counsel for the respective

7   parties herein that the sealing, filing and

8   certification of the within deposition be

9   waived; that the original of the deposition

10   may be signed and sworn to by the witness

11   before anyone authorized to administer an

12   oath, with the same effect as if signed

13   before a Judge of the Court; that an

14   unsigned copy of the deposition may be used

15   with the same force and effect as if signed

16   by the witness, 30 days after service of

17   the original & 1 copy of same upon counsel

18   for the witness.

19

20      IT IS FURTHER STIPULATED AND AGREED that

21   all objections except as to form, are

22   reserved to the time of trial.

23

24               *     *     *     *

25

```
 1                    GERALD LIEBLICH
 2    G E R A L D   L I E B L I C H, called as a
 3    witness, having been first duly sworn by a
 4    Notary Public of the State of New York, was
 5    examined and testified as follows:
 6    EXAMINATION BY
 7    MR. CARR:
 8         Q.    Please state your name for the
 9    record.
10         A.    Gerald Lieblich.
11         Q.    What is your address?
12         A.    234 West 56th Street, New York,
13    New York 10019.
14         Q.    Good afternoon, Mr. Lieblich.
15    My name is Michael Carr.  I represent the
16    Plaintiff, Gallie Dossou, in this action.
17              Have you ever been deposed
18    before?
19         A.    Yes, sir.
20         Q.    You are aware that you are
21    under oath right now and anything that you
22    say is going to be taken down by the Court
23    Reporter?
24         A.    Yes, sir.
25         Q.    Have you had any drugs or
```

                    GERALD LIEBLICH
 1
 2   alcohol in the past 24 hours?
 3        A.    No.
 4        Q.    Are you suffering from any
 5   mental conditions that would otherwise
 6   prevent you from testifying here today?
 7        A.    No.
 8        Q.    I am going to ask that when I
 9   am asking questions, just wait until I
10   finish the entire question even though you
11   may anticipate what I am going to say
12   before you answer, this way we have a clear
13   transcript as to my questions and then your
14   answers.  Understood?
15        A.    Okay.
16        Q.    Can you tell me, please, your
17   relationship to Reyer Parking Corp.?
18        A.    I am the officer of the
19   corporation.
20        Q.    Any other specific title
21   besides officer?
22        A.    Officer of the corporation.
23        Q.    Can you tell me who the members
24   of the corporation are, if any?
25        A.    Corporation don't have members.

```
 1                    GERALD LIEBLICH
 2          Q.     Can you tell me the names of
 3   any other officers of the corporation?
 4          A.     No other officers.
 5          Q.     Are there any managers of the
 6   corporation?
 7          A.     No.
 8          Q.     Can you tell me when Reyer
 9   Parking Corp. was formed?
10          A.     I cannot.
11          Q.     If I told you it was formed in
12   or about December 2004, would that refresh
13   your recollection?
14          A.     If what you are telling me with
15   due diligence is accurate, I would say that
16   would be accurate.
17          Q.     That wasn't my question, sir.
18   My question was:  If I said that the
19   corporation was formed in or about December
20   2004, would that refresh your recollection?
21          A.     No, I would have to see the
22   actual certificate of corporation to know
23   specifically.
24          Q.     Can you tell me what is the
25   business of Reyer Parking Corp.?
```

```
 1                  GERALD LIEBLICH

 2          A.    It holds a license for a

 3    parking garage.

 4          Q.    Just one license?

 5          A.    I don't understand your

 6    question.

 7          Q.    Does it hold just one license

 8    or more than one license?

 9          A.    Reyer Parking is one entity

10    that has a license in more than one

11    facility, but it's one entity.

12          Q.    So, it holds more than one

13    license?

14          A.    It has a license.

15          Q.    So, it has one license that is

16    used in multiple facilities; is that what

17    you are saying?

18          A.    Each facility has its own

19    license.

20          Q.    So, my question is very simple

21    then.  Does Reyer Parking hold more than

22    one license per parking garage?

23          A.    There are two parking

24    facilities, from my recollection and each

25    one has Reyer with a license.
```

1                    GERALD LIEBLICH

2          Q.    Can you give me the address of

3     those facilities?

4          A.    1872 East Tremont Avenue,

5     Bronx, New York; 257 East 187, Bronx, New

6     York.

7          Q.    It's your understanding that

8     each facility has its own separate license

9     held by Reyer?

10          A.    Correct.

11          Q.    Does Reyer Parking do any other

12     business aside from holding the two parking

13     garage licenses?

14          A.    None.

15          Q.    Does Reyer Parking Corp. have

16     any employees?

17          A.    None.

18          Q.    Can you tell me Reyer Parking

19     Corp.'s relationship with FDD Enterprises?

20          A.    None.

21          Q.    Have you heard of FDD

22     Enterprises before?

23          A.    I never heard of them until the

24     commencement of this action.

25          Q.    Can you tell me Reyer Parking

```
 1                    GERALD LIEBLICH
 2   Corp.'s relationship with 1872 East Tremont
 3   Corp.?
 4          A.    1872 East Tremont Corp. is the
 5   owner of the building located at 1872 East
 6   Tremont Avenue, Bronx, New York.  Reyer
 7   Parking Corp. is the holder of the license
 8   in that building known as 1872 East Tremont
 9   Avenue, Bronx, New York.
10          Q.    Does Reyer Parking Corp.
11   operate a parking garage?
12          A.    It does not operate a parking
13   garage, it just holds the license to the
14   parking garage.
15          Q.    Can you tell me who operates
16   the parking garage located at 1872 East
17   Tremont in the Bronx?
18          A.    Peak, P-E-A-K, Time Parking.
19          Q.    Can you tell me Reyer Parking
20   Corp.'s relationship to Peak Time Parking?
21          A.    Once again, there is no
22   relationship.  Reyer Parking Corp. holds
23   the license, Peak Time Parking operates the
24   parking facility.
25          Q.    Is it fair to say that Peak
```

```
 1                    GERALD LIEBLICH
 2   Time Parking is using Reyer Parking Corp.'s
 3   license in order to operate the parking
 4   garage?
 5            MR. RUDOFSKY:  I will object to
 6            the form of the question.  You can
 7            answer it if you understand it.
 8       A.    You have to be more specific in
 9   your question.
10       Q.    Is any person or corporation
11   currently using Reyer Parking Corp.'s
12   license to operate a park garage?
13            MR. RUDOFSKY:  Same objection.
14            Personally I don't understand what
15            you mean by using a license.  I don't
16            know.
17            MR. CARR:  You don't understand
18            by what I mean by using a license?
19            MR. RUDOFSKY:  No, I don't.
20            MR. CARR:  If you have a
21            license to operate something, that
22            means you are legally allowed to do
23            something.  So, if there is a parking
24            garage being operated out of 1872
25            Tremont are they doing it without a
```

```
 1                    GERALD LIEBLICH
 2          license illegally or are they using
 3          Reyer Parking Corp.'s license in
 4          order to say that we are allowed to
 5          have a parking garage there.
 6               MR. RUDOFSKY:  When you say
 7          using, do you mean operating under
 8          the authority of?  What do you mean
 9          by using?  We haven't been mysterious
10          about who holds the license.
11               MR. CARR:  So, I want to know
12          in his understanding who is using --
13          maybe the license is inactive, maybe
14          he is saying we hold a license --
15               MR. RUDOFSKY:  If he
16          understands what you mean by "using",
17          he would answer it.  I certainly
18          don't understand what you mean by
19          "using".
20               MR. CARR:  I think it's clear.
21               MR. RUDOFSKY:  Sure you do or
22          you wouldn't ask the question.
23               MR. CARR:  I will rephrase it.
24          Q.    Is Peak Time Parking operating
25      a park garage at 1872 East Tremont Avenue,
```

```
 1                    GERALD LIEBLICH
 2   Bronx, New York with Reyer Parking's
 3   consent?
 4        A.    They are operating it with the
 5   consent of 1872 East Tremont Corp., the
 6   ownership of the building.
 7        Q.    How does Reyer Parking use the
 8   license to operate a parking garage?
 9            MR. RUDOFSKY:  I don't mind if
10            he answers the question, if he
11            understands it.  But I do want to
12            make a statement for the record.
13            MR. CARR:  Sure.
14            MR. RUDOFSKY:  I am sure that
15            you are asking the questions in good
16            faith, but I want to point out that
17            the judge was very clear that we
18            should have very preliminary
19            discovery on the employment, whether
20            or not Reyer or Mr. Lieblich is an
21            employer of Mr. Dossou.
22            So, if you are going to go into
23            a lot of questions about corporate
24            relationships and things of that
25            nature, you can ask your questions,
```

```
 1                  GERALD LIEBLICH
 2          but we are here for a very limited
 3          purpose and I would really ask you to
 4          direct your attention to that.  We
 5          provided you with some records, you
 6          wanted to know if there was a payroll
 7          and you wanted to know things of that
 8          nature.
 9               MR. CARR:  Counselor, I will
10          say that I do agree with you with the
11          limited purpose.  I would also say
12          that under the FSLSA whether or not
13          Mr. Lieblich or Reyer Parking had any
14          input into the day-to-day operations
15          of the other Defendant is paramount
16          to whether or not he was considered
17          as an employer.
18               Additionally, I did get your
19          response to my discovery demands
20          which I got a few days ago, which I
21          had reviewed.  They were completely
22          lacking.  You provided tax returns
23          and that was it.  You didn't even
24          answer the other questions.  You
25          didn't give me another response, you
```

```
 1                 GERALD LIEBLICH
 2         didn't say whether or not you were
 3         objecting.  You did not say no such
 4         documents exist.  You just merely
 5         handed over the tax records, that's
 6         all you did.
 7              MR. RUDOFSKY:  We did give you
 8         a declaration from the accountant.
 9              MR. CARR:  Who has no firsthand
10         knowledge.
11              MR. RUDOFSKY:  We don't have to
12         debate that.  If you are already
13         convinced that you are going to
14         proceed against Reyer and/or
15         Mr. Lieblich then the judge's purpose
16         for suggesting that we have this
17         deposition has been fulfilled, you
18         tell us that, and we will either put
19         in an answer or a motion in
20         accordance with the present schedule.
21              The judge made it very clear if
22         you are wrong in that, what the
23         consequences of being wrong is.  The
24         purpose of this was so that neither
25         one of us blunder, since I didn't
```

```
 1                    GERALD LIEBLICH
 2          have all of the answers to all of the
 3          questions the judge asked me.
 4               MR. CARR:  Which was still not
 5          provided, by the way.
 6               MR. RUDOFSKY:  It's your choice
 7          at this point if you feel what we
 8          have provided is insufficient, if you
 9          feel that Mr. Lieblich's testimony
10          and the point that we are here for is
11          insufficient and you want to proceed
12          against him, I presume you would tell
13          me that.
14               MR. CARR:  Counselor, I do not
15          want to proceed against him if it
16          is --
17               MR. RUDOFSKY:  If you want to
18          ask him the question that you just
19          said, which I would agree with is the
20          question, whether Reyer has any
21          involvement in the day-to-day
22          operations, any control of the
23          employment, you are allowed at a
24          general deposition you can take him
25          for seven hours.
```

```
 1                  GERALD LIEBLICH
 2            MR. CARR:  I am allowed to
 3       phrase the questions the way I want
 4       to phrase them.
 5            MR. RUDOFSKY:  I am not
 6       objection to your phrasing, I am
 7       pointing out this is not a normal
 8       deposition where you have a witness
 9       presumptively for seven hours, and
10       you can go into all sorts of things.
11       We will bring him back, this is not
12       the only time he is will be deposed.
13            All I am suggesting is, we are
14       here for a limited purpose, if you
15       want to ask those questions, ask
16       them.  I am not objecting to your
17       phrasing, I am not objecting to
18       anything along those lines.  It's up
19       to you, but, you know.  We are here
20       for a very limited purpose, this is
21       not a normal deposition.
22            MR. CARR:  I agree and we are
23       wasting time by having this
24       discussion.
25       Q.    Mr. Lieblich, what does Reyer
```

1                    GERALD LIEBLICH

2      Parking do with this license which allows

3      it to operate a parking garage at 1872 East

4      Tremont Avenue in the Bronx?

5            A.    I don't understand the question

6      with respect to what does it do, I don't

7      understand what that means, what it does or

8      doesn't do.

9            Q.    Currently, to your knowledge,

10     does Reyer Parking Corp. have a sign posted

11     on 1872 East Tremont Avenue, Bronx, New

12     York?

13           A.    A sign?

14           Q.    Does it have a sign saying

15     Reyer Parking Corp.?

16           A.    I believe it does.

17           Q.    Why is that sign there?

18           A.    The sign is there because when

19     you obtain a parking license you have to

20     put the name of that entity on a sign.

21           Q.    Does Peak Time Parking have

22     permission from Reyer Parking Corp. to use

23     the name Reyer Parking Corp.?

24           A.    Repeat it, please.

25           Q.    Does Peak Time Parking have

```
 1                    GERALD LIEBLICH
 2    permission from Reyer Parking Corp. to
 3    utilize the name Reyer Parking Corp.?
 4          A.    It has permission from 1872 to
 5    operate the parking facility in that
 6    location.
 7          Q.    That wasn't my question.  My
 8    question is:  Does Peak Time Parking have
 9    permission from Reyer Parking Corp. to use
10    the name Reyer Parking Corp.?
11          A.    It has permission.
12          Q.    Who does it have permission
13    from?
14          A.    From Reyer Parking.
15          Q.    Is Reyer Parking being
16    compensated in any way for use of its name?
17          A.    No.
18          Q.    Does Reyer Parking lease its
19    license to other entities for the
20    utilization of a parking garage?
21              MR. RUDOFSKY:  I will object to
22          the form, but if the witness
23          understands the question he can
24          answer it.
25              MR. CARR:  Counsel, when you
```

```
 1                    GERALD LIEBLICH
 2          say object to the form and then you
 3          say, but if the witness understands,
 4          you are implying to tell your client,
 5          I don't understand.  You can object
 6          to the form and then you can say that
 7          you can answer it.  You don't have to
 8          give him a built-in defense mechanism
 9          to the question.
10               MR. RUDOFSKY:  I can assure you
11          that Mr. Lieblich doesn't need me to
12          give him a script, but I will
13          certainly confine my objections to
14          the language that you suggested.
15          Q.    Mr. Lieblich, does Reyer
16     Parking have any monthly income?
17          A.    No.
18          Q.    Does it have any monthly
19     expenses?
20          A.    No.
21          Q.    To the best of your
22     recollection, when was the last time Reyer
23     Parking took in income?
24          A.    I don't recall.
25          Q.    Are you familiar with Mr. Zafar
```

```
1                    GERALD LIEBLICH
2     Majeed?
3          A.    Yes, sir.
4          Q.    Can you tell me how you know
5     Zafar Majeed?
6          A.    Through business I know him.
7          Q.    What business do you know
8     Mr. Zafar Majeed?
9          A.    I know him from 1872 East
10    Tremont Corp., he is an officer at Peak
11    Time Parking.
12         Q.    Do you remember when Peak Time
13    Parking entered into the agreement with
14    1872 East Tremont Corp. or the sublease of
15    the garage?
16         A.    There was never a sublease.
17               MR. RUDOFSKY:  I object to the
18          form of the question.
19         Q.    You can still answer.
20         A.    There was never a sublease, to
21    my recollection, at all.
22         Q.    Was there ever a direct lease?
23         A.    Not to my recollection.
24         Q.    Is the agreement between 1872
25    East Tremont Corp. and Peak Time just oral?
```

1                    GERALD LIEBLICH

2          A.    Month to month.

3          Q.    What are the terms of that

4    month to month lease?

5          A.    Exactly what do you want to

6    know about the terms?

7          Q.    How much rent do they pay per

8    month?

9          A.    Somewhere between $20 and $25 a

10   month.

11         Q.    $20,000?

12         A.    $20 or $25,000 a month, I don't

13   remember the exact number.

14         Q.    Just to be clear for the

15   record, it's $20,000 to $25,000?

16         A.    Correct.

17         Q.    Have you ever met the Plaintiff

18   in this action before, Gallie Dossou?

19         A.    Never.

20         Q.    Does Reyer Parking have a

21   checkbook?

22         A.    I think it does.

23              MR. CARR:  I am going to call

24         for the production, if not already

25         provided, of any checks written from

```
 1                    GERALD LIEBLICH
 2          Reyer Parking's checkbook from 2007
 3          to present.
 4          Q.    Does Reyer Parking --
 5                MR. RUDOFSKY:  Serve a notice
 6          to produce, if the case goes on, we
 7          will respond.  I will certainly take
 8          it under advisement.
 9          Q.    Does Reyer Parking Corp. hold
10     any insurance policies?
11          A.    I would have to check.
12                MR. CARR:  I call for the
13          production, if they exist, of any
14          insurance policies held by Reyer
15          Parking.
16                MR. RUDOFSKY:  I would simply
17          ask with respect to this, so I don't
18          have to say the same thing over and
19          over, if you have the Reporter give
20          us a list at the end of the
21          transcript of all your requests for
22          production, we will certainly take
23          that as a notice to produce.
24                And again, as I stated, as we
25          continue on with the litigation, we
```

```
 1                    GERALD LIEBLICH
 2          will respond appropriately.
 3          Q.    Mr. Lieblich, do you
 4   personally as an individual have any
 5   agreements with Peak Time?
 6          A.    Absolutely, none.
 7          Q.    Do you personally have any
 8   agreements with FDD Enterprises?
 9          A.    Absolutely not.
10          Q.    Does Reyer Parking Corp. have
11   articles in corporation?
12          A.    When the corporation was
13   formed, I assume it had articles of
14   corporation.
15              MR. CARR:  Counselor, we would
16          call for the production of the
17          articles of incorporation of Reyer
18          Parking Corp. to the extent not
19          already provided.
20              MR. RUDOFSKY:  Same response.
21          Q.    Mr. Lieblich, to the best of
22   your knowledge, when Peak Time Parking
23   issues a parking receipt to their
24   customers, does Reyer Parking Corp.'s name
25   appear on that receipt?
```

```
 1               GERALD LIEBLICH
 2        A.    I would have to know what it's
 3   regarding, what specifically it is
 4   regarding to.
 5        Q.    When someone parks their car at
 6   Peak Time Parking and a claim ticket or a
 7   receipt is given to that customer, does
 8   Reyer Parking's name, to the best of your
 9   knowledge, appear on that receipt or claim
10   ticket?
11        A.    I don't know.
12        Q.    Aside from the use of Reyer
13   Parking Corp.'s name, does Peak Time
14   Parking have any other agreements, written
15   or oral, with Reyer Parking Corp.?
16        A.    Not to my knowledge.
17        Q.    Currently, is Peak Time Parking
18   authorized to use Reyer Parking Corp.'s
19   parking garage license number to operate
20   their parking garage?
21        A.    That's the same question that
22   you asked me earlier.  At 1872 East Tremont
23   Corp., I believe the question was asked and
24   answered already.
25        Q.    Mr. Lieblich, you don't get to
```

                         GERALD LIEBLICH

1                        GERALD LIEBLICH

2    object here, your attorney can object for

3    you.

4         A.    I don't understand your

5    question.

6         Q.    Then you can say you don't

7    understand.

8              I would ask again, does Peak

9    Time Parking have permission from Reyer

10   Parking Corp. to use Reyer Parking Corp.'s

11   parking garage license number?

12        A.    It has permission to use it at

13   that location, 1872 East Tremont Avenue,

14   Bronx, New York.

15        Q.    Do you have any direct control

16   over Peak Time Parking?

17        A.    None.

18        Q.    Do you have any direct control

19   over FDD Enterprises Incorporated?

20        A.    None.

21        Q.    Do you have any control over

22   Zafar Majeed?

23        A.    None.

24        Q.    Are you familiar with Mr. Ali

25   Dar?

1                    GERALD LIEBLICH

2          A.    That's his brother.

3          Q.    Zafar Majeed's brother?

4          A.    I believe that's Mr. Zafar

5     Majeed's brother, that is correct.

6          Q.    Have you met Mr. Dar before?

7          A.    Yes.

8          Q.    Did you have any direct control

9     over Mr. Ali Dar?

10         A.    No.

11         Q.    Is it your understanding that

12    Peak Time Parking subleases 1872 East

13    Tremont Avenue to FDD Enterprises?

14         A.    I don't know.

15         Q.    Is there any writing that

16    exists between 1872 East Tremont Corp. and

17    Peak Time?

18         A.    Rephrase the question, please.

19         Q.    Is there any written agreement

20    between 1872 East Tremont Corp. and Peak

21    Time?

22         A.    Not to my knowledge.

23         Q.    Why doesn't 1872 East Tremont

24    Corp. hold the license to operate the

25    garage located at 1872 East Tremont Avenue?

```
 1                   GERALD LIEBLICH
 2              MR. RUDOFSKY:  Objection to the
 3          form of the question.
 4         Q.    You can answer, Mr. Lieblich.
 5         A.    I don't understand the
 6    question.
 7         Q.    What was the purpose of having
 8    two separate entities, one to hold the
 9    parking garage license, and one to own the
10    parking garage; why did you make that
11    decision?
12         A.    I don't recall right now.  That
13    decision was made years ago, it was a
14    business decision.
15         Q.    Are you familiar pursuant to
16    what law Reyer Parking Corp.'s parking
17    garage license was issued?
18              MR. RUDOFSKY:  Objection.
19              MR. CARR:  I don't understand
20          the objection.
21         Q.    Are you familiar --
22              MR. RUDOFSKY:  He is not a
23          lawyer.
24              MR. CARR:  I know he is not a
25          lawyer, he may know, though.  He
```

```
 1                    GERALD LIEBLICH
 2        don't have to be a lawyer to know.
 3              MR. RUDOFSKY:  You told me not
 4        to explain my objection as I
 5        understood it.  I wasn't trying to
 6        color his testimony.  I didn't tell
 7        him that he can't answer it, I am
 8        just objecting to the question.
 9              MR. CARR:  Can you mark this,
10        please.
11              (Whereupon, the aforementioned
12        statute was marked as Plaintiff's
13        Exhibit 1 for identification as of
14        this date by the Reporter.)
15        Q.    Mr. Lieblich, I am going to
16   show you what's been marked as Plaintiff's
17   Exhibit 1, take your time to peruse it.
18              (Whereupon, the witness peruses
19        the document.)
20        Q.    Have you ever seen this statute
21   before, when you are done reading?
22        A.    I don't recall seeing it.
23              MR. CARR:  Can you mark this,
24        please.
25              (Whereupon, the aforementioned
```

```
 1                    GERALD LIEBLICH
 2            declaration of Ronald Aletto was
 3            marked as Plaintiff's Exhibit 2 for
 4            identification as of this date by the
 5            Reporter.)
 6            Q.    I am showing you what's been
 7    marked as Plaintiff's Exhibit 2.  Have you
 8    ever seen that document before?
 9            A.    Yes.
10            Q.    Can you tell me what it is for
11    the record, please?
12            A.    As it states here it's a
13    declaration of Ronald, R-O-N-A-L-D, Aletto,
14    A-L-E-T-T-O.
15            Q.    Can you tell me, to the best of
16    your acknowledge, who Ronald Aletto is?
17            A.    He is the accountant for Reyer
18    Parking Corp.
19            Q.    Is he an employee of Reyer
20    Parking Corp.?
21            A.    No.
22            Q.    Does he manage the day-to-day
23    business of Reyer Parking Corp.?
24            A.    No.
25            Q.    Does he have any other
```

```
 1                  GERALD LIEBLICH
 2    knowledge about Reyer Parking Corp. aside
 3    from what you provided him with?
 4         A.    No.
 5         Q.    Did Peak Time get permission
 6    from 1872 East Tremont Corp. to sublease
 7    the premises to anyone else?
 8         A.    No.
 9         Q.    You are aware that there is
10    currently a subtenant at 1872 East Tremont
11    Avenue?
12         A.    No.
13         Q.    So, to the best of your
14    knowledge, who is the current tenant in
15    possession of 1872 East Tremont Avenue,
16    Bronx, New York?
17         A.    Peak Time.
18         Q.    Who were the rent checks made
19    payable to for 1872 East Tremont, Bronx,
20    New York?
21         A.    Can you repeat the question,
22    please.
23         Q.    Who are the rent checks made
24    payable to to 1872 East Tremont Avenue,
25    Bronx, New York?
```

```
 1                    GERALD LIEBLICH
 2         A.    1872 East Tremont Corp.
 3         Q.    Where are those checks
 4  deposited?
 5         A.    If there were checks they would
 6  be deposited into the account that holds
 7  that corporation.
 8         Q.    It's an account owned by 1872
 9  East Tremont Corp.?
10         A.    Correct.
11         Q.    Since Reyer Parking Corp. was
12  formed, how has it generated its income?
13         A.    I don't understand the
14  question.
15         Q.    Since Reyer Parking Corp. was
16  formed, has it ever generated income?
17         A.    No.
18               MR. CARR:  Can you mark this,
19         please.
20               (Whereupon, the aforementioned
21         2009 (1120) tax return was marked as
22         Plaintiff's Exhibit 3 for
23         identification as of this date by the
24         Reporter.)
25         Q.    Mr. Lieblich, I am going to
```

```
 1                  GERALD LIEBLICH
 2    show you what's been marked as Plaintiff's
 3    Exhibit 3.  Can you tell me if you ever
 4    seen that document before?
 5         A.    Yes, I have seen this document.
 6         Q.    Can you tell me what it is?
 7         A.    It's a 2009 tax return.
 8         Q.    2009 tax return for who?
 9         A.    Reyer Parking Corp.
10         Q.    Can you tell me how much income
11    Reyer Parking Corp. declared in its 2009
12    income tax returns?
13         A.    $2,000.
14         Q.    Where did that $2,000 come
15    from?
16         A.    That came from another
17    facility, not the one we have been
18    discussing here.  It came specifically from
19    257 East 187th Street, Bronx, New York,
20    which has absolutely and unequivocally no
21    relationship to 1872 East Tremont Avenue,
22    Bronx, New York.
23         Q.    So, before when you answered my
24    question, has Reyer Parking Corp. ever
25    generated income you were incorrect?
```

```
 1                    GERALD LIEBLICH
 2          A.    I wasn't incorrect.  This
 3    income that's shown here is on behalf of
 4    the owner of this building, the entity that
 5    owns the building, it received it through,
 6    which you have copies of the checks.
 7          Q.    I do not have copies of any
 8    checks.
 9          A.    You have the statement --
10    excuse me, my error.  Right here, what the
11    accountant there wrote, it lists exactly
12    the funds come from those specific
13    institutions and the tenant there paid that
14    to Reyer which was then paid to the
15    ownership of the building, towards rent, so
16    that's what it's for.
17          Q.    Again, I would ask, has Reyer
18    Parking Corp. ever generated income?
19               MR. RUDOFSKY:  The problem is
20          the use of the word generated, you
21          mean received income?
22          Q.    Has Reyer Parking Corp. ever
23    received income?
24          A.    Received income pursuant to the
25    tax returns that are set forth.
```

<pre>
 1                      GERALD LIEBLICH
 2          Q.    So, is it your testimony that
 3    the income Reyer Parking Corp. received was
 4    immediately transferred to another
 5    corporation?
 6          A.    That's correct.
 7          Q.    What was the name of that
 8    corporation?
 9          A.    I believe it was a Rusi Holding
10    Corp.
11          Q.    Can you spell that for the
12    record, please?
13          A.    R-U-S-I  H-O-L-D-I-N-G
14    C-O-R-P.
15          Q.    Can you tell me who the
16    officers of Rusi Holding Corp. were?
17          A.    I am the officer.
18          Q.    Are there any other officers
19    aside from you?
20          A.    No.
21          Q.    Why were the funds made payable
22    to Reyer Parking Corp. instead of Rusi
23    Holding Corp.?
24               MR. RUDOFSKY:  I object to form
25         of the question.  It is not the
</pre>

```
 1                    GERALD LIEBLICH
 2        purpose we are here for, connection
 3        between Rusi and that property and
 4        your client.  It's got nothing to do
 5        whether these people are the
 6        employers of your client.
 7             MR. CARR:  Again, Counselor, we
 8        are getting into the business of
 9        Reyer Parking Corp., all their
10        business.
11             MR. RUDOFSKY:  ^ Listen to his
12        statement are you finished asking
13        questions about the employment
14        relationship, because if you are, we
15        will leave?
16             You are entitled to take this
17        man's deposition if he is a party to
18        this case.  The question is, is he
19        supposed to be a party to the case.
20        That's why the judge suggested that
21        we provide you with some information
22        about.  Which we did.  Whether you
23        are satisfied or not.  That's why the
24        judge suggested that he come and
25        answer some questions about.  Even if
```

```
1                    GERALD LIEBLICH
2        you recall not even necessarily in a
3        deposition, just maybe a meeting.
4             But we are here, he is
5        testifying under oath.  If you want
6        to ask him questions about the
7        employment relationship, ask him.
8             But you started asking some
9        questions why their business
10       relationship with some other property
11       with some other corporation, that has
12       nothing to do with this.  It's way
13       out of bounds for today.
14            MR. CARR:  Are you telling me
15       that you are directing your client
16       not to answer my question?
17            MR. RUDOFSKY:  No, I am telling
18       you if you don't ask some questions
19       about the employment relationship and
20       the question you framed before,
21       whether Reyer or Lieblich is involved
22       in the day-to-day operation of the
23       garage at 1872 East Tremont, as far
24       as I am concerned, this special
25       deposition of limited purpose is
```

```
 1              GERALD LIEBLICH
 2        over, and you could take all these
 3        other questions if we stay in the
 4        case we will come back and you can
 5        ask him if they had something to do
 6        with the case, you can ask him
 7        credibility or whatever it is.  This
 8        is for your benefit, so you don't
 9        make a mistake and for my benefit so
10        that I don't press for frivolous
11        claim and seek to dismiss the case.
12             The judge was very clear, this
13        was for our benefit so that neither
14        one of us is operating without
15        certain information that we need.
16             You think you need the
17        information about this other garage,
18        to talk about whether Mr. Lieblich is
19        the employer of Mr. Dossou.  God
20        bless you.  I don't think you need
21        it.
22             MR. CARR:  Are you directing
23        him not to answer?
24             MR. RUDOFSKY:  It's an
25        accommodation, so use your time
```

1                    GERALD LIEBLICH

2          wisely.

3                    MR. CARR:  Are you directing

4          your client not to answer the

5          question?  I need that clear for the

6          record so when we go back before the

7          judge --

8                    MR. RUDOFSKY:  No, I am asking

9          you if you have any more questions to

10         ask about the employment relationship

11         with MR. Dossou?

12                   MR. CARR:  This is my

13         deposition.

14                   MR. RUDOFSKY:  No, it's not

15         your deposition.  That's a statement

16         that you can make at a regular

17         deposition, seven hours, credibility,

18         education, background.  We are not

19         here for that purpose, so either get

20         to the business at hand or we are

21         done and I would be happy to explain

22         to the judge why we terminated the

23         deposition.

24              I am not directing him not to

25         answer, but I may direct him to

```
 1                GERALD LIEBLICH
 2       leave, the deposition is over.
 3            So, either you use the time for
 4       the purpose the judge suggested we
 5       get together or don't, it's up to
 6       you.  Don't waste our time.  Okay?
 7       The answer to the question that you
 8       just asked him doesn't have any
 9       relationship to this case or the
10       decision that you have to make.
11            MR. CARR:  You don't know that.
12            MR. RUDOFSKY:  I do know that.
13            MR. CARR:  How do you know
14       that, you are not the one testifying?
15            MR. RUDOFSKY:  You have no
16       foundation, he has told you that he's
17       got nothing to do with any of these
18       people, and he has got nothing to do
19       with this man.
20            MR. CARR:  He did not say that
21       at all.  You keep putting words in
22       his mouth.
23            MR. RUDOFSKY:  Ask him those
24       questions.
25            MR. CARR:  You already gave him
```

1                    GERALD LIEBLICH
2          the answers to that.
3               MR. RUDOFSKY:  We know what we
4          came here for.  All you have
5          established is that Reyer has some
6          income from another parking facility
7          paid by some other people that it
8          pays to another corporation, Rusi,
9          and now you started to ask questions
10         about Rusi.  We are not here to
11         answer questions about Rusi.  That's
12         as plain as I can make it.
13              If you don't have anything else
14         to ask about Reyer and this garage
15         and FDD Enterprises and Peak Time,
16         then the purpose of this deposition
17         is over.  Your call.
18              MR. CARR:  Can you mark this,
19         please.
20              (Whereupon, the aforementioned
21         2012 tax returns for Reyer Parking
22         Corp. was marked as Plaintiff's
23         Exhibit 4 for identification as of
24         this date by the Reporter.)
25         Q.   Mr. Lieblich, I am showing you

1                    GERALD LIEBLICH

2     what's been marked as Plaintiff's Exhibit

3     4.  Have you seen that before?

4          A.    Yes, sir.

5          Q.    Can you, please, describe to me

6     what it is?

7          A.    It's a 2012 tax return for

8     Reyer Parking Corp.

9          Q.    Is it correct that in the tax

10    return that lists Reyer Parking asset for

11    the approximate of $308,000, give or take?

12         A.    That's what it reflects in this

13    document, under total assets $308,858 see

14    instructions.

15         Q.    Can you tell me what the

16    $308,000 in assets consists of?

17         A.    It consists of a loan made by a

18    bank to a property at 1490 Lacoons Road,

19    Bronx, New York on a property to be

20    developed.  It has absolutely,

21    unequivocally no relationship to 1872 East

22    Tremont Avenue, Bronx, New York.

23         Q.    Has Reyer Parking Corp. ever

24    had an employee?

25         A.    Never.

```
 1                    GERALD LIEBLICH
 2          Q.    Had it ever had a manager?
 3          A.    Never.
 4          Q.    Is it fair to say that the only
 5   person that has done business on behalf of
 6   Reyer Parking Corp. is yourself?
 7          A.    Yes, sir.
 8          Q.    Has 1872 East Tremont Corp.
 9   ever had any employees?
10          A.    No.
11          Q.    Did it ever have any managers?
12          A.    No.
13          Q.    Is it fair to say that you are
14   the only person who has done business on
15   behalf of 1872 East Tremont Corp.?
16          A.    Yes, sir.
17          Q.    Are there any other agreements,
18   written or otherwise, between 1872 East
19   Tremont Corp. and Reyer Parking Corp.?
20          A.    No, sir.
21          Q.    Does FDD Enterprises have any
22   agreements with Reyer Parking Corp.?
23          A.    No.
24          Q.    Is FDD Enterprises allowed to
25   use the name Reyer Parking Corp.?
```

1                    GERALD LIEBLICH

2          A.    I don't know anything about FDD

3     Enterprises until this case.  Prior to that

4     I have never heard of FDD.

5                    MR. CARR:  Can you mark this,

6              please.

7                    (Whereupon, the aforementioned

8              reply declaration was marked as

9              Plaintiff's Exhibit 5 for

10             identification as of this date by the

11             Reporter.)

12         Q.    I am showing you what has been

13    marked as Plaintiff's Exhibit 5.  Have you

14    ever seen that document before?

15         A.    I don't recall seeing this.

16         Q.    You have never seen that

17    document before?

18         A.    I don't recall seeing it.

19                   MR. CARR:  Can you mark this,

20             please.

21                   (Whereupon, the aforementioned

22             reply declaration was marked as

23             Plaintiff's Exhibit 6 for

24             identification as of this date by the

25             Reporter.)

```
 1                    GERALD LIEBLICH
 2          Q.    Mr. Lieblich, I am going to
 3     show you what has been marked as
 4     Plaintiff's Exhibit 6.  Have you ever seen
 5     that document before?
 6          A.    I don't recall seeing this.
 7              MR. CARR:  Off the record.
 8              (Whereupon, an off-the-record
 9           discussion was held.)
10              MR. CARR:  Back on the record.
11           Can you mark this, please.
12              (Whereupon, the aforementioned
13           parking ticket was marked as
14           Plaintiff's Exhibit 7 for
15           identification as of this date by the
16           Reporter.)
17          Q.    Mr. Lieblich, I am showing you
18     what's been marked as Plaintiff's Exhibit
19     7.  Have you ever seen that document
20     before?
21          A.    No.
22          Q.    Can you describe to me what it
23     is, what your understanding of it is?
24          A.    It's a claim check numbered
25     16-667, Reyer Parking Corp. at 1872 Tremont
```

1                    GERALD LIEBLICH

2    Avenue, Bronx, New York 10460.  The license

3    number 1352450.

4         Q.    Do you know how that document

5    was produced or created?

6         A.    You just provided that to me.

7         Q.    But it does have Reyer Parking

8    Corp.'s name on it, correct?

9         A.    It has a stamp with Reyer

10   Parking Corp. on it, correct.

11        Q.    Was it produced by Reyer

12   Parking Corp.?

13        A.    No, Reyer Parking Corp. means I

14   did not produce it or the entity did not

15   produce, it's a stamp.  No.

16        Q.    Did Reyer Parking Corp. create

17   the stamp that made the markings on the

18   claim check?

19        A.    No, I don't recall that.

20        Q.    Does anyone have permission to

21   make claim checks, such as this one, with

22   Reyer Parking Corp.'s name on it?

23        A.    If that was necessary to have a

24   claim check, I assume it would be okay to

25   do.  I don't recall being asked or not

```
 1                    GERALD LIEBLICH
 2   asked if they could do it.  So, it really
 3   has no effect on anything that I do, so if
 4   they did it it has no effect.
 5          Q.    But it has your company's name
 6   and license number on it, correct?
 7          A.    To repeat it, has Reyer's
 8   Parking Corp.'s name and it has the address
 9   and it has the license number.
10          Q.    You don't have a problem with
11   --
12          MR. RUDOFSKY:  Objection.  How
13             does that help you understand if he
14             is the employer or Reyer is the
15             employer whether he has a problem or
16             not?  He testified that these people
17             use the garage with his permission,
18             he doesn't challenge that.
19          MR. CARR:  Actually, he has
20             because he is saying that FDD does
21             not have permission.
22          MR. RUDOFSKY:  Okay.  Peak Time
23             has permission and Peak Time has told
24             you that they permitted FDD to use
25             it.  This is all undisputed stuff.
```

```
 1                GERALD LIEBLICH
 2        You knew this -- you had exhibits
 3        before the judge that are copies of
 4        this.
 5             MR. CARR:  I am allowed to ask
 6        your client about the exhibits.
 7             MR. RUDOFSKY:  I understand,
 8        but not if he has a problem with it.
 9        What difference does it make if he
10        has a problem or not?  The facts are
11        the facts, that's how they operate
12        the garage.  The judge told you, I
13        believe the transcript will speak for
14        itself.  The mere fact that it is a
15        licensee doesn't help you in what we
16        are here for today, so...
17             MR. CARR:  I am going to ask
18        him about the claim check, do you
19        have a problem with that, yes or no?
20             MR. RUDOFSKY:  I don't have a
21        problem asking him about the claim
22        checks, but I have a problem if you
23        ask him questions like, do you have a
24        problem with that.  He told you that
25        he doesn't have a problem with it.
```

```
 1                    GERALD LIEBLICH
 2              MR. CARR:  He didn't because he
 3         didn't get to answer the question.
 4         You are interrupting, you could have
 5         just let him say no and then we would
 6         have been done.
 7              MR. RUDOFSKY:  You repeat these
 8         questions that goes beyond what we
 9         are here for.  So, if you want to ask
10         him that question I would withdraw my
11         objection.  But, please try and
12         phrase your questions to address the
13         issue.
14         Q.    Does anyone have permission to
15   create claim checks with Reyer Parking
16   Corp.'s name on?
17         A.    Peak Time Parking operates the
18   facility, so whatever they required to
19   operate the facility, they would operate
20   the facility.  Whatever the requirements
21   would be.  I did not go through a checklist
22   of what would or not be required.  They
23   know on their own accord what would be
24   required.  Whatever would be required to
25   operate, they would be able to operate.
```

1                   GERALD LIEBLICH

2          Q.    So, it's your testimony that

3    you are allowing Peak Time Parking to use

4    Reyer Parking Corp.'s name and license

5    number if it's required for them to run the

6    garage at 1872 East Tremont Avenue?

7          A.    That's correct.

8                 MR. CARR:  I have nothing

9           further.

10   EXAMINATION BY

11   MR. RUDOFSKY:

12         Q.    Mr. Lieblich, does Reyer

13   Parking play any role in the day-to-day,

14   when I say Reyer Parking, Reyer Parking

15   Corp. or you play any role in the

16   day-to-day operation of the garage?

17         A.    Absolutely not.

18         Q.    Do you play any role in the

19   day-to-day management of the garage?

20         A.    Absolutely not.

21         Q.    Do you play any role in the

22   hiring or firing of any of the employees of

23   the garage?

24         A.    Absolutely not.

25         Q.    Do you play any role in

1                    GERALD LIEBLICH
2   determining the terms and condition of
3   employment?
4        A.    Absolutely not.
5        Q.    Do you play any role in
6   determining how much an employee makes?
7        A.    Absolutely none.
8        Q.    Do you play any role in
9   determining the hours of employment?
10        A.    Absolutely none.
11        Q.    Do you play any role in
12   determining whether the employees are paid
13   overtime?
14        A.    Absolutely none.
15        Q.    Do you play any role in
16   determining if the employee is getting a
17   lunch hour or a lunch break or time off
18   during the day?
19        A.    Absolutely none.
20        Q.    Do you play any role in
21   determining whether the employees is paid
22   by cash or check?
23        A.    Absolutely none.
24        Q.    Do you play any role, when I
25   say you, it's you or Reyer for all of these

```
 1                    GERALD LIEBLICH
 2    questions, does that change your answer at
 3    all?
 4         A.    Same answer for both Reyer
 5    Parking Corp. and myself.
 6         Q.    Do you play any role in
 7    determining what compensation to the
 8    employees is recorded for tax purposes?
 9         A.    Absolutely none.
10         Q.    Do you have any knowledge as to
11    any of those items?
12         A.    Absolutely no knowledge.
13              MR. RUDOFSKY:  Thank you.
14    CONTINUED EXAMINATION BY
15    MR. CARR:
16         Q.    Mr. Lieblich, when was the last
17    time that you visited 1872 East Tremont
18    Avenue, Bronx, New York?
19         A.    I was there about last week.
20         Q.    What do you do on your visits
21    there?
22         A.    When I go there I show space in
23    another property that we have adjacent to
24    it.
25              MR. CARR:  That's all I have
```

```
 1                    GERALD LIEBLICH
 2          for you.  Thank you.
 3              MR. RUDOFSKY:  For the record,
 4          I sent you an e-mail during the
 5          course of the examination, but I
 6          would say for the record that we are
 7          designating the transcript and the
 8          exhibits as confidential under the
 9          terms of the stipulation.
10              MR. CARR:  That's fine.
11              (Whereupon, at 4:14 P.M., the
12          Examination of this Witness was
13          concluded.)
14
15
16                    _____
17                          GERALD LIEBLICH
18          Subscribed and sworn to before me
19          this _____ day of _____ 20___.
20          _____
21              NOTARY PUBLIC
22
23
24
25
```

```
 1                    GERALD LIEBLICH

 2                 E X H I B I T S

 3

 4    PLAINTIFF'S EXHIBITS:

 5

 6    EXHIBIT    EXHIBIT                  PAGE

 7    NUMBER     DESCRIPTION

 8    1          Statute                  28

 9    2          Declaration of Ronald

10               Aletto                   29

11    3          2009 (1120) tax return   31

12    4          2012 tax returns for Reyer

13               Parking Corp.            40

14    5          Reply declaration        43

15    6          Reply declaration        43

16    7          Parking ticket           43

17

18

19                    I N D E X

20

21    EXAMINATION BY                      PAGE

22    MR. CARR                            4, 51

23    MR. RUDOFSKY                        49

24

25
```

```
 1              GERALD LIEBLICH

 2     INFORMATION AND/OR DOCUMENTS REQUESTED

 3   INFORMATION AND/OR DOCUMENTS        PAGE

 4   Production of any checks written

 5   from Reyer Parking's checkbook

 6   from 2007 to present               21

 7

 8   Production of any insurance

 9   policies held by Reyer Parking     22

10

11   Production of the articles of

12   incorporation of Reyer Parking

13   Corp.                              23

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    GERALD LIEBLICH

 2                C E R T I F I C A T E

 3

 4   STATE OF NEW YORK        )
                              :  SS.:
 5   COUNTY OF QUEENS         )

 6

 7

 8          I, ELEANOR P. KING, a Notary Public

 9   for and within the State of New York, do

10   hereby certify:

11          That the witness whose examination is

12   hereinbefore set forth was duly sworn and

13   that such examination is a true record of

14   the testimony given by that witness.

15          I further certify that I am not

16   related to any of the parties to this

17   action by blood or by marriage and that I

18   am in no way interested in the outcome of

19   this matter.

20          IN WITNESS WHEREOF, I have hereunto

21   set my hand this 17th day of February 2014.

22                       Eleanor P. King
                     _____
23                          ELEANOR P. KING

24

25
```

GERALD LIEBLICH

## $

**$2,000** [2] - 32:13, 32:14
**$20** [2] - 21:9, 21:12
**$20,000** [2] - 21:11, 21:15
**$25** [1] - 21:9
**$25,000** [2] - 21:12, 21:15
**$308,000** [2] - 41:11, 41:16
**$308,858** [1] - 41:13

## 1

**1** [2] - 3:17, 53:8
**10001** [2] - 2:11
**10019** [1] - 4:13
**10460** [1] - 45:2
**1120** [2] - 31:21, 53:11
**11241** [2] - 1:21, 2:6
**1352450** [1] - 45:3
**13CV2800-GBD** [1] - 1:6
**1490** [1] - 41:18
**16** [2] - 1:21, 2:5
**16-667** [1] - 44:25
**17th** [1] - 55:21
**187** [1] - 8:5
**1872** [38] - 8:4, 9:2, 9:4, 9:5, 9:8, 9:16, 10:24, 11:25, 12:5, 17:3, 17:11, 18:4, 20:9, 20:14, 20:24, 24:22, 25:13, 26:12, 26:16, 26:20, 26:23, 26:25, 30:6, 30:10, 30:15, 30:19, 30:24, 31:2, 31:8, 32:21, 36:23, 41:21, 42:8, 42:15, 42:18, 44:25, 49:6, 51:17
**187th** [1] - 32:19

## 2

**2** [1] - 53:9
**2004** [2] - 6:12, 6:20
**2007** [2] - 22:2, 54:6
**2009** [5] - 31:21, 32:7, 32:8, 32:11, 53:11
**2012** [3] - 40:21, 41:7, 53:12
**2014** [2] - 1:12, 55:21
**20___** [1] - 52:19
**21** [1] - 54:6
**22** [1] - 54:9
**23** [1] - 54:13
**234** [1] - 4:12
**24** [1] - 5:2
**257** [2] - 8:5, 32:19
**26th** [1] - 2:10

**28** [1] - 53:8
**29** [1] - 53:10
**2901** [1] - 2:5

## 3

**3** [1] - 53:11
**30** [1] - 3:16
**31** [1] - 53:11
**3:05** [1] - 1:13

## 4

**4** [2] - 53:12, 53:22
**40** [1] - 53:13
**43** [3] - 53:14, 53:15, 53:16
**49** [1] - 53:23
**4:14** [1] - 52:11

## 5

**5** [1] - 53:14
**51** [1] - 53:22
**56th** [1] - 4:12

## 6

**6** [2] - 1:12, 53:15
**601** [1] - 2:10

## 7

**7** [1] - 53:16

## A

**A-L-E-T-T-O** [1] - 29:14
**a/k/a** [2] - 1:3, 2:5
**able** [1] - 48:25
**absolutely** [15] - 23:6, 23:9, 32:20, 41:20, 49:17, 49:20, 49:24, 50:4, 50:7, 50:10, 50:14, 50:19, 50:23, 51:9, 51:12
**accommodation** [1] - 37:25
**accord** [1] - 48:23
**accordance** [1] - 14:20
**account** [2] - 31:6, 31:8
**accountant** [3] - 14:8, 29:17, 33:11
**accurate** [2] - 6:15, 6:16
**acknowledge** [1] - 29:16
**action** [4] - 4:16, 8:24, 21:18, 55:17
**actual** [1] - 6:22
**additionally** [1] - 13:18
**address** [4] - 4:11, 8:2, 46:8, 48:12

**adjacent** [1] - 51:23
**administer** [1] - 3:11
**advisement** [1] - 22:8
**aforementioned** [7] - 28:11, 28:25, 31:20, 40:20, 43:7, 43:21, 44:12
**afternoon** [1] - 4:14
**agree** [3] - 13:10, 15:19, 16:22
**AGREED** [2] - 3:5, 3:20
**agreement** [3] - 20:13, 20:24, 26:19
**agreements** [5] - 23:5, 23:8, 24:14, 42:17, 42:22
**alcohol** [1] - 5:2
**Aletto** [4] - 29:2, 29:13, 29:16, 53:10
**ALI** [1] - 1:8
**Ali** [2] - 25:24, 26:9
**allowed** [6] - 10:22, 11:4, 15:23, 16:2, 42:24, 47:5
**allowing** [1] - 49:3
**allows** [1] - 17:2
**ALSO** [1] - 2:13
**AND** [2] - 3:5, 3:20
**and/or** [2] - 14:14
**AND/OR** [2] - 54:2, 54:3
**answer** [20] - 5:12, 10:7, 11:17, 13:24, 14:19, 18:24, 19:7, 20:19, 27:4, 28:7, 35:25, 36:16, 37:23, 38:4, 38:25, 39:7, 40:11, 48:3, 51:2, 51:4
**answered** [2] - 24:24, 32:23
**answers** [4] - 5:14, 12:10, 15:2, 40:2
**anticipate** [1] - 5:11
**appear** [2] - 23:25, 24:9
**appropriately** [1] - 23:2
**approximate** [1] - 41:11
**are there** [3] - 6:5, 34:18, 42:17
**articles** [4] - 23:11, 23:13, 23:17, 54:11
**aside** [4] - 8:12, 24:12, 30:2, 34:19
**asking** [6] - 5:9, 12:15, 35:12, 36:8, 38:8, 47:21
**asset** [1] - 41:10
**assets** [2] - 41:13, 41:16
**assume** [2] - 23:13, 45:24
**assure** [1] - 19:10
**attention** [1] - 13:4
**Attorney** [2] - 2:4, 2:9
**attorney** [1] - 25:2

**authority** [1] - 11:8
**authorized** [2] - 3:11, 24:18
**Avenue** [17] - 8:4, 9:6, 9:9, 11:25, 17:4, 17:11, 25:13, 26:13, 26:25, 30:11, 30:15, 30:24, 32:21, 41:22, 45:2, 49:6, 51:18
**aware** [2] - 4:20, 30:9

## B

**background** [1] - 38:18
**bank** [1] - 41:18
**behalf** [3] - 33:3, 42:5, 42:15
**believe** [5] - 17:16, 24:23, 26:4, 34:9, 47:13
**benefit** [3] - 37:8, 37:9, 37:13
**besides** [1] - 5:21
**bless** [1] - 37:20
**blood** [1] - 55:17
**blunder** [1] - 14:25
**bounds** [1] - 36:13
**break** [1] - 50:17
**Bronx** [18] - 8:5, 9:6, 9:9, 9:17, 12:2, 17:4, 17:11, 25:14, 30:16, 30:19, 30:25, 32:19, 32:22, 41:19, 41:22, 45:2, 51:18
**Brooklyn** [2] - 1:21, 2:6
**brother** [3] - 26:2, 26:3, 26:5
**building** [6] - 9:5, 9:8, 12:6, 33:4, 33:5, 33:15
**built** [1] - 19:8
**built-in** [1] - 19:8
**business** [12] - 6:25, 8:12, 20:6, 20:7, 27:14, 29:23, 35:8, 35:10, 36:9, 38:20, 42:5, 42:14
**BY** [6] - 2:6, 2:11, 4:6, 49:10, 51:14, 53:21

## C

**C-O-R-P** [1] - 34:14
**call** [4] - 21:23, 22:12, 23:16, 40:17
**can you** [29] - 5:16, 5:23, 6:2, 6:8, 6:24, 8:2, 8:18, 8:25, 9:15, 9:19, 20:4, 28:9, 28:23, 29:10, 29:15, 30:21, 31:18, 32:3, 32:6, 32:10, 34:11, 34:15, 40:18, 41:5, 41:15, 43:5, 43:19,

44:11, 44:22
**car** [1] - 24:5
**CARR** [47] - 2:4, 2:6, 4:7, 10:17, 10:20, 11:11, 11:20, 11:23, 12:13, 13:9, 14:9, 15:4, 15:14, 16:2, 16:22, 18:25, 21:23, 22:12, 23:15, 27:19, 27:24, 28:9, 28:23, 31:18, 35:7, 36:14, 37:22, 38:3, 38:12, 39:11, 39:13, 39:20, 39:25, 40:18, 43:5, 43:19, 44:7, 44:10, 46:19, 47:5, 47:17, 48:2, 49:8, 51:15, 51:25, 52:10, 53:22
**Carr** [1] - 4:15
**case** [8] - 22:6, 35:18, 35:19, 37:4, 37:6, 37:11, 39:9, 43:3
**Case** [1] - 1:6
**cash** [1] - 50:22
**certificate** [1] - 6:22
**certification** [1] - 3:8
**certify** [2] - 55:10, 55:15
**challenge** [1] - 46:18
**change** [1] - 51:2
**check** [6] - 22:11, 44:24, 45:18, 45:24, 47:18, 50:22
**checkbook** [3] - 21:21, 22:2, 54:5
**checklist** [1] - 48:21
**checks** [11] - 21:25, 30:18, 30:23, 31:3, 31:5, 33:6, 33:8, 45:21, 47:22, 48:15, 54:4
**choice** [1] - 15:6
**Civil** [1] - 1:19
**claim** [10] - 24:6, 24:9, 37:11, 44:24, 45:18, 45:21, 45:24, 47:18, 47:21, 48:15
**clear** [7] - 5:12, 11:20, 12:17, 14:21, 21:14, 37:12, 38:5
**client** [6] - 19:4, 35:4, 35:6, 36:15, 38:4, 47:6
**color** [1] - 28:6
**commencement** [1] - 8:24
**company's** [1] - 46:5
**compensated** [1] - 18:16
**compensation** [1] - 51:7
**completely** [1] - 13:21
**concerned** [1] - 36:24
**concluded** [1] - 52:13

**condition** [1] - 50:2
**conditions** [1] - 5:5
**confidential** [1] - 52:8
**confine** [1] - 19:13
**connection** [1] - 35:2
**consent** [2] - 12:3, 12:5
**consequences** [1] - 14:23
**considered** [1] - 13:16
**consists** [2] - 41:16, 41:17
**continue** [1] - 22:25
**CONTINUED** [1] - 51:14
**control** [5] - 15:22, 25:15, 25:18, 25:21, 26:8
**convinced** [1] - 14:13
**copies** [3] - 33:6, 33:7, 47:3
**copy** [2] - 3:14, 3:17
**Corp** [69] - 5:17, 6:9, 6:25, 8:15, 9:3, 9:4, 9:7, 9:10, 9:22, 12:5, 17:10, 17:15, 17:22, 17:23, 18:2, 18:3, 18:9, 18:10, 20:10, 20:14, 20:25, 22:9, 23:10, 23:18, 24:15, 24:23, 25:10, 26:16, 26:20, 26:24, 29:18, 29:20, 29:23, 30:2, 30:6, 31:2, 31:9, 31:11, 31:15, 32:9, 32:11, 32:24, 33:18, 33:22, 34:3, 34:10, 34:16, 34:22, 34:23, 35:9, 40:22, 41:8, 41:23, 42:6, 42:8, 42:15, 42:19, 42:22, 42:25, 44:25, 45:10, 45:12, 45:13, 45:16, 49:15, 51:5, 53:13, 54:13
**CORP** [1] - 1:8
**Corp.'s** [16] - 8:19, 9:2, 9:20, 10:2, 10:11, 11:3, 23:24, 24:13, 24:18, 25:10, 27:16, 45:8, 45:22, 46:8, 48:16, 49:4
**corporate** [1] - 12:23
**corporation** [17] - 5:19, 5:22, 5:24, 5:25, 6:3, 6:6, 6:19, 6:22, 10:10, 23:11, 23:12, 23:14, 31:7, 34:5, 34:8, 36:11, 40:8
**counsel** [2] - 3:6, 3:17
**Counsel** [1] - 18:25
**counselor** [1] - 23:15
**Counselor** [3] - 13:9, 15:14, 35:7
**COUNTY** [1] - 55:5
**course** [1] - 52:5
**COURT** [1] - 1:2

**Court** [5] - 1:18, 1:21, 2:5, 3:13, 4:22
**create** [2] - 45:16, 48:15
**created** [1] - 45:5
**credibility** [2] - 37:7, 38:17
**current** [1] - 30:14
**currently** [4] - 10:11, 17:9, 24:17, 30:10
**customer** [1] - 24:7
**customers** [1] - 23:24

# D

**DAR** [1] - 1:8
**Dar** [3] - 25:25, 26:6, 26:9
**DATE** [1] - 1:12
**date** [7] - 28:14, 29:4, 31:23, 40:24, 43:10, 43:24, 44:15
**day** [17] - 13:14, 15:21, 29:22, 36:22, 49:13, 49:16, 49:19, 50:18, 52:19, 55:21
**day-to-day** [7] - 13:14, 15:21, 29:22, 36:22, 49:13, 49:16, 49:19
**days** [2] - 3:16, 13:20
**debate** [1] - 14:12
**December** [2] - 6:12, 6:19
**decision** [4] - 27:11, 27:13, 27:14, 39:10
**declaration** [7] - 14:8, 29:2, 29:13, 43:8, 43:22, 53:14, 53:15
**Declaration** [1] - 53:9
**declared** [1] - 32:11
**Defendant** [3] - 1:16, 2:9, 13:6
**DEFENDANTS** [1] - 1:9
**defense** [1] - 19:8
**demands** [1] - 13:19
**deposed** [2] - 4:17, 16:12
**deposited** [2] - 31:4, 31:6
**deposition** [16] - 3:8, 3:9, 3:14, 14:17, 15:24, 16:8, 16:21, 35:17, 36:3, 36:25, 38:13, 38:15, 38:17, 38:23, 39:2, 40:16
**DEPOSITION** [1] - 1:16
**describe** [2] - 41:5, 44:22
**DESCRIPTION** [1] - 53:7
**designating** [1] - 52:7
**determining** [7] - 50:2,

50:6, 50:9, 50:12, 50:16, 50:21, 51:7
**developed** [1] - 41:20
**Diamond** [1] - 1:20
**did it** [2] - 42:11, 46:4
**did you** [2] - 26:8, 27:10
**difference** [1] - 47:9
**diligence** [1] - 6:15
**direct** [6] - 13:4, 20:22, 25:15, 25:18, 26:8, 38:25
**directing** [4] - 36:15, 37:22, 38:3, 38:24
**discovery** [2] - 12:19, 13:19
**discussing** [1] - 32:18
**discussion** [2] - 16:24, 44:9
**dismiss** [1] - 37:11
**DISTRICT** [2] - 1:2, 1:2
**do they** [1] - 21:7
**do you** [25] - 11:7, 11:8, 20:7, 20:12, 21:5, 23:3, 23:7, 25:15, 25:18, 25:21, 45:4, 47:18, 47:23, 49:18, 49:21, 49:25, 50:5, 50:8, 50:11, 50:15, 50:20, 50:24, 51:6, 51:10, 51:20
**document** [10] - 28:19, 29:8, 32:4, 32:5, 41:13, 43:14, 43:17, 44:5, 44:19, 45:4
**DOCUMENTS** [2] - 54:2, 54:3
**documents** [1] - 14:4
**does he** [2] - 29:22, 29:25
**does it** [6] - 7:7, 17:6, 17:14, 18:12, 19:18, 47:9
**does that** [2] - 46:13, 51:2
**doesn't** [7] - 17:8, 19:11, 26:23, 39:8, 46:18, 47:15, 47:25
**DOSSOU** [4] - 1:3, 2:5
**Dossou** [5] - 4:16, 12:21, 21:18, 37:19, 38:11
**drugs** [1] - 4:25
**due** [1] - 6:15
**duly** [2] - 4:3, 55:12

# E

**e-mail** [1] - 52:4
**East** [37] - 8:4, 8:5, 9:2, 9:4, 9:5, 9:8, 9:16, 11:25, 12:5, 17:3, 17:11, 20:9, 20:14, 20:25, 24:22, 25:13, 26:12, 26:16,

26:20, 26:23, 26:25, 30:6, 30:10, 30:15, 30:19, 30:24, 31:2, 31:9, 32:19, 32:21, 36:23, 41:21, 42:8, 42:15, 42:18, 49:6, 51:17

**ECF** [1] - 1:6
**education** [1] - 38:18
**EDWARD** [2] - 2:9, 2:11
**effect** [4] - 3:12, 3:15, 46:3, 46:4
**ELEANOR** [2] - 55:8, 55:23
**Eleanor** [1] - 1:22
**employee** [4] - 29:19, 41:24, 50:6, 50:16
**employees** [6] - 8:16, 42:9, 49:22, 50:12, 50:21, 51:8
**employer** [5] - 12:21, 13:17, 37:19, 46:14, 46:15
**employers** [1] - 35:6
**employment** [8] - 12:19, 15:23, 35:13, 36:7, 36:19, 38:10, 50:3, 50:9
**end** [1] - 22:20
**entered** [1] - 20:13
**ENTERPRISES** [1] - 1:8
**Enterprises** [9] - 8:19, 8:22, 23:8, 25:19, 26:13, 40:15, 42:21, 42:24, 43:3
**entities** [2] - 18:19, 27:8
**entitled** [1] - 35:16
**entity** [5] - 7:9, 7:11, 17:20, 33:4, 45:14
**error** [1] - 33:10
**ESQ** [4] - 2:4, 2:6, 2:9, 2:11
**established** [1] - 40:5
**exact** [1] - 21:13
**exactly** [2] - 21:5, 33:11
**examination** [3] - 52:5, 55:11, 55:13
**EXAMINATION** [4] - 4:6, 49:10, 51:14, 53:21
**Examination** [1] - 52:12
**examined** [1] - 4:5
**except** [1] - 3:21
**excuse** [1] - 33:10
**EXHIBIT** [2] - 53:6
**Exhibit 1** [2] - 28:13, 28:17
**Exhibit 2** [2] - 29:3, 29:7
**Exhibit 3** [2] - 31:22, 32:3
**Exhibit 4** [2] - 40:23, 41:2

**Exhibit 5** [2] - 43:9, 43:13
**Exhibit 6** [2] - 43:23, 44:4
**Exhibit 7** [2] - 44:14, 44:18
**exhibits** [3] - 47:2, 47:6, 52:8
**EXHIBITS** [1] - 53:4
**exist** [2] - 14:4, 22:13
**exists** [1] - 26:16
**expenses** [1] - 19:19
**explain** [2] - 28:4, 38:21
**extent** [1] - 23:18

**F**

**facilities** [3] - 7:16, 7:24, 8:3
**facility** [10] - 7:11, 7:18, 8:8, 9:24, 18:5, 32:17, 40:6, 48:18, 48:19, 48:20
**fact** [1] - 47:14
**facts** [2] - 47:10, 47:11
**fair** [3] - 9:25, 42:4, 42:13
**faith** [1] - 12:16
**familiar** [4] - 19:25, 25:24, 27:15, 27:21
**FDD** [13] - 1:8, 8:19, 8:21, 23:8, 25:19, 26:13, 40:15, 42:21, 42:24, 43:2, 43:4, 46:20, 46:24
**February** [2] - 1:12, 55:21
**Federal** [1] - 1:19
**feel** [2] - 15:7, 15:9
**File** [1] - 2:12
**filing** [1] - 3:7
**fine** [1] - 52:10
**finish** [1] - 5:10
**finished** [1] - 35:12
**firing** [1] - 49:22
**first** [1] - 4:3
**firsthand** [1] - 14:9
**follows** [1] - 4:5
**force** [1] - 3:15
**form** [8] - 3:21, 10:6, 18:22, 19:2, 19:6, 20:18, 27:3, 34:24
**formed** [6] - 6:9, 6:11, 6:19, 23:13, 31:12, 31:16
**forth** [2] - 33:25, 55:12
**foundation** [1] - 39:16
**framed** [1] - 36:20
**frivolous** [1] - 37:10
**FSLSA** [1] - 13:12
**fulfilled** [1] - 14:17
**funds** [2] - 33:12, 34:21

**FURTHER** [1] - 3:20

**G**

**Gallie** [2] - 4:16, 21:18
**GALLIE** [4] - 1:3, 2:5
**garage** [32] - 7:3, 7:22, 8:13, 9:11, 9:13, 9:14, 9:16, 10:4, 10:12, 10:24, 11:5, 11:25, 12:8, 17:3, 18:20, 20:15, 24:19, 24:20, 25:11, 26:25, 27:9, 27:10, 27:17, 36:23, 37:17, 40:14, 46:17, 47:12, 49:6, 49:16, 49:19, 49:23
**gave** [1] - 39:25
**generated** [5] - 31:12, 31:16, 32:25, 33:18, 33:20
**Gerald** [1] - 4:10
**GERALD** [4] - 1:8, 1:17, 2:10, 52:16
**give** [7] - 8:2, 13:25, 14:7, 19:8, 19:12, 22:19, 41:11
**given** [2] - 24:7, 55:14
**God** [1] - 37:19
**goes** [2] - 22:6, 48:8

**H**

**hand** [2] - 38:20, 55:21
**handed** [1] - 14:5
**happy** [1] - 38:21
**have you** [11] - 4:17, 4:25, 8:21, 21:17, 26:6, 28:20, 29:7, 41:3, 43:13, 44:4, 44:19
**haven't** [1] - 11:9
**he's** [1] - 39:16
**heard** [3] - 8:21, 8:23, 43:4
**held** [5] - 1:19, 8:9, 22:14, 44:9, 54:9
**help** [2] - 46:13, 47:15
**HEREBY** [1] - 3:5
**hereby** [1] - 55:10
**herein** [1] - 3:7
**hereinbefore** [1] - 55:12
**hereunto** [1] - 55:20
**hiring** [1] - 49:22
**hold** [6] - 7:7, 7:21, 11:14, 22:9, 26:24, 27:8
**holder** [1] - 9:7
**Holding** [3] - 34:9, 34:16, 34:23
**holding** [1] - 8:12
**HOLDING** [1] - 34:13
**holds** [6] - 7:2, 7:12,

9:13, 9:22, 11:10, 31:6
**hour** [1] - 50:17
**hours** [5] - 5:2, 15:25, 16:9, 38:17, 50:9
**how do** [1] - 39:13

**I**

**identification** [7] - 28:13, 29:4, 31:23, 40:23, 43:10, 43:24, 44:15
**illegally** [1] - 11:2
**immediately** [1] - 34:4
**implying** [1] - 19:4
**IN** [1] - 55:20
**inactive** [1] - 11:13
**INC** [1] - 1:8
**Inc** [1] - 1:20
**income** [14] - 19:16, 31:12, 31:16, 32:10, 32:12, 32:25, 33:3, 33:18, 33:21, 33:23, 33:24, 34:3, 40:6
**Incorporated** [1] - 25:19
**incorporation** [2] - 23:17, 54:12
**incorrect** [2] - 32:25, 33:2
**individual** [1] - 23:4
**INFORMATION** [2] - 54:2, 54:3
**information** [3] - 35:21, 37:15, 37:17
**input** [1] - 13:14
**institutions** [1] - 33:13
**instructions** [1] - 41:14
**insufficient** [2] - 15:8, 15:11
**insurance** [3] - 22:10, 22:14, 54:8
**interested** [1] - 55:18
**interrupting** [1] - 48:4
**involved** [1] - 36:21
**involvement** [1] - 15:21
**IS** [2] - 3:5, 3:20
**is it your** [2] - 26:11, 34:2
**is that** [3] - 7:16, 17:17, 40:5
**is there** [3] - 17:18, 26:15, 26:19
**issue** [1] - 48:13
**issued** [1] - 27:17
**issues** [1] - 23:23
**IT** [2] - 3:5, 3:20
**items** [1] - 51:11

**J**

**JAMIE** [1] - 2:14
**judge** [11] - 12:17, 14:21, 15:3, 35:20, 35:24, 37:12, 38:7, 38:22, 39:4, 47:3, 47:12
**Judge** - 3:13
**judge's** [1] - 14:15

**K**

**keep** [1] - 39:21
**King** [1] - 1:22
**KING** [2] - 55:8, 55:23
**knowledge** [10] - 14:10, 17:9, 23:22, 24:9, 24:16, 26:22, 30:2, 30:14, 51:10, 51:12

**L**

**lacking** [1] - 13:22
**Lacoons** [1] - 41:18
**language** [1] - 19:14
**last** [3] - 19:22, 51:16, 51:19
**law** [1] - 27:16
**lawyer** [3] - 27:23, 27:25, 28:2
**lease** [3] - 18:18, 20:22, 21:4
**leave** [2] - 35:15, 39:2
**legally** [1] - 10:22
**license** [38] - 7:2, 7:4, 7:7, 7:8, 7:10, 7:13, 7:14, 7:15, 7:19, 7:22, 7:25, 8:8, 9:7, 9:13, 9:23, 10:3, 10:12, 10:15, 10:18, 10:21, 11:2, 11:3, 11:10, 11:13, 11:14, 12:8, 17:2, 17:19, 18:19, 24:19, 25:11, 26:24, 27:9, 27:17, 45:2, 46:6, 46:9, 49:4
**licensee** [1] - 47:15
**licenses** [1] - 8:13
**LIEBLICH** [5] - 1:8, 1:17, 2:10, 2:12, 52:16
**Lieblich** [21] - 4:10, 4:14, 12:20, 13:13, 14:15, 16:25, 19:11, 19:15, 23:3, 23:21, 24:25, 27:4, 28:15, 31:25, 36:21, 37:18, 40:25, 44:2, 44:17, 49:12, 51:16
**Lieblich's** [1] - 15:9
**limited** [5] - 13:2, 13:11, 16:14, 16:20, 36:25

**lines** [1] - 16:18
**list** [1] - 22:20
**listen** [1] - 35:11
**lists** [2] - 33:11, 41:10
**litigation** [1] - 22:25
**loan** [1] - 41:17
**located** [3] - 9:5, 9:16, 26:25
**location** [2] - 18:6, 25:13
**lot** [1] - 12:23
**lunch** [2] - 50:17

**M**

**mail** [1] - 52:4
**Majeed** [4] - 20:2, 20:5, 20:8, 25:22
**Majeed's** [2] - 26:3, 26:5
**man** [1] - 39:19
**man's** [1] - 35:17
**manage** [1] - 29:22
**management** [1] - 49:19
**manager** [1] - 42:2
**managers** [2] - 6:5, 42:11
**mark** [7] - 28:9, 28:23, 31:18, 40:18, 43:5, 43:19, 44:11
**marked** [14] - 28:12, 28:16, 29:3, 29:7, 31:21, 32:2, 40:22, 41:2, 43:8, 43:13, 43:22, 44:3, 44:13, 44:18
**markings** [1] - 45:17
**marriage** [1] - 55:17
**matter** [1] - 55:19
**mean** [7] - 10:15, 10:18, 11:7, 11:8, 11:16, 11:18, 33:21
**means** [3] - 10:22, 17:7, 45:13
**mechanism** [1] - 19:8
**meeting** [1] - 36:3
**members** [2] - 5:23, 5:25
**mental** [1] - 5:5
**mere** [1] - 47:14
**MICHAEL** [2] - 2:4, 2:6
**Michael** [1] - 4:15
**mind** [1] - 12:9
**mistake** [1] - 37:9
**Month** [1] - 21:2
**month** [6] - 21:2, 21:4, 21:8, 21:10, 21:12
**monthly** [2] - 19:16, 19:18
**motion** [1] - 14:19
**mouth** [1] - 39:22

**MR** [89] - 4:7, 10:5, 10:13, 10:17, 10:19, 10:20, 11:6, 11:11, 11:15, 11:20, 11:21, 11:23, 12:9, 12:13, 12:14, 13:9, 14:7, 14:9, 14:11, 15:4, 15:6, 15:14, 15:17, 16:2, 16:5, 16:22, 18:21, 18:25, 19:10, 20:17, 21:23, 22:5, 22:12, 22:16, 23:15, 23:20, 27:2, 27:18, 27:19, 27:22, 27:24, 28:3, 28:9, 28:23, 31:18, 33:19, 34:24, 35:7, 35:11, 36:14, 36:17, 37:22, 37:24, 38:3, 38:8, 38:11, 38:12, 38:14, 39:11, 39:12, 39:13, 39:15, 39:20, 39:23, 39:25, 40:3, 40:18, 43:5, 43:19, 44:7, 44:10, 46:12, 46:19, 46:22, 47:5, 47:7, 47:17, 47:20, 48:2, 48:7, 49:8, 49:11, 51:13, 51:15, 51:25, 52:3, 52:10, 53:22, 53:23
**mr** [3] - 16:25, 19:15, 24:25
**Mr** [25] - 4:14, 12:20, 12:21, 13:13, 14:15, 15:9, 19:11, 19:25, 20:8, 23:3, 23:21, 25:24, 26:4, 26:6, 26:9, 27:4, 28:15, 31:25, 37:18, 37:19, 40:25, 44:2, 44:17, 49:12, 51:16
**multiple** [1] - 7:16
**myself** [1] - 51:5
**mysterious** [1] - 11:9

**N**

**name** [18] - 4:8, 4:15, 17:20, 17:23, 18:3, 18:10, 18:16, 23:24, 24:8, 24:13, 34:7, 42:25, 45:8, 45:22, 46:5, 46:8, 48:16, 49:4
**names** [1] - 6:2
**nature** [2] - 12:25, 13:8
**NEW** [2] - 1:2, 55:4
**normal** [2] - 16:7, 16:21
**NOTARY** [1] - 52:21
**Notary** [3] - 1:22, 4:4, 55:8
**notice** [2] - 22:5, 22:23
**NUMBER** [1] - 53:7
**number** [7] - 21:13, 24:19, 25:11, 45:3, 46:6,

46:9, 49:5
**numbered** [1] - 44:24

**O**

**oath** [3] - 3:12, 4:21, 36:5
**object** [8] - 10:5, 18:21, 19:2, 19:5, 20:17, 25:2, 34:24
**objecting** [4] - 14:3, 16:16, 16:17, 28:8
**objection** [8] - 10:13, 16:6, 27:2, 27:18, 27:20, 28:4, 46:12, 48:11
**objections** [2] - 3:21, 19:13
**obtain** [1] - 17:19
**OF** [1] - 1:2, 55:4, 55:5
**off-the-record** [1] - 44:8
**officer** [5] - 5:18, 5:21, 5:22, 20:10, 34:17
**officers** [4] - 6:3, 6:4, 34:16, 34:18
**offices** [1] - 1:20
**okay** [4] - 5:15, 39:6, 45:24, 46:22
**operate** [15] - 9:11, 9:12, 10:3, 10:12, 10:21, 12:8, 17:3, 18:5, 24:19, 26:24, 47:11, 48:19, 48:25
**operated** [1] - 10:24
**operates** [3] - 9:15, 9:23, 48:17
**operating** [4] - 11:7, 11:24, 12:4, 37:14
**operation** [2] - 36:22, 49:16
**operations** [2] - 13:14, 15:22
**oral** [2] - 20:25, 24:15
**Order** [1] - 1:18
**order** [2] - 10:3, 11:4
**original** [2] - 3:9, 3:17
**outcome** [1] - 55:18
**overtime** [1] - 50:13
**owned** [1] - 31:8
**owner** [2] - 9:5, 33:4
**ownership** [2] - 12:6, 33:15
**owns** [1] - 33:5

**P**

**P.M** [2] - 1:13, 52:11
**PAGE** [3] - 53:6, 53:21, 54:3
**paid** [5] - 33:13, 33:14, 40:7, 50:12, 50:21

GERALD LIEBLICH

**paramount** [1] - 13:15
**park** [2] - 10:12, 11:25
**Parking** [104] - 5:17, 6:9, 6:25, 7:9, 7:21, 8:11, 8:15, 8:18, 8:25, 9:7, 9:10, 9:18, 9:19, 9:20, 9:22, 9:23, 10:2, 10:11, 11:3, 11:24, 12:7, 13:13, 17:2, 17:10, 17:15, 17:21, 17:22, 17:23, 17:25, 18:2, 18:3, 18:8, 18:9, 18:10, 18:14, 18:15, 18:18, 19:16, 19:23, 20:11, 20:13, 21:20, 22:4, 22:9, 22:15, 23:10, 23:18, 23:22, 23:24, 24:6, 24:13, 24:14, 24:15, 24:17, 24:18, 25:9, 25:10, 25:16, 26:12, 27:16, 29:18, 29:20, 29:23, 30:2, 31:11, 31:15, 32:9, 32:11, 32:24, 33:18, 33:22, 34:3, 34:22, 35:9, 40:21, 41:8, 41:10, 41:23, 42:6, 42:19, 42:22, 42:25, 44:25, 45:7, 45:10, 45:12, 45:13, 45:16, 45:22, 46:8, 48:15, 48:17, 49:3, 49:4, 49:13, 49:14, 51:5, 53:13, 53:16, 54:9, 54:12
**PARKING** [1] - 1:8
**parking** [26] - 7:3, 7:22, 7:23, 8:12, 9:11, 9:12, 9:14, 9:16, 9:24, 10:3, 10:23, 11:5, 12:8, 17:3, 17:19, 18:5, 18:20, 23:23, 24:19, 24:20, 25:11, 27:9, 27:10, 27:16, 40:6, 44:13
**Parking's** [4] - 12:2, 22:2, 24:8, 54:5
**parks** [1] - 24:5
**parties** [3] - 1:18, 3:7, 55:16
**party** [2] - 35:17, 35:19
**pay** [1] - 21:7
**payable** [3] - 30:19, 30:24, 34:21
**payroll** [1] - 13:6
**pays** [1] - 40:8
**peak** [1] - 9:18
**PEAK** [1] - 9:18
**Peak** [27] - 9:20, 9:23, 9:25, 11:24, 17:21, 17:25, 18:8, 20:10, 20:12, 20:25, 23:5, 23:22, 24:6, 24:13, 24:17, 25:8, 25:16,

26:12, 26:17, 26:20, 30:5, 30:17, 40:15, 46:22, 46:23, 48:17, 49:3
**people** [4] - 35:5, 39:18, 40:7, 46:16
**permission** [14] - 17:22, 18:2, 18:4, 18:9, 18:11, 18:12, 25:9, 25:12, 30:5, 45:20, 46:17, 46:21, 46:23, 48:14
**permitted** [1] - 46:24
**person** [3] - 10:10, 42:5, 42:14
**personally** [3] - 10:14, 23:4, 23:7
**peruse** [1] - 28:17
**peruses** [1] - 28:18
**phrase** [3] - 16:3, 16:4, 48:12
**phrasing** [2] - 16:6, 16:17
**PINOVI** [2] - 1:3, 2:5
**plain** [1] - 40:12
**PLAINTIFF** [1] - 1:4
**Plaintiff** [3] - 2:4, 4:16, 21:17
**Plaintiff's** [14] - 28:12, 28:16, 29:3, 29:7, 31:22, 32:2, 40:22, 41:2, 43:9, 43:13, 43:23, 44:4, 44:14, 44:18
**PLAINTIFF'S** [1] - 53:4
**play** [12] - 49:13, 49:15, 49:18, 49:21, 49:25, 50:5, 50:8, 50:11, 50:15, 50:20, 50:24, 51:6
**please** [15] - 5:16, 17:24, 26:18, 28:10, 28:24, 29:11, 30:22, 31:19, 34:12, 40:19, 41:5, 43:6, 43:20, 44:11, 48:11
**Please** [1] - 4:8
**PLLC** [1] - 2:4
**point** [3] - 12:16, 15:7, 15:10
**pointing** [1] - 16:7
**policies** [3] - 22:10, 22:14, 54:9
**possession** [1] - 30:15
**posted** [1] - 17:10
**preliminary** [1] - 12:18
**premises** [1] - 30:7
**PRESENT** [1] - 2:13
**present** [3] - 14:20, 22:3, 54:6
**press** [1] - 37:10
**presume** [1] - 15:12
**presumptively** [1] -

16:9
**prevent** [1] - 5:6
**prior** [1] - 43:3
**problem** [10] - 33:19, 46:10, 46:15, 47:8, 47:10, 47:19, 47:21, 47:22, 47:24, 47:25
**Procedure** [1] - 1:19
**proceed** [3] - 14:14, 15:11, 15:15
**produce** [4] - 22:6, 22:23, 45:14, 45:15
**produced** [2] - 45:5, 45:11
**production** [6] - 21:24, 22:13, 22:22, 23:16, 54:8, 54:11
**Production** [1] - 54:4
**property** [5] - 35:3, 36:10, 41:18, 41:19, 51:23
**provide** [1] - 35:21
**provided** [8] - 13:5, 13:22, 15:5, 15:8, 21:25, 23:19, 30:3, 45:6
**PUBLIC** [1] - 52:21
**Public** [3] - 1:22, 4:4, 55:8
**purpose** [12] - 13:3, 13:11, 14:15, 14:24, 16:14, 16:20, 27:7, 35:2, 36:25, 38:19, 39:4, 40:16
**purposes** [1] - 51:8
**pursuant** [3] - 1:18, 27:15, 33:24
**putting** [1] - 39:21

## Q

**QUEENS** [1] - 55:5
**question** [35] - 5:10, 6:17, 6:18, 7:6, 7:20, 10:6, 10:9, 11:22, 12:10, 15:18, 15:20, 17:5, 18:7, 18:8, 18:23, 19:9, 20:18, 24:21, 24:23, 25:5, 26:18, 27:3, 27:6, 28:8, 30:21, 31:14, 32:24, 34:25, 35:18, 36:16, 36:20, 38:5, 39:7, 48:3, 48:10
**questions** [23] - 5:9, 5:13, 12:15, 12:23, 12:25, 13:24, 15:3, 16:3, 16:15, 35:13, 35:25, 36:6, 36:9, 36:18, 37:3, 38:9, 39:24, 40:9, 40:11, 47:23, 48:8, 48:12, 51:2

## R

**reading** [1] - 28:21
**recall** [9] - 19:24, 27:12, 28:22, 36:2, 43:15, 43:18, 44:6, 45:19, 45:25
**receipt** [4] - 23:23, 23:25, 24:7, 24:9
**received** [5] - 33:5, 33:21, 33:23, 33:24, 34:3
**recollection** [6] - 6:13, 6:20, 7:24, 19:22, 20:21, 20:23
**record** [12] - 4:9, 12:12, 21:15, 29:11, 34:12, 38:6, 44:7, 44:8, 44:10, 52:3, 52:6, 55:13
**recorded** [1] - 51:8
**records** [2] - 13:5, 14:5
**reflects** [1] - 41:12
**refresh** [2] - 6:12, 6:20
**regarding** [2] - 24:3, 24:4
**regular** [1] - 38:16
**related** [1] - 55:16
**relationship** [13] - 5:17, 8:19, 9:2, 9:20, 9:22, 32:21, 35:14, 36:7, 36:10, 36:19, 38:10, 39:9, 41:21
**relationships** [1] - 12:24
**remember** [2] - 20:12, 21:13
**rent** [4] - 21:7, 30:18, 30:23, 33:15
**repeat** [4] - 17:24, 30:21, 46:7, 48:7
**rephrase** [2] - 11:23, 26:18
**reply** [2] - 43:8, 43:22
**Reply** [2] - 53:14, 53:15
**Reporter** [9] - 4:23, 22:19, 28:14, 29:5, 31:24, 40:24, 43:11, 43:25, 44:16
**REPORTER** [1] - 2:14
**Reporting** [1] - 1:20
**represent** [1] - 4:15
**REQUESTED** [1] - 54:2
**requests** [1] - 22:21
**required** [5] - 48:18, 48:22, 48:24, 49:5
**requirements** [1] - 48:20
**reserved** [1] - 3:22
**respect** [2] - 17:6, 22:17
**respective** [2] - 1:17, 3:6
**respond** [2] - 22:7, 23:2

GERALD LIEBLICH

**response** [3] - 13:19, 13:25, 23:20
**return** [6] - 31:21, 32:7, 32:8, 41:7, 41:10, 53:11
**returns** [5] - 13:22, 32:12, 33:25, 40:21, 53:12
**reviewed** [1] - 13:21
**Reyer** [98] - 5:17, 6:8, 6:25, 7:9, 7:21, 7:25, 8:9, 8:11, 8:15, 8:18, 8:25, 9:6, 9:10, 9:19, 9:22, 10:2, 10:11, 11:3, 12:2, 12:7, 12:20, 13:13, 14:14, 15:20, 16:25, 17:10, 17:15, 17:22, 17:23, 18:2, 18:3, 18:9, 18:10, 18:14, 18:15, 18:18, 19:15, 19:22, 21:20, 22:2, 22:4, 22:9, 22:14, 23:10, 23:17, 23:24, 24:8, 24:12, 24:15, 24:18, 25:9, 25:10, 27:16, 29:17, 29:19, 29:23, 30:2, 31:11, 31:15, 32:9, 32:11, 32:24, 33:14, 33:17, 33:22, 34:3, 34:22, 35:9, 36:21, 40:5, 40:14, 40:21, 41:8, 41:10, 41:23, 42:6, 42:19, 42:22, 42:25, 44:25, 45:7, 45:9, 45:11, 45:13, 45:16, 45:22, 46:14, 48:15, 49:4, 49:12, 49:14, 50:25, 51:4, 53:12, 54:5, 54:9, 54:12
**REYER** [1] - 1:8
**Reyer's** [1] - 46:7
**right** [3] - 4:21, 27:12, 33:10
**Road** [1] - 41:18
**role** [12] - 49:13, 49:15, 49:18, 49:21, 49:25, 50:5, 50:8, 50:11, 50:15, 50:20, 50:24, 51:6
**Ronald** [4] - 29:2, 29:13, 29:16, 53:9
**RONALD** [1] - 29:13
**RUDOFSKY** [45] - 2:9, 2:11, 10:5, 10:13, 10:19, 11:6, 11:15, 11:21, 12:9, 12:14, 14:7, 14:11, 15:6, 15:17, 16:5, 18:21, 19:10, 20:17, 22:5, 22:16, 23:20, 27:2, 27:18, 27:22, 28:3, 33:19, 34:24, 35:11, 36:17, 37:24, 38:8,

38:14, 39:12, 39:15, 39:23, 40:3, 46:12, 46:22, 47:7, 47:20, 48:7, 49:11, 51:13, 52:3, 53:23
**Rules** [1] - 1:19
**run** [1] - 49:5
**Rusi** [7] - 34:9, 34:16, 34:22, 35:3, 40:8, 40:10, 40:11
**RUSI** [1] - 34:13

## S

**satisfied** [1] - 35:23
**saying** [4] - 7:17, 11:14, 17:14, 46:20
**schedule** [1] - 14:20
**script** [1] - 19:12
**sealing** [1] - 3:7
**seek** [1] - 37:11
**separate** [2] - 8:8, 27:8
**serve** [1] - 22:5
**service** [1] - 3:16
**seven** [3] - 15:25, 16:9, 38:17
**show** [4] - 28:16, 32:2, 44:3, 51:22
**showing** [4] - 29:6, 40:25, 43:12, 44:17
**sign** [6] - 17:10, 17:13, 17:14, 17:17, 17:18, 17:20
**signed** [3] - 3:10, 3:12, 3:15
**simple** [1] - 7:20
**sir** [8] - 4:19, 4:24, 6:17, 20:3, 41:4, 42:7, 42:16, 42:20
**so..** [1] - 47:16
**someone** [1] - 24:5
**somewhere** [1] - 21:9
**sorts** [1] - 16:10
**SOUTHERN** [1] - 1:2
**space** [1] - 51:22
**speak** [1] - 47:13
**special** [1] - 36:24
**specific** [3] - 5:20, 10:8, 33:12
**specifically** [3] - 6:23, 24:3, 32:18
**spell** [1] - 34:11
**SS** [1] - 55:4
**stamp** [3] - 45:9, 45:15, 45:17
**started** [2] - 36:8, 40:9
**state** [1] - 4:8
**State** [3] - 1:23, 4:4, 55:9
**STATE** [1] - 55:4
**stated** [1] - 22:24

**statement** [4] - 12:12, 33:9, 35:12, 38:15
**STATES** [1] - 1:2
**states** [1] - 29:12
**Statute** [1] - 53:8
**statute** [2] - 28:12, 28:20
**stay** [1] - 37:3
**STIPULATED** [2] - 3:5, 3:20
**stipulation** [1] - 52:9
**Street** [5] - 1:21, 2:5, 2:10, 4:12, 32:19
**STUDENT** [1] - 2:14
**stuff** [1] - 46:25
**sublease** [4] - 20:14, 20:16, 20:20, 30:6
**subleases** [1] - 26:12
**Subscribed** [1] - 52:18
**subtenant** [1] - 30:10
**suffering** [1] - 5:4
**suggested** [4] - 19:14, 35:20, 35:24, 39:4
**suggesting** [2] - 14:16, 16:13
**Suite** [1] - 2:5
**supposed** [1] - 35:19
**sworn** [4] - 3:10, 4:3, 52:18, 55:12

## T

**talk** [1] - 37:18
**tax** [13] - 13:22, 14:5, 31:21, 32:7, 32:8, 32:12, 33:25, 40:21, 41:7, 41:9, 51:8, 53:11, 53:12
**telling** [3] - 6:14, 36:14, 36:17
**tenant** [2] - 30:14, 33:13
**terminated** [1] - 38:22
**terms** [4] - 21:3, 21:6, 50:2, 52:9
**testified** [2] - 4:5, 46:16
**testifying** [3] - 5:6, 36:5, 39:14
**testimony** [5] - 15:9, 28:6, 34:2, 49:2, 55:14
**thank** [2] - 51:13, 52:2
**ticket** [4] - 24:6, 24:10, 44:13, 53:16
**TIME** [1] - 1:13
**title** [1] - 5:20
**total** [1] - 41:13
**towards** [1] - 33:15
**transcript** [1] - 4:13, 22:21, 47:13, 52:7
**transferred** [1] - 34:4
**Tremont** [37] - 8:4, 9:2, 9:4, 9:6, 9:8, 9:17, 10:25,

11:25, 12:5, 17:4, 17:11, 20:10, 20:14, 20:25, 24:22, 25:13, 26:13, 26:16, 26:20, 26:23, 26:25, 30:6, 30:10, 30:15, 30:19, 30:24, 31:2, 31:9, 32:21, 36:23, 41:22, 42:8, 42:15, 42:19, 44:25, 49:6, 51:17
**trial** [1] - 3:22
**true** [1] - 55:13

## U

**understand** [15] - 7:5, 10:7, 10:14, 10:17, 11:18, 17:5, 17:7, 19:5, 25:4, 25:7, 27:5, 27:19, 31:13, 46:13, 47:7
**understanding** [4] - 8:7, 11:12, 26:11, 44:23
**understands** [4] - 11:16, 12:11, 18:23, 19:3
**understood** [2] - 5:14, 28:5
**undisputed** [1] - 46:25
**unequivocally** [2] - 32:20, 41:21
**UNITED** [1] - 1:2
**unsigned** [1] - 3:14
**using"** [1] - 11:19
**utilization** [1] - 18:20
**utilize** [1] - 18:3

## V

**visited** [1] - 51:17
**visits** [1] - 51:20

## W

**wait** [1] - 5:9
**waived** [1] - 3:9
**wanted** [2] - 13:6, 13:7
**was it** [2] - 13:23, 45:11
**was there** [2] - 20:22, 51:19
**waste** [1] - 39:6
**wasting** [1] - 16:23
**week** [1] - 51:19
**West** [2] - 2:10, 4:12
**what are** [1] - 21:3
**What is** [2] - 4:11, 6:24
**what was** [2] - 27:7, 34:7
**what's** [5] - 28:16, 29:6, 32:2, 41:2, 44:18
**when you** [5] - 11:6, 17:18, 18:25, 28:21, 32:23

GERALD LIEBLICH

**where are** [1] - 31:3
**WHEREOF** [1] - 55:20
**Whereupon** [10] -
28:11, 28:18, 28:25,
31:20, 40:20, 43:7,
43:21, 44:8, 44:12, 52:11
**who are** [1] - 30:23
**who is** [2] - 11:12,
30:14
**who were** [1] - 30:18
**WILLIS** [1] - 2:14
**wisely** [1] - 38:2
**withdraw** [1] - 48:10
**WITNESS** [1] - 55:20
**witness** [10] - 3:10,
3:16, 3:18, 4:3, 16:8,
18:22, 19:3, 28:18,
55:11, 55:14
**Witness** [1] - 52:12
**word** [1] - 33:20
**words** [1] - 39:21
**wouldn't** [1] - 11:22
**writing** [1] - 26:15
**written** [5] - 21:25,
24:14, 26:19, 42:18, 54:4
**wrong** [2] - 14:22, 14:23
**wrote** [1] - 33:11

### Y

**years** [1] - 27:13
**YORK** [2] - 1:2, 55:4
**York** [25] - 1:21, 1:23,
2:6, 2:11, 4:4, 4:12, 4:13,
8:5, 8:6, 9:6, 9:9, 12:2,
17:12, 25:14, 30:16,
30:20, 30:25, 32:19,
32:22, 41:19, 41:22,
45:2, 51:18, 55:9
**yourself** [1] - 42:6

### Z

**Zafar** [6] - 19:25, 20:5,
20:8, 25:22, 26:3, 26:4