1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
3    ---------------------------------------X
     DOSSOU GALLIE PINOVI a/k/a GALLIE DOSSOU,
4
                               PLAINTIFF,
5
6          -against-          Case No.:
                              13CV2800
7
8    REYER PARKING CORP., FDD ENTERPRISES, INC.,
     and ALI DAR,
9
                               DEFENDANTS.
10   ---------------------------------------X

11

12                   DATE: June 26, 2014

13                   TIME: 10:02 A.M.

14

15

16          DEPOSITION of the Defendant,

17   ALI DAR, taken by the Respective Parties,

18   pursuant to a Order and to the Federal

19   Rules of Civil Procedure, held at the

20   offices of Michael T. Carr, Esq., 16 Court

21   Street, Suite 2901, Brooklyn, New York

22   11241, before Paula G. Bekker, a Notary

23   Public of the State of New York.

24

25

```
 1

 2    A P P E A R A N C E S:

 3

 4    MICHAEL T. CARR, PLLC
        Attorney for the Plaintiff
 5      DOSSOU GALLIE PINOVI a/k/a GALLIE DOSSOU
        16 Court Street, Suite 2901
 6      Brooklyn, New York 11241
        BY: MICHAEL T. CARR, ESQ.
 7

 8
      ZANE & RUDOFSKY, ESQS.
 9      Attorneys for the Defendant
        REYER PARKING CORP.
10      601 West 26th Street, #1315
        New York, New York 10001
11      BY: DAVID SCHRAGER, ESQ.

12

13    CHAPNICK & ASSOCIATES, P.C.
        Attorneys for the Defendants
14      FDD ENTERPRISES, INC. and ALI DAR
        114 Old Country Road, Suite 560
15      Mineola, New York 11501
        BY: ROBERT A. CHAPNICK, ESQ.
16

17
      ALSO PRESENT:
18    GURDEEP KESAR,
      Urdu Interpreter
19    Star Interpreting

20

21                *         *         *
22

23

24

25
```

```
 1
 2     F E D E R A L   S T I P U L A T I O N S
 3
 4
 5       IT IS HEREBY STIPULATED AND AGREED by and
 6     between the counsel for the respective
 7     parties herein that the sealing, filing and
 8     certification of the within deposition be
 9     waived; that the original of the deposition
10     may be signed and sworn to by the witness
11     before anyone authorized to administer an
12     oath, with the same effect as if signed
13     before a Judge of the Court; that an
14     unsigned copy of the deposition may be used
15     with the same force and effect as if signed
16     by the witness, 30 days after service of
17     the original & 1 copy of same upon counsel
18     for the witness.
19
20       IT IS FURTHER STIPULATED AND AGREED that
21     all objections except as to form, are
22     reserved to the time of trial.
23
24                   *     *     *     *
25
```

```
 1                    A. DAR
 2    G U R D E E P   K E S A R, an Urdu
 3    interpreter, solemnly swore to translate
 4    the following questions from English to
 5    Urdu and answers from Urdu to English:
 6
 7    A L I   D A R, called as a witness, having
 8    been first duly sworn, through an
 9    interpreter, by a Notary Public of the
10    State of New York, was examined and
11    testified as follows:
12    EXAMINATION BY
13    MR. CARR:
14         Q.     Please state your name for the
15    record.
16         A.     Ali Dar.
17         Q.     What is your address?
18         A.     65 Huntsbridge Road, Yonkers,
19    New York 10704.
20         Q.     Good morning, Mr. Dar.  My name
21    is Michael Carr.  I represent the plaintiff
22    Gallie Dossou in this action.
23         A.     Okay.
24         Q.     Mr. Dar, so far, do you
25    understand everything the interpreter is
```

                              A. DAR

1

2    saying to you?

3         A.    Yes.

4         Q.    Just some ground rules for the

5    deposition.  I know you may understand some

6    English and you may understand my questions

7    before the translator finishes translating

8    them, but I'm going to ask you to please

9    wait until the translator is done

10   translating, and then when you answer

11   please only use the Urdu language; do not

12   use a combination of Urdu and English or

13   another language.

14        A.    Okay.

15        Q.    Have you ever been deposed

16   before?

17        A.    No.

18        Q.    I'm going to give you the

19   ground rules on the deposition further than

20   the ones I already gave you.  When you

21   answer, please answer only orally to make

22   sure that the court reporter can take down

23   your answers.

24        A.    Okay.

25        Q.    Please don't shake your head

```
 1                    A. DAR
 2    for no or nod your head for yes because
 3    otherwise the reporter can't take that
 4    down.
 5         A.    Okay.
 6         Q.    If you do not understand a
 7    question I will repeat myself if you ask me
 8    to or I will try to rephrase it to make it
 9    more clear.
10         A.    Okay.
11         Q.    If you don't understand a
12    question, please let me know and I will try
13    to do that for you.  Do you understand so
14    far?
15         A.    Yes.
16         Q.    Is there any reason that you
17    can't give true and accurate testimony
18    today?
19         A.    No.
20         Q.    Have you taken any drugs, legal
21    or illegal, in the past 48 hours?
22         A.    No.
23         Q.    Have you consumed any alcohol
24    in the past 24 hours?
25         A.    No.
```

1                         A. DAR

2          Q.     Have you ever suffered any

3    brain injury?

4          A.     No.

5          Q.     Do you suffer from any other

6    disabilities?

7          A.     No, I don't have any problem.

8          Q.     Do you currently suffer from

9    any mental diseases?

10         A.     No.

11         Q.     Can I have your birthday.

12         A.     January 3, 1973.

13         Q.     Where were you born, sir?

14         A.     Pakistan.

15         Q.     What year did you come to the

16   United States?

17         A.     1998.

18         Q.     Have you lived in the United

19   States from 1998 until present?

20         A.     I go just for visit (sic).

21         Q.     My question is have you

22   permanently lived in the United States from

23   1998 to today?

24         A.     Yes.

25         Q.     What is your relationship to

```
 1                        A. DAR
 2    FDD Enterprises Incorporated?
 3           A.    That's my company I work with.
 4           Q.    When you say work with, what
 5    does that mean?
 6           A.    I'm the owner and that's my
 7    business.
 8           Q.    Are there any other owners
 9    aside from yourself?
10           A.    No.
11           Q.    And it's a corporation; is that
12    correct?
13           A.    Yes.
14           Q.    What year was it formed?
15           A.    2010.
16           Q.    Do you own any other
17    businesses?
18           A.    No.
19           Q.    Is FDD Enterprises Incorporated
20    your sole source of income?
21           A.    Yes.
22           Q.    Can you please tell me all the
23    managers that currently work for FDD
24    Enterprises?
25           A.    You mean my employees?
```

```
1                      A. DAR
2          Q.    Yes, but my question is
3    specifically the managers.
4          A.    Myself is the manager.
5          Q.    So there's no other manager
6    besides Ali Dar of FDD Enterprises?
7          A.    No, nobody else.
8          Q.    Can you please tell me all of
9    the employees of FDD Enterprises, and I
10   want current employees.
11         A.    Naveed Angum.
12         Q.    Next?
13         A.    I do have that detail on my
14   papers if you need everybody's name here.
15         Q.    I'm asking you from your memory
16   now but we can get to that later.
17         A.    Giffer, G-I-F-F-E-R.  I don't
18   know the spellings.
19         Q.    Who else?
20         A.    John.
21         Q.    Last name?
22         A.    I just call him John, it's on
23   the paper but I don't remember by heart.
24         Q.    Who else?
25         A.    Michael Manshe.
```

```
 1                          A. DAR
 2          Q.    Can you spell the last name?
 3          A.    M-A-N-S-H-E.
 4          Q.    Who else?
 5          A.    All these only.
 6          Q.    You work for FDD Enterprises
 7     and you only have four employees, correct?
 8          A.    Yes.
 9          Q.    Does anyone else work for FDD
10     Enterprises?
11          A.    Nobody else.
12          Q.    How did you come to my office
13     today?
14          A.    What do you mean?
15          Q.    Did you come by train, did you
16     drive, did you walk?
17          A.    By car.
18          Q.    Did you drive yourself or did
19     you take a taxi?
20          A.    My brother, he drove.
21          Q.    What's your brother's name?
22          A.    Zaffar.
23          Q.    Last name?
24          A.    Majid.
25          Q.    Does he have any relationship
```

```
 1                        A. DAR
 2    with FDD Enterprises?
 3         A.    No.
 4         Q.    Is he a manager of FDD
 5    Enterprises?
 6         A.    No.
 7         Q.    Does he share any profits of
 8    FDD Enterprises?
 9         A.    No.
10         Q.    Has he invested any money in
11    FDD Enterprises?
12         A.    No.
13         Q.    Has he ever given instructions
14    or orders to any employees of FDD
15    Enterprises?
16         A.    No.
17         Q.    Has he ever in the past in any
18    way been affiliated with FDD Enterprises?
19         A.    No.
20         Q.    What is the primary business of
21    FDD Enterprises?
22         A.    You mean for FDD?
23         Q.    Yes.
24         A.    Parking garage.
25         Q.    So FDD Enterprises owns and
```

```
 1                    A. DAR
 2   operates a parking garage; is that correct?
 3        A.    Yes.
 4        Q.    Do they operate and own one
 5   parking garage or multiple parking garages?
 6        A.    Only one.
 7        Q.    Where is that parking garage
 8   located?
 9        A.    1872 East Tremont Avenue.
10        Q.    What's the rest of the address,
11   please?
12        A.    Bronx.
13        Q.    Do any other businesses operate
14   out of 1872 East Tremont Avenue, Bronx, New
15   York?
16        A.    No.
17        Q.    FDD Enterprises is the only
18   business operating out of 1872 East Tremont
19   Avenue, Bronx, New York?
20        A.    Yes, only parking garage.
21        Q.    What are the hours for FDD
22   Enterprises?
23        A.    It's 24 hour.
24        Q.    24 hours, seven days a week?
25        A.    Yes, 24 hours, seven days a
```

```
 1                    A. DAR
 2    week.
 3         Q.    When the garage is open which
 4    is all the time, how many employees are
 5    tending the garage at one time?
 6         A.    One works at a time.
 7         Q.    Just one?
 8         A.    Yeah, because it depends on the
 9    shifts.  One person at a time for eight
10    hours, one shift.
11         Q.    Each employee works eight-hour
12    shifts?
13         A.    Yes, eight-hour shift.
14         Q.    Do you ever work a shift at the
15    parking garage?
16         A.    Yes, I do, too.
17         Q.    How many hours a week do you
18    work a shift at the parking garage?
19         A.    I do work for eight hours and
20    in case if I'm needed more, then I do work
21    more.
22         Q.    What is the most amount of
23    hours that you would work in one day, you
24    personally?
25         A.    Sometimes for ten hours and if
```

```
 1                    A. DAR
 2  I'm needed another two hours I spend there.
 3        Q.    So the most time you would work
 4  there in one day is ten hours; is that
 5  correct?
 6        A.    Yes, in case of emergencies
 7  only.
 8        Q.    Is there ever a time when more
 9  than one person is working at the parking
10  garage at the same time?
11        A.    You mean in one shift?
12        Q.    My question really is: Do
13  shifts ever overlap where there would be
14  more than one person attending the garage
15  simultaneously?
16             MR. CHAPNICK:  I'll just
17        object.  I'd rather you ask just one
18        question at a time.
19             MR. CARR:  That was just one
20        question.  Can you read it back.
21             (Whereupon, the referred to
22        question was read back by the
23        Reporter.)
24             MR. CARR:  I can break that up.
25        Q.    Do shifts ever overlap at the
```

1                         A. DAR

2     parking garage?

3            A.     You mean the shift overlaps?

4            Q.     Yes.

5            A.     Yes, the person who is doing

6     the shift and the next person comes.

7            Q.     How long would two of your

8     employees be at the parking lot at the same

9     time?

10           A.     Very little time because when

11    they hand over the time to the other

12    person.

13           Q.     Is it possible that two of your

14    employees could be there at the same time

15    for 15 minutes?

16           A.     Yes, you can say that because

17    he has to hand over the account to that

18    other person.

19           Q.     What about half an hour?

20           A.     No, about 15 to 20 minutes.

21           Q.     How many days a week does

22    Naveed work?

23           A.     Five days.

24           Q.     How many hours a week does

25    Naveed work?

```
 1                   A. DAR
 2          A.    He does eight-hour shift every
 3   day.
 4          Q.    So he works 40 hours a week?
 5          A.    Yes.
 6          Q.    Does he get a lunch break?
 7          A.    Yes, if there is no parking he
 8   gets his lunch break.
 9          Q.    Does he have a set lunch break,
10   so if he has an eight-hour shift, is there
11   a specific time he takes his lunch?
12          A.    It depends, like if nobody is
13   there he takes half an hour break and he
14   eats his lunch.
15          Q.    What happens if a car pulls
16   into the garage during his lunch break?
17          A.    My parking lot is not very busy
18   so in case if he's eating lunch and then
19   still they can attend him.
20          Q.    I'm going to ask you to repeat
21   that answer because it doesn't make much
22   sense.
23          A.    When he's eating lunch and in
24   case any car comes, and then they can still
25   park their car because they are all
```

```
 1                      A. DAR
 2   familiar with my parking lot.
 3        Q.    So you're saying that if he's
 4   eating lunch someone parks their own car by
 5   themself if they want to pull in?
 6        A.    Sometimes they just park it
 7   there, right there and once he finishes
 8   lunch he parks inside, when he gets time he
 9   parks inside.
10        Q.    When someone pulls into the
11   garage, are they handed a claim ticket or a
12   claim check?
13        A.    Yes, every day.  Those cars are
14   regular every day, they get ticket.
15             MR. CARR:  Can you read me the
16        answer back.
17             (Whereupon, the referred to
18        answer was read back by the
19        Reporter.)
20        Q.    I'm going to ask you the
21   question again because you're not making
22   sense.
23             MR. CHAPNICK:  If you want to
24        ask the question, ask the question,
25        but you don't characterize it that it
```

```
 1                    A. DAR
 2         doesn't make any sense.
 3               MR. CARR:  I want him to know
 4         that his answer is --
 5               MR. CHAPNICK:  If you want to
 6         ask the question again, ask the
 7         question again.
 8         Q.    When a car pulls into the
 9  garage is the driver handed a claim check
10  or a claim ticket?
11         A.    Yes, I give it to the driver,
12  claim check and claim ticket.
13         Q.    When you say you, do you mean
14  whoever is attending the parking garage?
15         A.    Yeah, whoever is working there.
16         Q.    So if someone is on their lunch
17  break, when a car pulls, in who hands them
18  their claim ticket and claim check?
19         A.    Because we know all the people,
20  and in case when they come and somebody is
21  eating lunch they just wait five, ten
22  minutes.
23         Q.    You're saying that all your
24  customers are monthly customers, repeat
25  customers?
```

```
 1                    A. DAR
 2        A.    Mostly they are all routine
 3   customers but sometimes a new comes.
 4        Q.    So if a new customer comes to
 5   the garage who has never parked in the
 6   garage before and the attendant took his
 7   lunch break five minutes before that person
 8   got there, who hands them their claim
 9   ticket?
10        A.    He will.  Who is ever eating
11   lunch, he will give the ticket right away
12   but they can park later on inside.
13        Q.    What do you mean by they can
14   park later on inside?
15        A.    That means that he will park
16   the car on the proper parking lot, whatever
17   space is there so he will leave his lunch
18   and give him the claim ticket right away.
19        Q.    Do all your employees eat their
20   lunch on the premises at 1872 East Tremont
21   Avenue, Bronx, New York?
22        A.    Yes, everybody does there.
23        Q.    Are they required to eat their
24   lunch on the premises?
25        A.    That depends on them, whatever
```

1                        A. DAR

2      they want.

3           Q.    So is there a time when an

4      employee is working and they can leave to

5      take a half an hour lunch and the garage is

6      unattended?

7           A.    It never happened like that,

8      nobody ever leaves the parking garage.

9           Q.    So does every employee either

10     bring their lunch or get their lunch

11     delivered to the premises?

12          A.    Yes, some, they bring their own

13     lunch and some, they get it delivered.

14          Q.    So you're telling me since the

15     garage has been open no one has ever left

16     to get lunch?

17          A.    Nobody goes out.

18          Q.    Are they allowed to leave to

19     get lunch?

20          A.    They never leave the garage

21     unattended.  In case I'm there they can go.

22          Q.    That wasn't my question, sir.

23     My question was: Are your employees allowed

24     to leave the garage to go get lunch?

25          A.    No, they cannot, they are not

```
 1                      A. DAR
 2    allowed.
 3          Q.    How many hours a week does
 4    Giffer work?
 5          A.    Five days.
 6          Q.    How many hours a week does
 7    Giffer work?
 8          A.    40 hours.
 9          Q.    How many hours a week does John
10    work?
11          A.    40 hours.
12          Q.    How many hours a week does
13    Michael work?
14          A.    40 hours.
15          Q.    How many hours a week do you
16    typically work at the garage?
17          A.    I do eight hours, too.
18          Q.    How many hours a week do you
19    typically work at the garage?
20          A.    Normally I work for 40 hours
21    but sometimes if I'm needed I work more.
22          Q.    What is the most amount of
23    hours that you have ever worked at the
24    garage in a single week?
25          A.    You can say 50 hours.
```

```
 1                    A. DAR
 2        Q.    Does anyone else work at the
 3   garage besides Naveed, Giffer, John,
 4   Michael and yourself?
 5        A.    No.
 6        Q.    How are your employees paid,
 7   and when I ask that question I mean by
 8   check, cash, money order, direct deposit?
 9        A.    I give them cash.
10        Q.    Are your employees paid by the
11   hours they work or do they have a set wage
12   per week?
13        A.    Like in the beginning I give
14   them 350 for the week and then slowly I
15   increase to 375.
16        Q.    So if Naveed only works four
17   days in a week, does he still receive his
18   weekly wage or do you deduct money for the
19   day he didn't work?
20        A.    I have return all the details.
21   I don't remember by heart but I do deduct.
22        Q.    How much money per week is
23   Naveed currently earning?
24        A.    You mean nowadays?
25        Q.    Yes.
```

```
 1                    A. DAR
 2          A.    If he works for 40 hours he
 3     will get $350.
 4          Q.    So if he misses one day this
 5     week and only works 32 hours how much will
 6     he be paid?
 7          A.    I deduct like an hour $8.40,
 8     it's written on the paper all the details
 9     and I deduct that.
10          Q.    So Naveed is earning $8.40 an
11     hour, is that fair to say?
12          A.    Yes, $8.00 and few cents, I
13     don't remember but it's written there.
14          Q.    So is it fair to say he's paid
15     hourly, not weekly?
16          A.    Yes, but mostly all the men
17     working there 40 hours but in case of
18     emergency they work less I deduct hours.
19          Q.    How much taxes are deducted
20     from Naveed's pay?
21          A.    I give them cash.
22          Q.    So you don't withhold taxes?
23          A.    No, I give them cash only.
24          Q.    Do you withhold any federal
25     taxes?
```

```
 1                    A. DAR
 2         A.    No.
 3         Q.    Do you withhold any state
 4    taxes?
 5         A.    No, I don't deduct from them.
 6         Q.    And when I'm asking you these
 7    questions, the last two answers apply for
 8    all of your employees or just Naveed you
 9    don't deduct taxes?
10         A.    No, I don't withheld anybody's
11    taxes.
12         Q.    Do you withhold any Social
13    Security?
14         A.    No.
15         Q.    To be clear Naveed, Giffer,
16    John and Michael are employees of FDD
17    Enterprises, correct?
18         A.    Yes.
19         Q.    They're not independent
20    contractors, are they?
21         A.    Yes, they're my employees.
22         Q.    When did FDD Enterprises begin
23    operating the parking garage at 1872 East
24    Tremont Avenue, Bronx, New York?
25         A.    I bought it in 2010.
```

```
 1                        A. DAR
 2          Q.    When you say you bought it,
 3    what did you buy, what is it?
 4          A.    I bought it from Reyer Parking.
 5          Q.    When you say bought I'm asking
 6    what did you buy?
 7          A.    What do you mean?  I don't
 8    understand.
 9          Q.    When you say I bought it you're
10    using a pronoun.  What is it?  You bought
11    the building, you bought the business?
12    What is it?
13          A.    I got it from the lease.
14          Q.    So you didn't buy anything just
15    to be clear, you're leasing something?
16          A.    No, I didn't buy it, I leased
17    it.
18          Q.    Who is your lease with?
19          A.    Reyer Parking.
20          Q.    So FDD Enterprises has a lease
21    from Reyer Parking?
22          A.    Yes.
23          Q.    Is it a written lease?
24          A.    Yes.
25          Q.    Do you have a copy of the
```

1                         A. DAR

2       lease?

3              A.      Maybe I have it but maybe my

4       attorney has it, too.

5              Q.      When you say attorney which

6       attorney?

7              A.      It's maybe in my office.   If

8       you need I can give it to you.

9              Q.      That wasn't my question.   You

10      said either you may have it or your

11      attorney may have it.   I want the name of

12      that attorney.

13             A.      It's with me.

14             Q.      No, no, sir.   When you said

15      your attorney may have it, whether or not

16      he has the lease now I want to know which

17      attorney you're referring to, I want a name

18      now.

19             A.      I leased that parking lot from

20      the owner of the Reyer company.

21             Q.      Sir, I'm just going to keep

22      asking you again.   You mentioned an

23      attorney; I want an attorney's name now.

24             A.      I don't have any other attorney

25      than this so I was talking about him, maybe

```
 1                        A. DAR
 2    he has it (indicating).
 3            Q.      That was easy.
 4            A.      Because I didn't understand.
 5            Q.      No problem.  So it's possible,
 6    unless you're changing your story which is
 7    fine, that either you have your lease or
 8    Mr. Chapnick might have your lease; is that
 9    what you meant before?
10            A.      Yes, that's what I said.
11            Q.      I was unclear because you were
12    using a pronoun.  I'm sorry.
13            A.      Because I didn't understand
14    either.
15            Q.      So let's get back to this lease
16    now.  It's a written lease you said,
17    correct?
18            A.      Yes.
19            Q.      And who are the parties to that
20    lease?
21            A.      Only on my name.
22            Q.      So you're one party to the
23    lease but someone has to give the lease.
24            A.      I got it from Gerald, that's
25    the name of the person I got it from.
```

```
 1                      A. DAR
 2          Q.     Just to be clear you're saying
 3     Gerald Lieblich, L-I-E-B-L-I-C-H?
 4          A.     Yes.
 5          Q.     The man who was a party to this
 6     lawsuit at one time, right?
 7          A.     I didn't understand.
 8          Q.     Mr. Lieblich was named in this
 9     lawsuit; you understand that, correct?
10          A.     Yes, it's written there.
11          Q.     When you say Mr. Lieblich gave
12     you the lease, was it Mr. Lieblich or did
13     Mr. Lieblich give you the lease as Reyer
14     Parking?  Do you know who the party was to
15     the lease?
16          A.     Because he's the owner of Reyer
17     Parking, Mr. Lieblich.
18          Q.     My question is: Did
19     Mr. Lieblich sign the lease in his personal
20     capacity or did he sign it as the owner of
21     Reyer Parking?
22          A.     Yes, as an owner of the garage.
23          Q.     When you signed the lease, did
24     you sign it in your personal capacity or as
25     the owner of FDD Enterprises?
```

```
1                   A. DAR
2        A.    FDD's owner.
3              MR. CARR:  I'm going to call
4        for production of a copy of the lease
5        that Mr. Dar just referenced.
6              MR. CHAPNICK:  I do not have
7        this written lease; this is the first
8        I've heard of it so I'll get it to
9        you at some future date if it exists.
10             MR. CARR:  Well, he's saying it
11       does.
12             MR. CHAPNICK:  Okay, and if I
13       can get my hands on it I will produce
14       it.
15       Q.    So Mr. Dar, the lease that you
16  signed with Reyer Parking, what was the
17  lease for; are you leasing a business, are
18  you leasing the property at 1872 East
19  Tremont Avenue or is it a combination?
20       A.    The lease was for the business
21  only.
22       Q.    When you say the business only
23  you're saying you're not leasing the
24  property 1872 East Tremont Avenue?
25       A.    That's the property, I'm paying
```

1                      A. DAR
2     the rent for that property.
3          Q.     My question is: Are you leasing
4     the property known as 1872 East Tremont
5     Avenue?
6          A.     Yes, that is the thing I leased
7     because the parking is there.
8          Q.     When you say you're leasing the
9     business what business are you leasing?
10         A.     That the property that is -- I
11    lease the property and I'm paying the rent
12    for that and that's where I'm doing
13    business for the parking.
14         Q.     Do you remember what year the
15    lease was signed with Reyer Parking?
16         A.     In 2010.
17         Q.     Do you remember what month it
18    was signed?
19         A.     I don't remember exactly.
20         Q.     Do you remember the terms of
21    the lease, do you remember what year the
22    lease expires?
23         A.     I don't remember by heart but
24    it's written there.
25         Q.     Do you remember if the lease is

```
 1                    A. DAR
 2    for more than ten years?
 3          A.    It's less than that.
 4          Q.    Do you remember if the lease
 5    was for more than five years?
 6          A.    I'm not sure, either five years
 7    or seven years.
 8          Q.    So the lease is between five
 9    and seven years in length?
10          A.    I think so but I'm not sure.
11          Q.    I understand.  What's the
12    monthly rent on the lease?
13          A.    15,000.
14          Q.    15,000 a month?
15          A.    Yes.
16          Q.    Not 15,000 a year?
17          A.    Yes, monthly 15.
18          Q.    How do you pay your rent at the
19    parking garage?
20          A.    You mean how I pay?
21          Q.    Yes.
22          A.    I give cash.
23          Q.    Who do you give cash to?
24          A.    The owner.
25          Q.    You pay cash to Gerald
```

```
 1                    A. DAR
 2   Lieblich; is that what you're saying?
 3        A.    Yes.
 4        Q.    Does he come to pick it up or
 5   do you deliver it?
 6        A.    Mostly I go to his office and
 7   pay it.
 8        Q.    When is your rent due?
 9        A.    Every first, and I can pay
10   within four, five days.
11        Q.    You said you generally go to
12   his office and drop it off, correct?
13        A.    Yes.
14        Q.    Where is Mr. Lieblich's office
15   where you drop the rent off?
16        A.    In Manhattan, 56 Broadway.
17        Q.    Do you mean 56th Street and
18   Broadway or the number 56 Broadway?
19        A.    56 is the number of the
20   building and it's on the corner of Broadway
21   between Seventh Avenue.  I'm not sure about
22   the Avenue but all I know is Broadway.
23        Q.    I don't need the exact address,
24   I'm just a little confused because I don't
25   know if those streets intersect or not but
```

```
 1                    A. DAR
 2   is it in midtown?
 3          A.    It's downtown -- everything is
 4   written on these papers.
 5          Q.    So you have the address on some
 6   of the paperwork you brought with you
 7   today?  Don't look at the paperwork, I just
 8   want to know is the address in there?
 9          A.    I don't think it's in there.
10          Q.    So is the address --
11          MR. CHAPNICK:  I believe he
12          answered the question.  I believe he
13          gave you the address.  We can read it
14          back.
15          MR. CARR:  Sure, let's read it
16          back.
17          (Whereupon, the referred to
18          testimony was read back by the
19          Reporter.)
20          MR. CHAPNICK:  The intersection
21          aside, he told you the number of the
22          building is 56 Broadway.
23          Q.    The number of the building,
24   you're saying it's 56 Broadway, New York,
25   New York?
```

```
 1                      A. DAR
 2          A.    On 56th Street and Broadway but
 3     I don't know which is the avenue behind, I
 4     don't know.
 5          Q.    I just want to know is it in
 6     the area of 56th and Broadway?
 7          A.    Because I'm mixing up, I'm not
 8     sure if this is midtown or downtown.
 9          Q.    So 56th and Broadway around?
10          A.    Yes.
11          Q.    That's perfectly fine.  Who
12     drafted the lease for 1872 East Tremont
13     Avenue?
14          A.    It was drafted by him and I
15     read it.  I don't know if he wrote himself
16     or he got it written by his attorney, I
17     don't know.
18          Q.    Mr. Dar, just to be clear, when
19     you say him do you mean Gerald Lieblich?
20          A.    Yeah, that's what I'm saying,
21     that if he himself is written or he got it
22     written by somebody.  I don't know about
23     that.
24          Q.    But I'm going to ask you when
25     we're speaking, if you cannot use pronouns
```

```
 1                    A. DAR
 2   like him and her and use the specific name
 3   of the person you're referring to if you
 4   know it.
 5          A.    Because I'm not sure -- I
 6   cannot say the name because I don't know
 7   who drafted it.
 8          Q.    But you said you're not sure if
 9   he drafted it or his attorney.  When you
10   say he or his attorney do you mean you're
11   not sure if Gerald Lieblich drafted it or
12   if Gerald Lieblich had his attorney draft
13   it?
14          A.    I'm sorry.
15          Q.    Okay, but I need a clear
16   transcript so I'm going to ask it again.  I
17   need a yes or no answer.
18          A.    I don't know about that, who
19   drafted it.
20          Q.    Again, when you said before
21   you're not sure if he drafted it or if he
22   had his attorney draft it, were you
23   referring to you don't know if Gerald
24   Lieblich drafted the lease or you don't
25   know if Gerald Lieblich had his attorney
```

```
 1                    A. DAR
 2    draft the lease?
 3         A.    I don't know about that.
 4         Q.    Who did you negotiate the terms
 5    of the lease with?
 6         A.    With Gerald.
 7         Q.    Gerald Lieblich?
 8         A.    Yes.
 9         Q.    And at some point in time
10    Mr. Lieblich presented you with the
11    proposed lease; is that correct?
12         A.    Yes.
13         Q.    When you signed the lease, did
14    he mail it to you or did you go to his
15    office to sign it?
16         A.    I went personally to get it.
17         Q.    And you signed it when you went
18    personally?
19         A.    Yes.
20         Q.    Did you sign it in front of
21    Mr. Lieblich?
22         A.    Yes.
23         Q.    Did Mr. Lieblich sign the lease
24    in front of you?
25         A.    Yes.
```

```
 1                      A. DAR
 2          Q.    Did you sign any other
 3    paperwork that day aside from the lease?
 4          A.    No.
 5          Q.    Do you have any other written
 6    agreements with Reyer Parking or
 7    Mr. Lieblich aside from the lease?
 8          A.    No.
 9          Q.    Does your rent stay the same
10    throughout the entire term of the lease or
11    does it gradually increase or decrease?
12          A.    Same, 15.
13          Q.    $15,000?
14          A.    Yes, same 15.
15          Q.    How did you meet Mr. Lieblich?
16          A.    Through my brother, he knew
17    him.
18          Q.    Do you know how your brother
19    knows Mr. Lieblich?
20          A.    I think he was working with
21    him.
22          Q.    When you say your brother
23    you're referring to Zaffar?
24          A.    Yes.
25          Q.    When did you first meet the
```

```
 1                    A. DAR
 2  plaintiff in this action, Mr. Dossou?
 3          A.    In 2012, at that time I met
 4  him.
 5          Q.    Do you remember what month?
 6          A.    I think in October 2012 he
 7  started working with me because he was
 8  looking for a job.
 9          Q.    How did you meet Mr. Dossou,
10  did someone introduce you?
11          A.    He was coming and sitting there
12  and he was -- he told me he's looking for a
13  job.
14          Q.    Did you interview Mr. Dossou?
15          A.    Yes, when I came to know that
16  he needs a job, then I kept him.
17          Q.    My question was: Did you
18  interview Mr. Dossou?
19          A.    No, I didn't even interview
20  him.
21          Q.    Did you have him fill out an
22  application for employment with your job?
23          A.    Yes, at the time of the job he
24  filled an application.
25          Q.    Did he fill the application out
```

```
 1                    A. DAR
 2   before or after he was hired?
 3        A.    After I hired him I gave him
 4   the application to fill.
 5        Q.    How soon after he was hired did
 6   you give him the application to fill out?
 7        A.    I think the next day I gave it
 8   to him and I told him fill it out and give
 9   it to me back.
10        Q.    When you communicated with
11   Mr. Dossou, what language did you speak to
12   him in?
13        A.    In English, little bit I was
14   speaking and he was speaking.
15        Q.    So you do speak some English,
16   correct?
17        A.    Yes, it's up to yes, no, I can
18   do it.  As much he speaks, that much I
19   speak.
20        Q.    So you can speak English as
21   well as Mr. Dossou; is that what you're
22   saying?
23        A.    Not that much but I know that I
24   can communicate with him.
25        Q.    Do you read English at all?
```

```
 1                    A. DAR
 2        A.    Little bit.  If it is easy
 3   words I can understand, I can read.
 4        Q.    Do you write any English?
 5        A.    Yes, name, address I can write.
 6        Q.    Going back to the lease that
 7   you signed with Mr. Lieblich, did you have
 8   an attorney representing you in negotiating
 9   that lease?
10        A.    No, my brother was with me.
11        Q.    Did your brother help to
12   negotiate the lease with Mr. Lieblich?
13        A.    Yes, he made me understand
14   everything what was written on the lease.
15        Q.    Does your brother speak
16   English?
17        A.    Yes.
18        Q.    Fluently?
19        A.    He can speak, he can
20   communicate in English.
21        Q.    Does your brother write and
22   read English?
23        A.    Yes, he can write and read.
24        Q.    The lease that you signed with
25   Mr. Lieblich, did your brother translate it
```

```
 1                    A. DAR
 2   for you into Urdu?
 3        A.    Yes, he told me whatever was
 4   written there.
 5        Q.    How many pages was the lease if
 6   you remember that you signed with
 7   Mr. Lieblich?
 8        A.    Maybe four or five but I don't
 9   remember exactly.
10        Q.    Do you remember if it was eight
11   by eleven paper or legal size?
12        A.    I don't remember exactly but my
13   brother, he read everything and he told me
14   what was written there.
15        Q.    If you remember, did you have
16   to initial each page or did you just sign
17   the last page?
18        A.    I just signed the last page of
19   the lease.
20        Q.    Going back to Mr. Dossou, you
21   said you first met him in about October of
22   2012; is that correct?
23        A.    Yes.
24        Q.    And at some point in time you
25   hired him to work for FDD; is that correct?
```

```
 1                      A. DAR
 2          A.    Yes.
 3          Q.    Do you remember when Mr. Dossou
 4    began working for FDD?
 5          A.    In October 2012.
 6          Q.    What were Mr. Dossou's hours
 7    when he started working with you?
 8          A.    Eight hours.
 9          Q.    Eight hours a day?
10          A.    Yes, eight hours a day.
11          Q.    How many days a week?
12          A.    Five days.
13          Q.    Did Mr. Dossou ever work
14    overtime?
15          A.    He never worked overtime.
16          Q.    Was Mr. Dossou given a lunch
17    break?
18          A.    Yes.
19          Q.    How long was his lunch break?
20          A.    Half an hour.
21          Q.    Half an hour every day?
22          A.    Yes.
23          Q.    Did he have any other breaks
24    during the day?
25          A.    No.
```

```
 1                    A. DAR
 2        Q.    Was he paid for his lunch break
 3   or did you deduct time out of his pay for
 4   his lunch break?
 5        A.    No, I was not deducting, I was
 6   paying.
 7        Q.    Was he allowed to leave the
 8   premises for lunch?
 9        A.    No, he was not allowed.
10        Q.    If Mr. Dossou was on his lunch
11   break and a car pulled into the garage, at
12   that time was Mr. Dossou to stop eating
13   lunch and attend to the person parking
14   their car?
15        A.    It never happened in front of
16   me but in case he's eating lunch he can
17   finish his lunch and then he can park the
18   car.
19        Q.    If Mr. Dossou was on his lunch
20   break and a car pulled into the parking
21   garage would he have to give them a claim
22   ticket or a claim check?
23        A.    Yes, he can give the claim
24   check right away but he can park it later.
25        Q.    If you remember, how much pay
```

```
 1                      A. DAR
 2    did Mr. Dossou receive per hour when he
 3    worked for FDD?
 4         A.    In the beginning he was getting
 5    $8.40 per hour and by the time he quit his
 6    job he was getting about $9.00 an hour.
 7         Q.    When did Mr. Dossou quit his
 8    job?
 9         A.    In March 2013.
10         Q.    What did he say to you when he
11    quit?
12         A.    He didn't quit his job, I fired
13    him.
14         Q.    You just said before when he
15    quit his job, so now you're saying he did
16    not quit, he was fired?
17         A.    Yes.
18         Q.    Who was responsible for keeping
19    track of the hours that Mr. Dossou worked?
20         A.    I was.
21         Q.    How did you keep track of Mr.
22    Dossou's hours?
23         A.    There is a sheet.
24         Q.    There's a timesheet?
25         A.    Timesheet.
```

```
 1                    A. DAR
 2        Q.    Was the timesheet for Mr.
 3   Dossou filled out at the beginning of the
 4   week before Mr. Dossou began working or
 5   after the week was over?
 6        A.    Once the week is over, as many
 7   hours as he has worked we put it on that
 8   timesheet.
 9        Q.    When Mr. Dossou was paid his
10   wages was he given a copy of the timesheet
11   to review?
12        A.    Because he's aware that as many
13   hours he has worked for the whole week.
14        Q.    That wasn't my question, sir.
15   My question was: When Mr. Dossou was paid
16   was he allowed to review his timesheet for
17   the week?
18        A.    Yes, he was allowed to see.
19        Q.    Was he given a copy of the
20   timesheet at the end of the week for him to
21   keep?
22        A.    He was allowed to see it but he
23   was not getting anything, he never asked
24   for it.
25        Q.    Where were the time sheets for
```

```
 1                      A. DAR
 2   Mr. Dossou stored?
 3           A.      With me.
 4           Q.      With you on the premises of the
 5   parking garage or at a different location?
 6           A.      They're with me, not over
 7   there, not on the premises.
 8           Q.      So where were they kept with
 9   you specifically?
10           A.      At my house.
11           Q.      So when Mr. Dossou was allowed
12   to review his timesheet at the end of the
13   week did he visit you at home to review the
14   timesheet?
15           A.      I can bring it to the garage.
16           Q.      So each week when you paid Mr.
17   Dossou you brought his timesheet with you?
18           A.      Yes, in case if he wants to
19   review it I will bring it but if he was
20   aware how many hours he worked for the
21   week.
22           Q.      That wasn't my question.  When
23   you paid Mr. Dossou each week, was it your
24   habit to bring the timesheet with you so
25   Mr. Dossou could review it?
```

```
 1                    A. DAR
 2        A.    There was no restriction to
 3   review the timesheet but in case if he
 4   wants to see it he can see it but I was
 5   just paying him.
 6        Q.    Is it your testimony that you
 7   would only bring the timesheet for
 8   Mr. Dossou to review if he asked for it;
 9   otherwise you would not bring the timesheet
10   for Mr. Dossou to review?
11        A.    Yes, in case if he wants to see
12   it he can see.
13        Q.    You're not answering my
14   question, it's a very specific question.
15   When you paid Mr. Dossou did you bring a
16   copy of his timesheet or the original of
17   his timesheet for him to review on the day
18   that you paid him or did it stay at your
19   house?
20             MR. CHAPNICK:  Stop asking the
21        question is it this or is it this,
22        because --
23             MR. CARR:  Well, I've tried to
24        do it directly so I'm trying to limit
25        it --
```

1           A. DAR

2               MR. CHAPNICK:  Stop asking the

3           "or," just ask him did you bring it

4           with you when you paid him.

5               MR. CARR:  I've asked him that

6           several times.  We'll try it again.

7       Q.    When you paid Mr. Dossou did

8   you bring a copy of his timesheet for him

9   to review?

10      A.    No.

11      Q.    Who filled out Mr. Dossou's

12  time sheets?

13      A.    I did.

14      Q.    Did anyone else ever fill out

15  Mr. Dossou's timesheet?

16      A.    No.

17      Q.    Have you kept time sheets for

18  all of your employees since FDD Enterprises

19  opened until present?

20      A.    Yes.

21      Q.    Do you keep a timesheet for

22  yourself for the hours you have worked?

23      A.    Yes, mine is there, too.

24      Q.    Talking about Mr. Dossou

25  specifically, did you ever deduct any taxes

```
 1                    A. DAR
 2    from Mr. Dossou's pay?
 3         A.    No.
 4         Q.    Did you ever deduct any federal
 5    taxes from Mr. Dossou's pay?
 6         A.    No.
 7         Q.    Did you ever deduct any state
 8    taxes from Mr. Dossou's pay?
 9         A.    No.
10         Q.    Did you ever deduct any city
11    taxes from Mr. Dossou's pay?
12         A.    No.
13         Q.    Did you ever deduct Social
14    Security from Mr. Dossou's pay?
15         A.    No.
16         Q.    Have you ever paid any taxes to
17    The City, federal government or state
18    government as part of your employer portion
19    of taxes?
20         A.    Yes.
21         Q.    Do you have records of the
22    taxes that you've paid on behalf of Mr.
23    Dossou's pay as part of your employer
24    taxes?
25         A.    I was not paying for Mr.
```

```
 1                    A. DAR

 2    Dossou's taxes.

 3          Q.    That wasn't my question.  Did

 4    you ever pay any taxes to the state, to The

 5    City or to the federal government on Mr.

 6    Dossou's pay?

 7          A.    No.

 8          Q.    Wait for the translator to

 9    finish translating, okay?

10          A.    Okay.

11                MR. CARR:  I'd like to have

12          this marked, please.

13                (Whereupon, the aforementioned

14          document was marked as Plaintiff's

15          Exhibit A for identification as of

16          this date by the Reporter.)

17          Q.    Mr. Dar, I'm going to show you

18    a document.  Have you ever seen this

19    document before?

20          A.    Yes.

21          Q.    Can you please identify the

22    document for me?

23          A.    It's a timesheet.

24          Q.    Can you tell me who created the

25    timesheet?
```

```
 1                        A. DAR

 2          A.    I did, I made it.

 3          Q.    Can you tell me approximately

 4   when this document was created?

 5          A.    This was written in October

 6   '12.

 7          Q.    This document was created on

 8   October 12, 2012?

 9          A.    October 2012.

10          Q.    Can you be more specific?

11   Besides October 2012, do you remember the

12   exact date this was created?  You can refer

13   to the document if you like.

14          A.    October 13, 2012.

15          Q.    It was created on October 13,

16   2012?

17          A.    Yes.

18          Q.    So this was created at the

19   beginning of the week?

20          A.    This is long time now, I don't

21   remember that detail.

22          Q.    Do you see at the top where it

23   says "week start, week end"?

24          A.    Yes.

25          Q.    Is it fair to say that this
```

```
 1                    A. DAR
 2    document was created after October 13,
 3    2012?
 4         A.    It's after 13, yes.
 5         Q.    Is it fair to say the document
 6    was created after October 19, 2012?
 7         A.    I don't remember.  It was
 8    within a week but I don't remember the
 9    exact date.
10         Q.    Is it possible this document
11    was created after November 1, 2012?
12         A.    No.
13         Q.    Is it fair to say this document
14    reflects the hours worked by Mr. Dossou
15    from October 13, 2012 to October 19, 2012?
16         A.    Yes.
17         Q.    Mr. Dossou's last day of work
18    this week was on a Friday; is that correct?
19         A.    Yes.
20         Q.    Was this document created after
21    that Friday in the week which this
22    reflects?
23         A.    I really don't remember which
24    day.
25         Q.    The question I'm trying to get
```

```
 1                    A. DAR
 2    at is: Is it possible that this document
 3    could have been created before Mr. Dossou
 4    worked the hours reflected on this sheet?
 5         A.    No, once he finishes his hours,
 6    then it's written.
 7         Q.    So this reflects that Mr.
 8    Dossou's rate of pay was $8.75 an hour,
 9    correct?
10         A.    Yes.
11         Q.    And he worked 32 hours that
12    week, correct?
13         A.    Yes.
14         Q.    Did you keep track of the time
15    that Mr. Dossou took his lunch breaks this
16    week?
17         A.    No, I don't know the timing.
18         Q.    Is this the only document which
19    reflects Mr. Dossou's time worked from
20    October 13, 2012 to October 19, 2012?
21         A.    This is the only one.
22         Q.    Did you keep any other time
23    records for Mr. Dossou other than these
24    weekly time logs?
25         A.    No.
```

```
 1                      A. DAR

 2           Q.    Was this timesheet kept

 3    contemporaneously with Mr. Dossou's hours

 4    worked at the parking garage?

 5           A.    Yes, it is.

 6                 MR. CHAPNICK:  Off the record.

 7                 (Whereupon, an off the record

 8           discussion was held at this time.)

 9                 MR. CARR:  Can we just

10           stipulate that the numbers were not

11           there when he provided the documents?

12                 MR. CHAPNICK:  Sure, I'll

13           stipulate that I'm adding numbers to

14           the bottom of the pages.

15                 MR. CARR:  Let's mark this.

16                 (Whereupon, the aforementioned

17           document packet was marked as

18           Plaintiff's Exhibit B for

19           identification as of this date by the

20           Reporter.)

21                 MR. CARR:  Any objections?

22                 MR. CHAPNICK:  No objection,

23           and again I'll stipulate for the

24           record that I added page numbers to

25           the document now marked as
```

```
 1                   A. DAR
 2          Plaintiff's Exhibit B.
 3          Q.    Mr. Dar, I'm going to show you
 4     what's been marked as Plaintiff's Exhibit
 5     B.  Please take your time to flip through
 6     all of the pages; take as much time as you
 7     need.
 8          A.    Okay.
 9          Q.    Have you seen these documents
10     before?
11          A.    Yes.
12          Q.    Can you identify the documents
13     for me?
14          A.    Yes.
15          Q.    What are the documents?
16          A.    Time sheets.
17          Q.    For who?
18          A.    For Dossou.
19          Q.    The plaintiff in this action?
20          A.    Yes.
21          Q.    Who created those documents?
22          A.    I did.
23          Q.    Did anyone else alter or edit
24     those documents in any way aside from you
25     and aside from Mr. Chapnick adding the page
```

1                     A. DAR

2    numbers?

3         A.    No, whatever is there.

4         Q.    These time sheets, were they

5    kept contemporaneously with the time that

6    Mr. Dossou worked at FDD Enterprises?

7         A.    Yes.

8         Q.    For example if you turn to page

9    six, please, and that reflects the week of

10   November 17, 2012 to November 28, 2012; is

11   that correct?

12        A.    Yes.

13        Q.    So is it your testimony that

14   this document was created sometime around

15   or near November 28, 2012?

16        A.    Yes, definitely.

17        Q.    Is it possible this document

18   was created in the year 2013?

19        A.    No.

20        Q.    Is it possible this document

21   was created in the year 2014?

22        A.    No.

23        Q.    Please turn to the last page.

24   And just to be clear for the record it's

25   page 21.  Can you please tell me what year

```
 1                     A. DAR
 2    this document was created in?
 3         A.    From March 2 to March 8,
 4    whatever is written here in 2013.
 5         Q.    So this document was created in
 6    2013; is that correct?
 7         A.    Yes.
 8         Q.    More specifically this document
 9    was created in March of 2013; is that
10    correct?
11         A.    Yes.
12         Q.    Is there any way this document
13    was created in the year 2014?
14         A.    No.
15         Q.    Are there any errors or
16    omissions on any of Mr. Dossou's time
17    sheets which are currently in front of you
18    marked as Exhibit B?
19         A.    No, this is originally from the
20    first day.
21         Q.    And it's your testimony that
22    these are 100 percent accurate to the best
23    of your knowledge?
24         A.    Yes, whatever is there is
25    right, is correct.
```

1                          A. DAR

2           Q.     Specifically on page 21 when

3      you fill this timesheet out, let's start

4      with Monday.  When you fill the sheet out,

5      see where it says "Monday 9:00 to 5:00

6      P.M."?

7           A.     Yes.

8           Q.     When you filled out the

9      timesheet for the hours that Mr. Dossou

10     worked, did you fill out the entire sheet

11     at one time or would you add information to

12     it piece by piece?

13                 MR. CHAPNICK:  Again, Mr. Carr,

14            I think we would have better success

15            if you just ask the one question

16            instead of giving this or that.

17          Q.     When you filled out this

18     timesheet, did you fill it out all at one

19     time?

20          A.     At the end of the week I fill

21     it.  As many hours he works I fill it out

22     at the end of the week.

23          Q.     But you filled it out in one

24     sitting, correct?

25          A.     Yes.

```
 1                      A. DAR
 2         Q.    Once it was filled out, did you
 3    ever edit or add anything to the timesheet?
 4         A.    As many hours he works, I put
 5    it here.
 6         Q.    Going back to when you
 7    testified earlier about the hours that you
 8    worked when you were working at the parking
 9    garage, was there ever another employee
10    working with you?
11         A.    No, I was the only one.
12         Q.    So when you work at the parking
13    garage you would work by yourself; is that
14    correct?
15         A.    Yes.
16         Q.    And you testified before you
17    would work an average of about 40 hours a
18    week; is that correct?
19         A.    Yes.
20         Q.    You testified earlier that your
21    other four employees would work about 40
22    hours a week; is that correct?
23         A.    Yes.
24         Q.    And you also testified earlier
25    that there was never a time when two
```

```
 1                      A. DAR

 2    employees would be attending the parking

 3    garage at the same time that was more than

 4    15 minutes; is that correct?

 5           A.    Yes.

 6           Q.    You also testified earlier that

 7    1872 East Tremont Avenue is the only

 8    parking garage that FDD operates; is that

 9    correct?

10           A.    Yes.

11           Q.    Out of the four employees that

12    you testified currently work for you, do

13    they get vacation time?

14           A.    In case if they need any

15    vacation I give it to them.

16           Q.    As of right now today, is there

17    anybody who is currently out on vacation?

18           A.    No.

19           Q.    So all four of the employees

20    are currently not on vacation, correct?

21           A.    No.

22           Q.    How many hours did you work at

23    the garage last week?

24           A.    Same eight hours a day I work

25    but in case of any emergency I can work
```

```
 1                    A. DAR
 2    more.
 3         Q.    Was there any emergency last
 4    week?
 5         A.    No.
 6         Q.    So did your other four
 7    employees work 40 hours each last week?
 8         A.    Yes.
 9         Q.    None of their shifts
10    overlapped?
11         A.    No.
12         Q.    Sir, do you know how many hours
13    there are in a week?
14         A.    40.
15         Q.    No, how many hours are in a
16    week, not how many hours does someone work
17    in a week, how many hours are there
18    actually in a week?
19              MR. CHAPNICK:  Can we stipulate
20         that it's 168?
21         A.    I have to do the math.
22         Q.    Mr. Chapnick just stipulated
23    there's 168 hours in a week.
24         A.    I don't know.
25         Q.    I'm going to tell you 7 times
```

```
1                      A. DAR

2    24 is 168 and your attorney has agreed with

3    my math, okay?

4          A.    Yes.

5          Q.    Can we also stipulate that 40

6    times 4 is 160?

7                MR. CHAPNICK:  We'll stipulate.

8          A.    I don't understand.

9          Q.    Your attorney has agreed with

10   me that 40 times 4 is 160.

11         A.    That's true.

12         Q.    If I do 168 minus the 160 hours

13   that your employees worked last week, that

14   only leaves eight hours left in the week,

15   okay?

16         A.    Yes.

17         Q.    But according to your testimony

18   there were approximately 200 hours worked

19   last week, okay?

20         A.    You mean according to my

21   knowledge?  What do you mean?

22         Q.    You told me that last week all

23   of your employees worked 40 hours a week,

24   that comes out to 160 hours.  You also told

25   me you worked 40 hours last week
```

```
 1              A. DAR
 2    approximately and that's approximately 200
 3    hours.  You also testified that there was
 4    only very few instances maybe 15 minutes or
 5    more when time would overlap where two
 6    people would be there at the same time.
 7    What I'm asking you is to explain to me,
 8    I'm giving you an opportunity to explain
 9    how it was possible for 200 hours to be
10    worked approximately last week with no one
11    overlapping shifts when there's only 168
12    hours in a week?
13              MR. CHAPNICK:  Is there a
14         question there?
15              MR. CARR:  Want me to make it
16         clearer?
17         Q.    You testified that last week
18    200 hours were worked by you and your
19    staff.  There's only 168 hours in a week.
20         A.    Only my hours, they vary,
21    everybody else works eight hours a day.  In
22    case if I'm needed my hours will be less or
23    more.
24         Q.    So how many hours did you work
25    last week?
```

```
 1                      A. DAR
 2          A.    My work depends on the need.
 3    Only if I'm needed I work.  According to
 4    that, sometimes four hours, sometimes five
 5    hour.
 6          Q.    That wasn't my question.  How
 7    many hours did you work last week?
 8          A.    Approximately maybe 15 to 20
 9    hours.  I think I worked for 20 hour.
10          Q.    So when you testified earlier
11    that you worked approximately 40 hours,
12    that was not correct?
13          A.    I didn't say I worked for 40
14    hours last week but it depends on how much
15    I am needed there, sometimes I work for 20
16    hours.
17          Q.    The record will speak for
18    itself, sir.
19                MR. CHAPNICK:  Is that a
20          question?
21                MR. CARR:  No, I'm just letting
22          him know.
23          Q.    Who is Peak Time Parking?
24          A.    I didn't understand.
25          Q.    Are you familiar with a company
```

```
 1                        A. DAR
 2   named Peak Time Parking?
 3        A.     No.
 4        Q.     You never heard of Peak Time
 5   Parking before?
 6        A.     No.
 7        Q.     Do you currently hold a license
 8   to operate a parking garage at 1872 East
 9   Tremont Avenue, and when I say you I mean
10   you or FDD Enterprises?
11        A.     Yes, I have.
12              MR. CARR:  I'm going to call
13         for production of his license to
14         operate a parking garage, and when I
15         say he I mean FDD or Mr. Dar's
16         license.
17        Q.     Who holds the license to
18   operate the parking garage, what entity or
19   person?
20        A.     I do have the copy and in the
21   parking garage they are posted there.
22        Q.     That wasn't my question.  Who
23   holds the license; do you hold the license,
24   Ali Dar?  Does Ali Dar have a license to
25   operate a parking garage?
```

```
1                    A. DAR
2         A.    Yes, I have.
3         Q.    So the license that you hold,
4    there's the name Ali Dar on it; is that
5    correct?
6         A.    It's not Ali Dar's name.
7         Q.    Whose name is the license in?
8         A.    The parking lot where I'm using
9    the same license.
10        Q.    Maybe you don't understand so
11   I'm going to try to backtrack again.  Do
12   you need a license, and when I say license
13   not a driver's license, do you need a
14   license from either the city or state to
15   operate a parking garage?
16        A.    Yes.
17        Q.    Whose name is the license in?
18        A.    That's for the Reyer Parking
19   that I'm continuously using that one.
20        Q.    It's your testimony that you're
21   operating the parking garage located at
22   1872 East Tremont Avenue, Bronx, New York
23   under Reyer Parking's license?
24        A.    Yes, but he give it to me but
25   he has nothing to do with that.
```

```
 1                         A. DAR
 2         Q.    Who is he?
 3         A.    Reyer.
 4         Q.    Reyer has nothing to do with
 5    what?
 6         A.    Yes, nothing to do with my
 7    business.
 8         Q.    But you're using their license
 9    to operate your parking garage, correct?
10         A.    Yes, I'm using the same one.
11         Q.    Do you have written permission
12    to use Reyer Parking's parking garage
13    license?
14         A.    Yes, it is with his consent.
15    He's aware of it.
16         Q.    That was not my question.
17               MR. CARR:  Can you read my last
18         question back, please.
19               (Whereupon, the referred to
20         question was read back by the
21         Reporter.)
22         A.    Yes, it's with their
23    permission.
24         Q.    Sir, you're not answering my
25    question.
```

```
 1                    A. DAR
 2               MR. CARR:  Can you read my
 3          question back again, please.
 4               MR. CHAPNICK:  Is what you're
 5          trying to ask whether or not the
 6          permission is in writing?
 7               MR. CARR:  Yes, the question is
 8          pretty clear.
 9               MR. CHAPNICK:  Maybe he's not
10          understanding it though.
11               MR. CARR:  Let's try it again.
12          Read it back, please.
13               (Whereupon, the referred to
14          question was read back by the
15          Reporter.)
16          A.    Yes.
17          Q.    Is that written permission
18     contained in your lease from Reyer Parking
19     or is it a separate document?
20          A.    It's a separate document for
21     the permission.
22               MR. CARR:  I'm going to call
23          for the written permission from Reyer
24          Parking to FDD Enterprises or Ali Dar
25          to use Reyer Parking's parking garage
```

1               A. DAR

2          license and same to you as well,

3          Counsel.  And on the record I

4          previously asked Counsel for Reyer

5          Parking to produce the lease between

6          Reyer Parking and FDD Enterprises

7          and/or Ali Dar.

8          Q.    Sir, when you received the

9     written permission from Reyer Parking to

10    use their parking garage license, did you

11    have to sign the document?

12         A.    Yes, I signed a paper when they

13    gave me the permission.

14         Q.    Did Mr. Lieblich also sign that

15    document?

16         A.    Yes.

17         Q.    Was this document signed at the

18    same time and place that the lease was

19    signed between Reyer Parking and yourself?

20         A.    Yes, at the same time.

21         Q.    That was at Mr. Lieblich's

22    office, correct?

23         A.    Yes.

24         Q.    And you also testified during

25    that time your brother Zaffar was present,

```
 1                    A. DAR
 2    correct?
 3         A.    Yes.
 4         Q.    Are you familiar with a company
 5    known as 1872 East Tremont Corp.?
 6         A.    No.
 7         Q.    You've never heard of that
 8    company before?
 9         A.    No.
10         Q.    Are you aware that 1872 East
11    Tremont Corp. owns the building 1872 East
12    Tremont Avenue, Bronx, New York?
13         A.    No, I'm not aware of it.
14         Q.    Who do you understand to be the
15    owner of 1872 East Tremont Avenue, Bronx,
16    New York?
17         A.    To my knowledge it was Gerald.
18         Q.    Gerald Lieblich?
19         A.    Yes.
20         Q.    Is it your understanding that
21    he owns that building in his personal
22    capacity or through a corporate entity?
23         A.    I don't know anything about
24    that.
25         Q.    When your employees hand out
```

```
 1                    A. DAR
 2   claim checks to people or customers that
 3   park at your garage, whose name is on the
 4   claim check; what company name is on the
 5   claim check?
 6        A.    The Reyer name is there because
 7   we use their stamp.
 8        Q.    Why doesn't the claim check say
 9   FDD Enterprises Incorporated?
10        A.    On the claim check?
11        Q.    Yes.  You just testified that
12   the claim check says Reyer Parking on it.
13   My question is why does the claim check not
14   say FDD Enterprises on the claim check?
15        A.    Because the license is on Reyer
16   name and legally we are to put their name
17   on the claim check.
18        Q.    Sir, do you know who Ronald
19   Aletto is?
20        A.    No.
21        Q.    Does FDD Enterprises file taxes
22   every year?
23        A.    Yes.
24        Q.    Did you file them in 2010?
25        A.    Yes.
```

1                           A. DAR

2              Q.     2011?

3              A.     Yes.

4              Q.     Did you file them in 2012?

5              A.     Yes.

6              Q.     And did you file them in 2013?

7              A.     Yes, every year.

8              Q.     Have you filed quarterly taxes

9      for FDD Enterprises in the year 2014?

10             A.     Yes.

11             MR. CARR:  I'm going to call

12             for the production of the tax return

13             for FDD Enterprises Incorporated from

14             2010 to present as well as any

15             quarterly payments made as well.

16             Q.     Sir, you brought documents with

17     you today?

18             A.     Yes.

19             Q.     Did you bring them in

20     connection with this deposition?

21             A.     Yes.

22             Q.     Can I see them?

23             MR. CHAPNICK:  The documents

24             that he brought are just the

25             originals of the timesheet which was

```
 1                          A. DAR
 2              already disclosed.
 3                     MR. CARR:  So there's no new
 4              information in there that wasn't
 5              already produced to us?
 6                     MR. CHAPNICK:  That's correct.
 7                     MR. CARR:  Okay, I'm also going
 8              to call for the production of the pay
 9              records for every employee of FDD
10              Enterprises from 2010 until present.
11              Q.    When you pay your employees, do
12      you provide them with a pay receipt?
13              A.    No, I don't.
14              Q.    Do you keep a log of the
15      schedule for the parking garage?  By
16      schedule I mean the work schedule for the
17      parking garage.
18              A.    I didn't understand.
19              Q.    I'll rephrase it.  Do you keep
20      a work schedule for the parking garage so
21      you know who was working at what time and
22      who was working on what day?
23              A.    Yes.
24                     MR. CARR:  I'm going to call
25              for production of the work schedule
```

```
 1                    A. DAR
 2           that Mr. Dar just testified to from
 3           2010 until present.
 4           Q.    Mr. Dar, my client has claimed
 5      that he worked 84 hours a week when he
 6      worked for FDD Enterprises.  My question
 7      is: Is that possible?
 8           A.    No.
 9           Q.    Did Mr. Dossou ever work
10      overtime for FDD Enterprises?
11           A.    No.
12           Q.    Sir, please wait for the
13      translator to finish translating.
14           A.    Sorry.
15           Q.    Sir, my client also has claimed
16      to have began for FDD Enterprises in
17      January 2011; is that possible?
18           A.    No, he didn't work.
19           Q.    He also claims his last day for
20      work with FDD Enterprises was March 6,
21      2013.  To the best of your recollection, is
22      that possible?
23           A.    Yes, his job was left on March
24      2013.
25           Q.    Sir, at the end of the year, do
```

```
 1                    A. DAR
 2   you provide your employees with an IRS form
 3   W-2?
 4        A.    Yes.
 5        Q.    Did you provide an IRS form W-2
 6   to Mr. Dossou?
 7        A.    No, because he didn't provide
 8   me the documents.
 9        Q.    Is there any other employee
10   that's ever worked for FDD Enterprises that
11   you did not provide a W-2 to?
12        A.    He didn't provide his papers
13   but everybody else has provided me with
14   papers so I give it to everybody else.
15        Q.    And were those IRS W-2 forms
16   filed each year with the IRS?
17        A.    Yes, I do.
18        Q.    Do you currently have
19   unemployment insurance for your employees
20   for FDD Enterprises?
21        A.    Yes.
22        Q.    Do you have Workers'
23   Compensation Insurance for all of your
24   employees?
25        A.    Yes.
```

```
 1                        A. DAR
 2              MR. CARR:  I'll call for
 3         production of the W-2 forms for all
 4         of his employees as well as the
 5         unemployment insurance and the
 6         Workers' Compensation insurance.
 7         Q.    Do you have liability insurance
 8    for FDD Enterprises?
 9         A.    Yes.
10         Q.    Do you know; is anyone named as
11    an additional insured on that policy?
12         A.    No.
13              MR. CARR:  I'm going to call
14         for production of FDD Enterprises
15         liability insurance.
16              MR. CHAPNICK:  Just so we're
17         clear you called for production of
18         W-2 forms for all of the employees
19         and for Workers' Compensation.  What
20         year are you referring to?
21              MR. CARR:  I'm sorry, from 2010
22         until present.
23              MR. CHAPNICK:  And you also
24         want liability insurance documents?
25              MR. CARR:  From 2010 until
```

```
 1                    A. DAR

 2          present.

 3          Q.    Sir, does FDD Enterprises have

 4    any written agreement or contract with any

 5    person or corporation aside from Reyer

 6    Parking Corp.?

 7          A.    No.

 8          Q.    When is the last time your

 9    brother Zaffar was physically present at

10    1872 East Tremont Avenue, Bronx, New York?

11          A.    Maybe last week when he was

12    going through that area, maybe he came.

13          Q.    Why was he there?

14          A.    Just for no reason.

15          Q.    Were you there when he was

16    there?

17          A.    Yes, he came to see me.

18          Q.    Has your brother Zaffar ever

19    worked a shift at FDD Enterprises ever?

20          A.    No.

21          Q.    Has he ever given an order to

22    any of FDD Enterprises's employees?

23          A.    No.

24          Q.    Mr. Dar, have you had any other

25    employees that have worked for FDD
```

1                    A. DAR

2    Enterprises aside from the four gentlemen

3    that you named before and Mr. Dossou?

4          A.    You mean nowadays?

5          Q.    No, I mean from the time FDD

6    Enterprises Incorporated was created until

7    present, has anyone else worked for FDD

8    Enterprises aside from Mr. Dossou --

9          A.    Yes, there were other few

10   people came.

11         Q.    I didn't get to finish the

12   question for the record.  Has anyone else

13   worked for FDD Enterprises aside from Mr.

14   Dossou, yourself and the four gentleman who

15   you named previously since 2010 until

16   present?

17         A.    Nobody else.  Before Dossou

18   there were some men who were working.  I

19   didn't understand the question.

20         Q.    From memory, can you please

21   tell me the name of every single person who

22   has worked for FDD Enterprises?

23         A.    Only I know Dossou and the four

24   gentlemen whose names I gave you.

25         Q.    No one else has worked for FDD

```
 1                    A. DAR
 2  Enterprises besides those people?
 3       A.    No.
 4       Q.    To be clear, that's from 2010
 5  until present?
 6       A.    No.
 7       Q.    Do you ever have your employees
 8  work at a different parking garage aside
 9  from 1872 East Tremont Avenue?
10            MR. CHAPNICK:  Can we just back
11        up for a second?
12            MR. CARR:  Sure.
13            MR. CHAPNICK:  I think it's
14        pretty clear he didn't understand
15        that question.
16            MR. CARR:  Let's read it back.
17        Let's start from about five questions
18        ago.
19            (Whereupon, the referred to
20        testimony was read back by the
21        Reporter.)
22            MR. CHAPNICK:  It's clear from
23        his answer that he said there were
24        other men and he also said he didn't
25        understand the question.
```

```
 1                    A. DAR

 2              MR. CARR:  So we'll go again.

 3         Q.    Sir, from 2010 until present,

 4    can you list from memory every person that

 5    has ever worked for FDD Enterprises?

 6         A.    Those people who came before

 7    2010?

 8         Q.    What year was FDD Enterprises

 9    incorporated?

10         A.    2010.

11         Q.    Did you own or operate a

12    parking garage before 2010?

13         A.    No.

14         Q.    So how would you have employees

15    before 2010?  I don't understand.

16         A.    I never said that.

17         Q.    My question is very specific:

18    From 2010 until now I want the name of

19    every single employee that has worked for

20    FDD Enterprises.

21         A.    I have given you already the

22    names.

23         Q.    So is it correct that Naveed,

24    Giffer, John, Michael, Mr. Dossou and

25    yourself were the only employees that FDD
```

```
 1                    A. DAR
 2   Enterprises has ever had?
 3        A.    Nobody else.
 4             MR. CARR:  If you want to
 5        clarify that with him, or are you
 6        satisfied with the answer?  I just
 7        want the right answer, I'm not trying
 8        to catch him.
 9             MR. CHAPNICK:  Other than them
10        are you saying no one else has ever
11        worked for FDD?
12             THE WITNESS:  Yes, some men,
13        they were working for me, they were
14        coming and leaving but I don't
15        remember their name.
16        Q.    Do you have any documents
17   reflecting their names?
18        A.    Yes, maybe it's in my record.
19             MR. CARR:  I'm going to call
20        for production of those documents.
21        Q.    Approximately how many other
22   men worked for FDD?
23        A.    I don't remember exactly but
24   maybe three to four approximately.
25        Q.    Who does FDD Enterprises'
```

```
 1                      A. DAR

 2   taxes?

 3          A.    I have an accountant.

 4          Q.    What's your accountant's name

 5   for FDD Enterprises?

 6          A.    Yaukubi (phonetic).

 7          Q.    Can you spell that?

 8          A.    Y-O-U-K.  I don't know.

 9                MR. CARR:  I'm going to ask for

10          the address and phone number of his

11          accountant.

12          Q.    Mr. Lieblich had testified that

13   the tenant of 1872 East Tremont Avenue,

14   Bronx, New York is Peak Time Parking.  Do

15   you know why he would say that?

16          A.    I don't know.

17          Q.    He also testified that your

18   brother Zaffar owns and operates Peak Time

19   Parking.  Do you know why he would say

20   that?

21          A.    I don't know.

22                MR. CARR:  Counsel, you can go

23          ahead.

24   EXAMINATION BY

25   MR. SCHRAGER:
```

```
 1                    A. DAR

 2          Q.    Is Reyer Parking Corp. involved

 3     in the hiring of any of the garage

 4     employees at the garage located at 1872

 5     East Tremont Avenue?

 6          A.    No.

 7          Q.    Is Mr. Lieblich involved in the

 8     hiring of any of those garage employees?

 9          A.    No.

10          Q.    Is Reyer Parking Corp.

11     involved in the firing of any of the garage

12     employees?

13          A.    No.

14          Q.    Is Mr. Lieblich involved in the

15     firing of any of those employees?

16          A.    No.

17          Q.    Does Reyer Parking Corp. make

18     any decisions as to lunch breaks or

19     overtime or other employment policies?

20          A.    No.

21          Q.    You testified earlier that

22     Reyer Parking Corp. has nothing to do with

23     your business; is that correct?

24          A.    Yes.

25          Q.    Does anyone other than yourself
```

```
1                   A. DAR
2   set the hiring and firing and other
3   employment policies?
4        A.   Yes.
5        Q.   You testified earlier that you
6   hired Mr. Dossou; is that correct?
7        A.   Yes.
8        Q.   Who was Mr. Dossou's employer
9   when he worked at the garage?
10       A.   I did.
11       Q.   Was it you or was it FDD
12   Enterprises Inc.?
13       A.   It's my company so I gave it to
14   him.
15       Q.   If I can refer you to Exhibit
16  A, can you just read what is says next to
17  the word "employer"?
18       A.   "FDD Enterprises Inc."
19       Q.   Can you read what it says next
20  to employee name?
21       A.   Gallie Dossou.
22       Q.   Referring you to the first page
23  of Plaintiff's Exhibit B which is Bates
24  stamped handwritten page number two, can
25  you read what it says next to "employer"?
```

```
 1                      A. DAR
 2        A.    "FDD Enterprises Inc."
 3        Q.    Can you please read what it
 4   says next to "employee name"?
 5        A.    Gallie Dossou.
 6        Q.    Can you please briefly look at
 7   the rest of the pages and tell me if it
 8   says the same thing on each of the other
 9   pages?
10        A.    Yes.
11        Q.    Yes, it's the same on every
12   page?
13        A.    Yes, same name.
14        Q.    During the period of 2010 to
15   the present, are all of the garage
16   attendants and anyone else that worked in
17   the garage, are those your employees or
18   employees of FDD Enterprises Inc.?
19        A.    Yes.
20        Q.    During that period, was there
21   anyone working there that was not your
22   employee?
23        A.    No.
24              MR. SCHRAGER:  I have nothing
25         further.  Thank you.
```

```
 1                    A. DAR
 2              MR. CARR:  Does FDD Enterprises
 3         have any agreement, written or oral,
 4         with Peak Time Parking?
 5              THE WITNESS:  No.
 6              MR. CARR:  Does your brother
 7         own Peak Time Parking?
 8              THE WITNESS:  I don't know.
 9              MR. CARR:  Thank you.
10              (Whereupon, at 12:27 P.M., the
11         examination of this witness was
12         concluded.)
13
14
15                   _____
                             ALI DAR
16
17    Subscribed and sworn to before me
18    this _____ day of _____ 20___.
19
      _____
20         NOTARY PUBLIC
21
22
23
24
25
```

1                          A. DAR

2                    E X H I B I T S

3

4     PLAINTIFF'S EXHIBITS:

5

6     EXHIBIT    EXHIBIT                     PAGE

7     LETTER     DESCRIPTION

8     A          Document                    50

9     B          Document packet             54

10

11                    I N D E X

12

13    EXAMINATION BY                         PAGE

14    MR. CARR                               4

15    MR. SCHRAGER                           82

16

17      INFORMATION AND/OR DOCUMENTS REQUESTED

18    INFORMATION AND/OR DOCUMENTS           PAGE

19    Copy of lease                          29

20    Parking garage license                 65

21    Written permission for garage
      license                                68
22
      Tax returns from 2010 to present       72
23
      Quarterly payments made                72
24
      Pay records from 2010 to present       73
25
      (Continued on the following page.)

```
 1                        A. DAR

 2

         INFORMATION AND/OR DOCUMENTS REQUESTED
 3    INFORMATION AND/OR DOCUMENTS (CONT'D.) PAGE
      Work schedule from 2010 to present     73,74
 4
      W-2 forms for all employees             76
 5
      Employment insurance                    76
 6
      Workers' Compensation Insurance         76
 7
      Liability insurance                     76
 8
      Other employees' names                  81
 9
      Accountant's name, address and
10    phone number                           82

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    A. DAR

 2            C E R T I F I C A T E

 3

 4    STATE OF NEW YORK        )
                               :  SS.:
 5    COUNTY OF KINGS          )

 6

 7         I, PAULA G. BEKKER, a Notary Public

 8    for and within the State of New York, do

 9    hereby certify:

10         That the witness whose examination is

11    hereinbefore set forth was duly sworn and

12    that such examination is a true record of

13    the testimony given by that witness.

14         I further certify that I am not

15    related to any of the parties to this

16    action by blood or by marriage and that I

17    am in no way interested in the outcome of

18    this matter.

19         IN WITNESS WHEREOF, I have hereunto

20    set my hand this 17th day of July 2014.

21

22

23    _____
                 PAULA G. BEKKER
24

25
```

## #

**#1315** [1] - 2:10

## $

**$15,000** [1] - 37:13
**$350** [1] - 23:3
**$8.00** [1] - 23:12
**$8.40** [3] - 23:7, 23:10, 44:5
**$8.75** [1] - 53:8
**$9.00** [1] - 44:6

## '

**'12** [1] - 51:6

## 1

**1** [2] - 3:17, 52:11
**100** [1] - 57:22
**10001** [1] - 2:10
**10704** [1] - 4:19
**10:02** [1] - 1:13
**11241** [2] - 1:22, 2:6
**114** [1] - 2:14
**11501** [1] - 2:15
**12** [1] - 51:8
**12:27** [1] - 86:10
**13** [6] - 51:14, 51:15, 52:2, 52:4, 52:15, 53:20
**13CV2800** [1] - 1:6
**15** [8] - 15:15, 15:20, 31:17, 37:12, 37:14, 60:4, 63:4, 64:8
**15,000** [3] - 31:13, 31:14, 31:16
**16** [2] - 1:20, 2:5
**160** [4] - 62:6, 62:10, 62:12, 62:24
**168** [6] - 61:20, 61:23, 62:2, 62:12, 63:11, 63:19
**17** [1] - 56:10
**17th** [1] - 89:20
**1872** [20] - 12:9, 12:14, 12:18, 19:20, 24:23, 29:18, 29:24, 30:4, 34:12, 60:7, 65:8, 66:22, 70:5, 70:10, 70:11, 70:15, 77:10, 79:9, 82:13, 83:4
**19** [3] - 52:6, 52:15, 53:20
**1973** [1] - 7:12
**1998** [3] - 7:17, 7:19, 7:23

## 2

**2** [1] - 57:3
**20** [4] - 15:20, 64:8, 64:9,
64:15
**200** [4] - 62:18, 63:2, 63:9, 63:18
**2010** [21] - 8:15, 24:25, 30:16, 71:24, 72:14, 73:10, 74:3, 76:21, 76:25, 78:15, 79:4, 80:3, 80:7, 80:10, 80:12, 80:15, 80:18, 85:14, 87:22, 87:24, 88:3
**2011** [2] - 72:2, 74:17
**2012** [20] - 38:3, 38:6, 41:22, 42:5, 51:8, 51:9, 51:11, 51:14, 51:16, 52:3, 52:6, 52:11, 52:15, 53:20, 56:10, 56:15, 72:4
**2013** [8] - 44:9, 56:18, 57:4, 57:6, 57:9, 72:6, 74:21, 74:24
**2014** [5] - 1:12, 56:21, 57:13, 72:9, 89:20
**20___** [1] - 86:18
**21** [2] - 56:25, 58:2
**24** [5] - 6:24, 12:23, 12:24, 12:25, 62:2
**26** [1] - 1:12
**26th** [1] - 2:10
**28** [2] - 56:10, 56:15
**29** [1] - 87:19
**2901** [2] - 1:21, 2:5

## 3

**3** [1] - 7:12
**30** [1] - 3:16
**32** [2] - 23:5, 53:11
**350** [1] - 22:14
**375** [1] - 22:15

## 4

**4** [3] - 62:6, 62:10, 87:14
**40** [17] - 16:4, 21:8, 21:11, 21:14, 21:20, 23:2, 23:17, 59:17, 59:21, 61:7, 61:14, 62:5, 62:10, 62:23, 62:25, 64:11, 64:13
**48** [1] - 6:21

## 5

**50** [2] - 21:25, 87:8
**54** [1] - 87:9
**56** [5] - 32:16, 32:18, 32:19, 33:22, 33:24
**560** [1] - 2:14
**56th** [4] - 32:17, 34:2, 34:6, 34:9

**5:00** [1] - 58:5

## 6

**6** [1] - 74:20
**601** [1] - 2:10
**65** [2] - 4:18, 87:20
**68** [1] - 87:21

## 7

**7** [1] - 61:25
**72** [2] - 87:22, 87:23
**73** [1] - 87:24
**73,74** [1] - 88:3
**76** [4] - 88:4, 88:5, 88:6, 88:7

## 8

**8** [1] - 57:3
**81** [1] - 88:8
**82** [2] - 87:15, 88:10
**84** [1] - 74:5

## 9

**9:00** [1] - 58:5

## A

**A.M** [1] - 1:13
**a/k/a** [2] - 1:3, 2:5
**according** [3] - 62:17, 62:20, 64:3
**account** [1] - 15:17
**accountant** [2] - 82:3, 82:11
**accountant's** [2] - 82:4, 88:9
**accurate** [2] - 6:17, 57:22
**action** [4] - 4:22, 38:2, 55:19, 89:16
**add** [2] - 58:11, 59:3
**added** [1] - 54:24
**adding** [2] - 54:13, 55:25
**additional** [1] - 76:11
**address** [4] - 4:17, 12:10, 32:23, 33:5, 33:8, 33:10, 33:13, 40:5, 82:10, 88:9
**administer** [1] - 3:11
**affiliated** [1] - 11:18
**aforementioned** [2] - 50:13, 54:16
**agreed** [2] - 62:2, 62:9
**AGREED** [2] - 3:5, 3:20
**agreement** [2] - 77:4, 86:3
**agreements** [1] - 37:6
**alcohol** [1] - 6:23
**Aletto** [1] - 71:19

**Ali** [7] - 9:6, 65:24, 66:4, 66:6, 68:24, 69:7
**ali** [1] - 4:16
**ALI** [4] - 1:8, 1:17, 2:14, 86:15
**allowed** [9] - 20:18, 20:23, 21:2, 43:7, 43:9, 45:16, 45:18, 45:22, 46:11
**ALSO** [1] - 2:17
**alter** [1] - 55:23
**amount** [2] - 13:22, 21:22
**AND** [2] - 3:5, 3:20
**AND/OR** [4] - 87:17, 87:18, 88:2, 88:3
**and/or** [1] - 69:7
**Angum** [1] - 9:11
**answer** [11] - 5:10, 5:21, 16:21, 17:16, 17:18, 18:4, 35:17, 79:23, 81:6, 81:7
**answered** [1] - 33:12
**answering** [2] - 47:13, 67:24
**answers** [3] - 4:5, 5:23, 24:7
**anybody** [1] - 60:17
**anybody's** [1] - 24:10
**application** [5] - 38:22, 38:24, 38:25, 39:4, 39:6
**apply** [1] - 24:7
**approximately** [9] - 51:3, 62:18, 63:2, 63:10, 64:8, 64:11, 81:21, 81:24
**are there** [2] - 8:8, 57:15, 61:17
**area** [2] - 34:6, 77:12
**aside** [11] - 8:9, 33:21, 37:3, 37:7, 55:24, 55:25, 77:5, 78:2, 78:8, 78:13, 79:8
**asking** [7] - 9:15, 24:6, 25:5, 26:22, 47:20, 48:2, 63:7
**ASSOCIATES** [1] - 2:13
**attend** [2] - 16:19, 43:13
**attendant** [1] - 19:6
**attendants** [1] - 85:16
**attending** [3] - 14:14, 18:14, 60:2
**Attorney** [1] - 2:4
**attorney** [18] - 26:4, 26:5, 26:6, 26:11, 26:12, 26:15, 26:17, 26:23, 26:24, 34:16, 35:9, 35:10, 35:12, 35:22, 35:25, 40:8, 62:2, 62:9
**attorney's** [1] - 26:23
**Attorneys** [2] - 2:9, 2:13

**authorized** [1] - 3:11
**avenue** [1] - 34:3
**Avenue** [20] - 12:9, 12:14, 12:19, 19:21, 24:24, 29:19, 29:24, 30:5, 32:21, 32:22, 34:13, 60:7, 65:9, 66:22, 70:12, 70:15, 77:10, 79:9, 82:13, 83:5
**average** [1] - 59:17
**aware** [5] - 45:12, 46:20, 67:15, 70:10, 70:13

## B

**backtrack** [1] - 66:11
**Bates** [1] - 84:23
**behalf** [1] - 49:22
**behind** [1] - 34:3
**BEKKER** [2] - 89:7, 89:23
**Bekker** [1] - 1:22
**believe** [2] - 33:11, 33:12
**besides** [4] - 9:6, 22:3, 51:11, 79:2
**birthday** [1] - 7:11
**bit** [2] - 39:13, 40:2
**blood** [1] - 89:16
**born** [1] - 7:13
**bought** [7] - 24:25, 25:2, 25:4, 25:5, 25:9, 25:10, 25:11
**brain** [1] - 7:3
**break** [14] - 14:24, 16:6, 16:8, 16:9, 16:13, 16:16, 18:17, 19:7, 42:17, 42:19, 43:2, 43:4, 43:11, 43:20
**breaks** [3] - 42:23, 53:15, 83:18
**briefly** [1] - 85:6
**Broadway** [10] - 32:16, 32:18, 32:20, 32:22, 33:22, 33:24, 34:2, 34:6, 34:9
**Bronx** [10] - 12:12, 12:14, 12:19, 19:21, 24:24, 66:22, 70:12, 70:15, 77:10, 82:14
**Brooklyn** [2] - 1:21, 2:6
**brother** [15] - 10:20, 37:16, 37:18, 37:22, 40:10, 40:11, 40:15, 40:21, 40:25, 41:13, 69:25, 77:9, 77:18, 82:18, 86:6
**brother's** [1] - 10:21
**building** [6] - 25:11, 32:20, 33:22, 33:23, 70:11, 70:21
**business** [12] - 8:7, 11:20,

12:18, 25:11, 29:17, 29:20, 29:22, 30:9, 30:13, 67:7, 83:23
**businesses** [2] - 8:17, 12:13
**busy** [1] - 16:17
**buy** [4] - 25:3, 25:6, 25:14, 25:16
**BY** [6] - 2:6, 2:11, 2:15, 4:12, 82:24, 87:13

## C

**call** [10] - 9:22, 29:3, 65:12, 68:22, 72:11, 73:8, 73:24, 76:2, 76:13, 81:19
**can you** [21] - 8:22, 9:8, 10:2, 14:20, 17:15, 50:21, 50:24, 51:3, 51:10, 55:12, 56:25, 67:17, 68:2, 78:20, 80:4, 82:7, 84:16, 84:19, 84:24, 85:3, 85:6
**capacity** [3] - 28:20, 28:24, 70:22
**car** [12] - 10:17, 16:15, 16:24, 16:25, 17:4, 18:8, 18:17, 19:16, 43:11, 43:14, 43:18, 43:20
**Carr** [3] - 1:20, 4:21, 58:13
**CARR** [43] - 2:4, 2:6, 4:13, 14:19, 14:24, 17:15, 18:3, 29:3, 29:10, 33:15, 47:23, 48:5, 50:11, 54:9, 54:15, 54:21, 63:15, 64:21, 65:12, 67:17, 68:2, 68:7, 68:11, 68:22, 72:11, 73:3, 73:7, 73:24, 76:2, 76:13, 76:21, 76:25, 79:12, 79:16, 80:2, 81:4, 81:19, 82:9, 82:22, 86:2, 86:6, 86:9, 87:14
**cars** [1] - 17:13
**Case** [1] - 1:6
**case** [14] - 13:20, 14:6, 16:18, 16:24, 18:20, 20:21, 23:17, 43:16, 46:18, 47:3, 47:11, 60:14, 60:25, 63:22
**cash** [7] - 22:8, 22:9, 23:21, 23:23, 31:22, 31:23, 31:25
**catch** [1] - 81:8
**cents** [1] - 23:12
**certification** [1] - 3:8

**certify** [2] - 89:9, 89:14
**changing** [1] - 27:6
**CHAPNICK** [29] - 2:13, 2:15, 14:16, 17:23, 18:5, 29:6, 29:12, 33:11, 33:20, 47:20, 48:2, 54:6, 54:12, 54:22, 58:13, 61:19, 62:7, 63:13, 64:19, 68:4, 68:9, 72:23, 73:6, 76:16, 76:23, 79:10, 79:13, 79:22, 81:9
**Chapnick** [3] - 27:8, 55:25, 61:22
**characterize** [1] - 17:25
**check** [15] - 17:12, 18:9, 18:12, 18:18, 22:8, 43:22, 43:24, 71:4, 71:5, 71:8, 71:10, 71:12, 71:13, 71:14, 71:17
**checks** [1] - 71:2
**city** [2] - 49:10, 66:14
**City** [2] - 49:17, 50:5
**Civil** [1] - 1:19
**claim** [22] - 17:11, 17:12, 18:9, 18:10, 18:12, 18:18, 19:8, 19:18, 43:21, 43:22, 43:23, 71:2, 71:4, 71:5, 71:8, 71:10, 71:12, 71:13, 71:14, 71:17
**claimed** [2] - 74:4, 74:15
**claims** [1] - 74:19
**clarify** [1] - 81:5
**clear** [12] - 6:9, 24:15, 25:15, 28:2, 34:18, 35:15, 56:24, 68:8, 76:17, 79:4, 79:14, 79:22
**clearer** [1] - 63:16
**client** [2] - 74:4, 74:15
**combination** [2] - 5:12, 29:19
**coming** [2] - 38:11, 81:14
**communicate** [2] - 39:24, 40:20
**communicated** [1] - 39:10
**company** [7] - 8:3, 26:20, 64:25, 70:4, 70:8, 71:4, 84:13
**Compensation** [4] - 75:23, 76:6, 76:19, 88:6
**concluded** [1] - 86:12
**confused** [1] - 32:24
**connection** [1] - 72:20
**consent** [1] - 67:14
**consumed** [1] - 6:23
**CONT'D** [1] - 88:3

**contained** [1] - 68:18
**contemporaneously** [2] - 54:3, 56:5
**Continued** [1] - 87:25
**continuously** [1] - 66:19
**contract** [1] - 77:4
**contractors** [1] - 24:20
**copy** [9] - 3:14, 3:17, 25:25, 29:4, 45:10, 45:19, 47:16, 48:8, 65:20
**Copy** [1] - 87:19
**corner** [1] - 32:20
**CORP** [2] - 1:8, 2:9
**Corp** [7] - 70:5, 70:11, 77:6, 83:2, 83:10, 83:17, 83:22
**corporate** [1] - 70:22
**corporation** [2] - 8:11, 77:5
**counsel** [3] - 3:6, 3:17, 82:22
**Counsel** [2] - 69:3, 69:4
**Country** [1] - 2:14
**COUNTY** [1] - 89:5
**COURT** [1] - 1:2
**court** [1] - 5:22
**Court** [3] - 1:20, 2:5, 3:13
**created** [20] - 50:24, 51:4, 51:7, 51:12, 51:15, 51:18, 52:2, 52:6, 52:11, 52:20, 53:3, 55:21, 56:14, 56:18, 56:21, 57:2, 57:5, 57:9, 57:13, 78:6
**current** [1] - 9:10
**currently** [9] - 7:8, 8:23, 22:23, 57:17, 60:12, 60:17, 60:20, 65:7, 75:18
**customer** [1] - 19:4
**customers** [5] - 18:24, 18:25, 19:3, 71:2

## D

**DAR** [4] - 1:8, 1:17, 2:14, 86:15
**Dar** [17] - 4:16, 4:20, 4:24, 9:6, 29:5, 29:15, 34:18, 50:17, 55:3, 65:24, 66:4, 68:24, 69:7, 74:2, 74:4, 77:24
**Dar's** [2] - 65:15, 66:6
**date** [5] - 29:9, 50:16, 51:12, 52:9, 54:19
**DATE** [1] - 1:12
**DAVID** [1] - 2:11
**day** [23] - 13:23, 14:4, 16:3, 17:13, 17:14,

22:19, 23:4, 37:3, 39:7,
42:9, 42:10, 42:21,
42:24, 47:17, 52:17,
52:24, 57:20, 60:24,
63:21, 73:22, 74:19,
86:18, 89:20
**days** [10] - 3:16, 12:24,
12:25, 15:21, 15:23,
21:5, 22:17, 32:10,
42:11, 42:12
**decisions** [1] - 83:18
**decrease** [1] - 37:11
**deduct** [13] - 22:18,
22:21, 23:7, 23:9,
23:18, 24:5, 24:9, 43:3,
48:25, 49:4, 49:7,
49:10, 49:13
**deducted** [1] - 23:19
**deducting** [1] - 43:5
**Defendant** [2] - 1:16, 2:9
**Defendants** [1] - 2:13
**DEFENDANTS** [1] - 1:9
**definitely** [1] - 56:16
**deliver** [1] - 32:5
**delivered** [2] - 20:11,
20:13
**depends** [5] - 13:8, 16:12,
19:25, 64:2, 64:14
**deposed** [1] - 5:15
**deposit** [1] - 22:8
**DEPOSITION** [1] - 1:16
**deposition** [6] - 3:8, 3:9,
3:14, 5:5, 5:19, 72:20
**DESCRIPTION** [1] - 87:7
**detail** [2] - 9:13, 51:21
**details** [2] - 22:20, 23:8
**did he** [5] - 28:20, 36:13,
38:25, 42:23, 46:13
**did it** [1] - 47:18
**did you** [44] - 7:15, 10:15,
10:16, 10:18, 28:23,
36:4, 36:14, 36:20,
37:2, 38:14, 38:17,
38:21, 39:5, 39:11,
40:7, 41:15, 41:16,
43:3, 47:15, 48:3, 48:7,
48:25, 49:4, 49:7,
49:10, 49:13, 50:3,
53:14, 53:22, 58:10,
58:18, 59:2, 60:22,
63:24, 64:7, 69:10,
71:24, 72:4, 72:6,
72:19, 75:5, 80:11
**direct** [1] - 22:8
**disabilities** [1] - 7:6
**disclosed** [1] - 73:2
**discussion** [1] - 54:8
**diseases** [1] - 7:9
**DISTRICT** [2] - 1:2, 1:2
**do they** [3] - 12:4, 22:11,

60:12
**do you** [62] - 4:24, 6:13,
7:5, 7:8, 8:16, 10:14,
13:14, 13:17, 18:13,
19:13, 21:15, 21:18,
22:18, 23:24, 24:3,
24:12, 25:7, 25:25,
28:14, 30:14, 30:17,
30:20, 30:21, 30:25,
31:4, 31:23, 32:5,
32:17, 34:19, 35:10,
37:5, 37:18, 38:5,
39:25, 40:4, 41:10,
42:3, 48:21, 49:21,
51:11, 51:22, 61:12,
62:21, 65:7, 65:23,
66:11, 66:13, 67:11,
70:14, 71:18, 73:11,
73:14, 73:19, 74:25,
75:18, 75:22, 76:7,
76:10, 79:7, 81:16,
82:14, 82:19
**Document** [2] - 87:8, 87:9
**document** [28] - 50:14,
50:18, 50:19, 50:22,
51:4, 51:7, 51:13, 52:2,
52:5, 52:10, 52:13,
52:20, 53:2, 53:18,
54:17, 54:25, 56:14,
56:17, 56:20, 57:2,
57:5, 57:8, 57:12,
68:19, 68:20, 69:11,
69:15, 69:17
**DOCUMENTS** [4] - 87:17,
87:18, 88:2, 88:3
**documents** [12] - 54:11,
55:9, 55:12, 55:15,
55:21, 55:24, 72:16,
72:23, 75:8, 76:24,
81:16, 81:20
**does he** [6] - 10:25, 11:7,
16:6, 16:9, 22:17, 32:4
**does it** [1] - 37:11
**does that** [1] - 8:5
**doesn't** [3] - 16:21, 18:2,
71:8
**DOSSOU** [4] - 1:3, 2:5
**Dossou** [48] - 4:22, 38:2,
38:9, 38:14, 38:18,
39:11, 39:21, 41:20,
42:3, 42:13, 42:16,
43:12, 43:19, 44:2,
44:7, 44:19, 45:3, 45:4,
45:9, 45:15, 46:2,
46:11, 46:17, 46:23,
46:25, 47:8, 47:10,
47:15, 48:7, 48:24,
52:14, 53:3, 53:15,
53:23, 55:18, 56:6,
58:9, 74:9, 75:6, 78:3,

78:8, 78:14, 78:17,
78:23, 80:24, 84:6,
84:21, 85:5
**dossou** [1] - 43:10
**Dossou's** [18] - 42:6,
44:22, 48:11, 48:15,
49:2, 49:5, 49:8, 49:11,
49:14, 49:23, 50:2,
50:6, 52:17, 53:8,
53:19, 54:3, 57:16, 84:8
**downtown** [2] - 33:3, 34:8
**draft** [3] - 35:12, 35:22,
36:2
**drafted** [8] - 34:12, 34:14,
35:7, 35:9, 35:11,
35:19, 35:21, 35:24
**drive** [2] - 10:16, 10:18
**driver** [2] - 18:9, 18:11
**driver's** [1] - 66:13
**drop** [2] - 32:12, 32:15
**drove** [1] - 10:20
**drugs** [1] - 6:20
**due** [1] - 32:8
**duly** [2] - 4:8, 89:11

# E

**earning** [2] - 22:23, 23:10
**East** [20] - 12:9, 12:14,
12:18, 19:20, 24:23,
29:18, 29:24, 30:4,
34:12, 60:7, 65:8,
66:22, 70:5, 70:10,
70:11, 70:15, 77:10,
79:9, 82:13, 83:5
**easy** [2] - 27:3, 40:2
**eat** [2] - 19:19, 19:23
**eating** [7] - 16:18, 16:23,
17:4, 18:21, 19:10,
43:12, 43:16
**eats** [1] - 16:14
**edit** [2] - 55:23, 59:3
**effect** [2] - 3:12, 3:15
**eight** [14] - 13:9, 13:11,
13:13, 13:19, 16:2,
16:10, 21:17, 41:10,
42:8, 42:9, 42:10,
60:24, 62:14, 63:21
**eight-hour** [4] - 13:11,
13:13, 16:2, 16:10
**eleven** [1] - 41:11
**emergencies** [1] - 14:6
**emergency** [2] - 23:18,
60:25, 61:3
**employee** [10] - 13:11,
20:4, 20:9, 59:9, 73:9,
75:9, 80:19, 84:20,
85:4, 85:22
**employees** [42] - 8:25,
9:9, 9:10, 10:7, 11:14,

13:4, 15:8, 15:14,
19:19, 20:23, 22:6,
22:10, 24:8, 24:16,
24:21, 48:18, 59:21,
60:2, 60:11, 60:19,
61:7, 62:13, 62:23,
70:25, 73:11, 75:2,
75:19, 75:24, 76:4,
76:18, 77:22, 77:25,
79:7, 80:14, 80:25,
83:4, 83:8, 83:12,
83:15, 85:17, 85:18,
88:4
**employees'** [1] - 88:8
**employer** [5] - 49:18,
49:23, 84:8, 84:17,
84:25
**Employment** [1] - 88:5
**employment** [3] - 38:22,
83:19, 84:3
**end** [6] - 45:20, 46:12,
51:23, 58:20, 58:22,
74:25
**English** [12] - 4:4, 4:5,
5:6, 5:12, 39:13, 39:15,
39:20, 39:25, 40:4,
40:16, 40:20, 40:22
**ENTERPRISES** [2] - 1:8,
2:14
**Enterprises** [58] - 8:2,
8:19, 8:24, 9:6, 9:9,
10:6, 10:10, 11:2, 11:5,
11:8, 11:11, 11:15,
11:18, 11:21, 11:25,
12:17, 12:22, 24:17,
24:22, 25:20, 28:25,
48:18, 56:6, 65:10,
68:24, 69:6, 71:9,
71:14, 71:21, 72:9,
72:13, 73:10, 74:6,
74:10, 74:16, 74:20,
75:10, 75:20, 76:8,
76:14, 77:3, 77:19,
78:2, 78:6, 78:8, 78:13,
78:22, 79:2, 80:5, 80:8,
80:20, 81:2, 82:5,
84:12, 84:18, 85:2,
85:18, 86:2
**Enterprises'** [1] - 81:25
**Enterprises's** [1] - 77:22
**entity** [2] - 65:18, 70:22
**errors** [1] - 57:15
**ESQ** [3] - 2:6, 2:11, 2:15
**Esq** [1] - 1:20
**ESQS** [1] - 2:8
**everybody** [4] - 19:22,
63:21, 75:13, 75:14
**everybody's** [1] - 9:14
**exact** [3] - 32:23, 51:12,
52:9

**exactly** [4] - 30:19, 41:9,
41:12, 81:23
**examination** [3] - 86:11,
89:10, 89:12
**EXAMINATION** [3] - 4:12,
82:24, 87:13
**examined** [1] - 4:10
**example** [1] - 56:8
**except** [1] - 3:21
**EXHIBIT** [2] - 87:6
**Exhibit A** [2] - 50:15,
84:15
**Exhibit B** [5] - 54:18,
55:2, 55:4, 57:18, 84:23
**EXHIBITS** [1] - 87:4
**exists** [1] - 29:9
**expires** [1] - 30:22
**explain** [2] - 63:7, 63:8

## F

**fair** [5] - 23:11, 23:14,
51:25, 52:5, 52:13
**familiar** [3] - 17:2, 64:25,
70:4
**FDD** [70] - 1:8, 2:14, 8:2,
8:19, 8:23, 9:6, 9:9,
10:6, 10:9, 11:2, 11:4,
11:8, 11:11, 11:14,
11:18, 11:21, 11:22,
11:25, 12:17, 12:21,
24:16, 24:22, 25:20,
28:25, 41:25, 42:4,
44:3, 48:18, 56:6, 60:8,
65:10, 65:15, 68:24,
69:6, 71:9, 71:14,
71:21, 72:9, 72:13,
73:9, 74:6, 74:10,
74:16, 74:20, 75:10,
75:20, 76:8, 76:14,
77:3, 77:19, 77:22,
77:25, 78:5, 78:7,
78:13, 78:22, 78:25,
80:5, 80:8, 80:20,
80:25, 81:11, 81:22,
81:25, 82:5, 84:11,
84:18, 85:2, 85:18, 86:2
**FDD's** [1] - 29:2
**federal** [4] - 23:24, 49:4,
49:17, 50:5
**Federal** [1] - 1:18
**file** [4] - 71:21, 71:24,
72:4, 72:6
**filed** [2] - 72:8, 75:16
**filing** [1] - 3:7
**fill** [12] - 38:21, 38:25,
39:4, 39:6, 39:8, 48:14,
58:3, 58:4, 58:10,
58:18, 58:20, 58:21
**filled** [7] - 38:24, 45:3,

48:11, 58:8, 58:17,
58:23, 59:2
**fine** [2] - 27:7, 34:11
**finish** [4] - 43:17, 50:9,
74:13, 78:11
**finishes** [3] - 5:7, 17:7,
53:5
**fired** [2] - 44:12, 44:16
**firing** [3] - 83:11, 83:15,
84:2
**first** [7] - 4:8, 29:7, 32:9,
37:25, 41:21, 57:20,
84:22
**five** [12] - 15:23, 18:21,
19:7, 21:5, 31:5, 31:6,
31:8, 32:10, 41:8,
42:12, 64:4, 79:17
**flip** [1] - 55:5
**fluently** [1] - 40:18
**following** [2] - 4:4, 87:25
**follows** [1] - 4:11
**force** [1] - 3:15
**form** [3] - 3:21, 75:2, 75:5
**formed** [1] - 8:14
**forms** [4] - 75:15, 76:3,
76:18, 88:4
**forth** [1] - 89:11
**four** [13] - 10:7, 22:16,
32:10, 41:8, 59:21,
60:11, 60:19, 61:6,
64:4, 78:2, 78:14,
78:23, 81:24
**Friday** [2] - 52:18, 52:21
**front** [4] - 36:20, 36:24,
43:15, 57:17
**FURTHER** [1] - 3:20
**future** [1] - 29:9

## G

**G-I-F-F-E-R** [1] - 9:17
**Gallie** [3] - 4:22, 84:21,
85:5
**GALLIE** [4] - 1:3, 2:5
**garage** [66] - 11:24, 12:2,
12:5, 12:7, 12:20, 13:3,
13:5, 13:15, 13:18,
14:10, 14:14, 15:2,
16:16, 17:11, 18:9,
18:14, 19:5, 19:6, 20:5,
20:8, 20:15, 20:20,
20:24, 21:16, 21:19,
21:24, 22:3, 24:23,
28:22, 31:19, 43:11,
43:21, 46:5, 46:15,
54:4, 59:9, 59:13, 60:3,
60:8, 60:23, 65:8,
65:14, 65:18, 65:21,
65:25, 66:15, 66:21,
67:9, 67:12, 68:25,

69:10, 71:3, 73:15,
73:17, 73:20, 79:8,
80:12, 83:3, 83:4, 83:8,
83:11, 84:9, 85:15,
85:17, 87:20, 87:21
**garages** [1] - 12:5
**gave** [8] - 5:20, 28:11,
33:13, 39:3, 39:7,
69:13, 78:24, 84:13
**gentleman** [1] - 78:14
**gentlemen** [2] - 78:2,
78:24
**Gerald** [12] - 27:24, 28:3,
31:25, 34:19, 35:11,
35:12, 35:23, 35:25,
36:6, 36:7, 70:17, 70:18
**gets** [2] - 16:8, 17:8
**giffer** [1] - 9:17
**Giffer** [5] - 21:4, 21:7,
22:3, 24:15, 80:24
**give** [21] - 5:18, 6:17,
18:11, 19:11, 19:18,
22:9, 22:13, 23:21,
23:23, 26:8, 27:23,
28:13, 31:22, 31:23,
39:6, 39:8, 43:21,
43:23, 60:15, 66:24,
75:14
**given** [7] - 11:13, 42:16,
45:10, 45:19, 77:21,
80:21, 89:13
**giving** [2] - 58:16, 63:8
**goes** [1] - 20:17
**government** [3] - 49:17,
49:18, 50:5
**gradually** [1] - 37:11
**ground** [2] - 5:4, 5:19
**GURDEEP** [1] - 2:18

## H

**habit** [1] - 46:24
**half** [5] - 15:19, 16:13,
20:5, 42:20, 42:21
**hand** [4] - 15:11, 15:17,
70:25, 89:20
**handed** [2] - 17:11, 18:9
**hands** [3] - 18:17, 19:8,
29:13
**handwritten** [1] - 84:24
**happens** [1] - 16:15
**have you** [12] - 5:15, 6:20,
6:23, 7:2, 7:18, 7:21,
48:17, 49:16, 50:18,
52:6, 72:8, 77:24
**he's** [11] - 16:18, 16:23,
17:3, 23:14, 28:16,
29:10, 38:12, 43:16,
45:12, 67:15, 68:9
**head** [2] - 5:25, 6:2

**heard** [3] - 29:8, 65:4,
70:7
**heart** [3] - 9:23, 22:21,
30:23
**held** [2] - 1:19, 54:8
**help** [1] - 40:11
**hereby** [1] - 89:9
**HEREBY** [1] - 3:5
**herein** [1] - 3:7
**hereinbefore** [1] - 89:11
**hereunto** [1] - 89:19
**hired** [5] - 39:2, 39:3,
39:5, 41:25, 84:6
**hiring** [3] - 83:3, 83:8,
84:2
**hold** [3] - 65:7, 65:23,
66:3
**holds** [2] - 65:17, 65:23
**home** [1] - 46:13
**hour** [18] - 12:23, 13:11,
13:13, 15:19, 16:2,
16:10, 16:13, 20:5,
23:7, 23:11, 42:20,
42:21, 44:2, 44:5, 44:6,
53:8, 64:5, 64:9
**hourly** [1] - 23:15
**hours** [83] - 6:21, 6:24,
12:21, 12:24, 12:25,
13:10, 13:17, 13:19,
13:23, 13:25, 14:2,
14:4, 15:24, 16:4, 21:3,
21:6, 21:8, 21:9, 21:11,
21:12, 21:14, 21:15,
21:17, 21:18, 21:20,
21:23, 21:25, 22:11,
23:2, 23:5, 23:17,
23:18, 42:6, 42:8, 42:9,
42:10, 44:19, 44:22,
45:7, 45:13, 46:20,
48:22, 52:14, 53:4,
53:5, 53:11, 54:3, 58:9,
58:21, 59:4, 59:7,
59:17, 59:22, 60:22,
60:24, 61:7, 61:12,
61:15, 61:16, 61:17,
61:23, 62:12, 62:14,
62:18, 62:23, 62:24,
62:25, 63:3, 63:9,
63:12, 63:18, 63:19,
63:20, 63:21, 63:22,
63:24, 64:4, 64:7, 64:9,
64:11, 64:14, 64:16,
74:5
**house** [2] - 46:10, 47:19
**how are** [1] - 22:6
**how did** [4] - 10:12,
37:15, 38:9, 44:21
**how do** [1] - 31:18
**how many** [21] - 13:4,
13:17, 15:21, 15:24,

A. DAR

21:3, 21:6, 21:9, 21:12,
21:15, 21:18, 41:5,
42:11, 46:20, 60:22,
61:12, 61:15, 61:16,
61:17, 63:24, 64:6,
81:21
**Huntsbridge** [1] - 4:18

## I

**i'd** [1] - 50:11
**I'd** [1] - 14:17
**I've** [2] - 29:8, 47:23
**i've** [1] - 48:5
**identification** [2] - 50:15,
54:19
**identify** [2] - 50:21, 55:12
**illegal** [1] - 6:21
**IN** [1] - 89:19
**INC** [2] - 1:8, 2:14
**Inc** [4] - 84:12, 84:18,
85:2, 85:18
**income** [1] - 8:20
**incorporated** [1] - 80:9
**Incorporated** [5] - 8:2,
8:19, 71:9, 72:13, 78:6
**increase** [2] - 22:15,
37:11
**independent** [1] - 24:19
**indicating)** [1] - 27:2
**INFORMATION** [4] -
87:17, 87:18, 88:2, 88:3
**information** [2] - 58:11,
73:4
**initial** [1] - 41:16
**injury** [1] - 7:3
**inside** [4] - 17:8, 17:9,
19:12, 19:14
**instances** [1] - 63:4
**instructions** [1] - 11:13
**insurance** [8] - 75:19,
76:5, 76:6, 76:7, 76:15,
76:24, 88:5, 88:7
**Insurance** [2] - 75:23,
88:6
**insured** [1] - 76:11
**interested** [1] - 89:17
**interpreter** [3] - 4:3, 4:9,
4:25
**Interpreter** [1] - 2:18
**Interpreting** [1] - 2:19
**intersect** [1] - 32:25
**intersection** [1] - 33:20
**interview** [3] - 38:14,
38:18, 38:19
**introduce** [1] - 38:10
**invested** [1] - 11:10
**involved** [4] - 83:2, 83:7,
83:11, 83:14
**IRS** [4] - 75:2, 75:5, 75:15,

75:16
**IS** [2] - 3:5, 3:20
**is it your** [3] - 47:6, 56:13,
70:20
**is that** [27] - 8:11, 12:2,
14:4, 23:11, 27:8, 32:2,
36:11, 39:21, 41:22,
41:25, 52:18, 56:10,
57:6, 57:9, 59:13,
59:18, 59:22, 60:4,
60:8, 64:19, 66:4,
68:17, 74:7, 74:17,
74:21, 83:23, 84:6
**is there** [15] - 6:16, 14:8,
16:10, 16:12, 19:17,
20:3, 30:7, 48:23, 56:3,
57:12, 57:24, 60:16,
63:13, 71:6, 75:9
**is this** [1] - 53:18
**IT** [2] - 3:5, 3:20

## J

**January** [2] - 7:12, 74:17
**job** [10] - 38:8, 38:13,
38:16, 38:22, 38:23,
44:6, 44:8, 44:12,
44:15, 74:23
**John** [6] - 9:20, 9:22,
21:9, 22:3, 24:16, 80:24
**Judge** [1] - 3:13
**July** [1] - 89:20
**june** [1] - 1:12

## K

**keep** [8] - 26:21, 44:21,
45:21, 48:21, 53:14,
53:22, 73:14, 73:19
**keeping** [1] - 44:18
**kept** [5] - 38:16, 46:8,
48:17, 54:2, 56:5
**KESAR** [1] - 2:18
**KINGS** [1] - 89:5
**knowledge** [2] - 57:23,
62:21, 70:17

## L

**language** [3] - 5:11, 5:13,
39:11
**last** [24] - 9:21, 10:2,
10:23, 24:7, 41:17,
41:18, 52:17, 56:23,
60:23, 61:3, 61:7,
62:13, 62:19, 62:22,
62:25, 63:10, 63:17,
63:25, 64:7, 64:14,
67:17, 74:19, 77:8,
77:11
**lawsuit** [2] - 28:6, 28:9

**lease** [52] - 25:13, 25:18,
25:20, 25:23, 26:2,
26:16, 27:7, 27:8,
27:15, 27:16, 27:20,
27:23, 28:12, 28:13,
28:15, 28:19, 28:23,
29:4, 29:7, 29:15,
29:17, 29:20, 30:11,
30:15, 30:21, 30:22,
30:25, 31:4, 31:8,
31:12, 34:12, 35:24,
36:2, 36:5, 36:11,
36:13, 36:23, 37:3,
37:7, 37:10, 40:6, 40:9,
40:12, 40:14, 40:24,
41:5, 41:19, 68:18,
69:5, 69:18, 87:19
**leased** [3] - 25:16, 26:19,
30:6
**leasing** [7] - 25:15, 29:17,
29:18, 29:23, 30:3,
30:8, 30:9
**leave** [6] - 19:17, 20:4,
20:18, 20:20, 20:24,
43:7
**leaves** [2] - 20:8, 62:14
**leaving** [1] - 81:14
**legal** [2] - 6:20, 41:11
**legally** [1] - 71:16
**length** [1] - 31:9
**let's** [7] - 27:15, 33:15,
54:15, 58:3, 68:11,
79:16, 79:17
**LETTER** [1] - 87:7
**letting** [1] - 64:21
**Liability** [1] - 88:7
**liability** [3] - 76:7, 76:15,
76:24
**license** [23] - 65:7, 65:13,
65:16, 65:17, 65:23,
65:24, 66:3, 66:7, 66:9,
66:12, 66:13, 66:14,
66:17, 66:23, 67:8,
67:13, 69:2, 69:10,
71:15, 87:20, 87:21
**Lieblich** [29] - 28:3, 28:8,
28:11, 28:12, 28:13,
28:17, 28:19, 32:2,
34:19, 35:11, 35:12,
35:24, 35:25, 36:7,
36:10, 36:21, 36:23,
37:7, 37:15, 37:19,
40:7, 40:12, 40:25,
41:7, 69:14, 70:18,
82:12, 83:7, 83:14
**LIEBLICH** [1] - 28:3
**Lieblich's** [2] - 32:14,
69:21
**limit** [1] - 47:24
**list** [1] - 80:4

**lived** [2] - 7:18, 7:22
**located** [3] - 12:8, 66:21,
83:4
**location** [1] - 46:5
**log** [1] - 73:14
**logs** [1] - 53:24
**lot** [6] - 15:8, 16:17, 17:2,
19:16, 26:19, 66:8
**lunch** [36] - 16:6, 16:8,
16:9, 16:11, 16:14,
16:16, 16:18, 16:23,
17:4, 17:8, 18:16,
18:21, 19:7, 19:11,
19:17, 19:20, 19:24,
20:5, 20:10, 20:13,
20:16, 20:19, 20:24,
42:16, 42:19, 43:2,
43:4, 43:8, 43:10,
43:13, 43:16, 43:17,
43:19, 53:15, 83:18

## M

**M-A-N-S-H-E** [1] - 10:3
**mail** [1] - 36:14
**Majid** [1] - 10:24
**man** [1] - 28:5
**manager** [3] - 9:4, 9:5,
11:4
**managers** [2] - 8:23, 9:3
**Manhattan** [1] - 32:16
**Manshe** [1] - 9:25
**March** [6] - 44:9, 57:3,
57:9, 74:20, 74:23
**mark** [1] - 54:15
**marked** [6] - 50:12, 50:14,
54:17, 54:25, 55:4,
57:18
**marriage** [1] - 89:16
**math** [2] - 61:21, 62:3
**matter** [1] - 89:18
**mean** [22] - 8:5, 8:25,
10:14, 11:22, 14:11,
15:3, 18:13, 19:13,
22:7, 22:24, 25:7,
31:20, 32:17, 34:19,
35:10, 62:20, 62:21,
65:9, 65:15, 73:16,
78:4, 78:5
**means** [1] - 19:15
**meant** [1] - 27:9
**meet** [3] - 37:15, 37:25,
38:9
**memory** [3] - 9:15, 78:20,
80:4
**men** [5] - 23:16, 78:18,
79:24, 81:12, 81:22
**mental** [1] - 7:9
**mentioned** [1] - 26:22
**Michael** [7] - 1:20, 4:21,

9:25, 21:13, 22:4, 24:16, 80:24
**MICHAEL** [2] - 2:4, 2:6
**midtown** [2] - 33:2, 34:8
**mine** [1] - 48:23
**Mineola** [1] - 2:15
**minus** [1] - 62:12
**minutes** [6] - 15:15, 15:20, 18:22, 19:7, 60:4, 63:4
**misses** [1] - 23:4
**mixing** [1] - 34:7
**Monday** [2] - 58:4, 58:5
**money** [4] - 11:10, 22:8, 22:18, 22:22
**month** [3] - 30:17, 31:14, 38:5
**monthly** [3] - 18:24, 31:12, 31:17
**morning** [1] - 4:20
**mostly** [3] - 19:2, 23:16, 32:6
**MR** [71] - 4:13, 14:16, 14:19, 14:24, 17:15, 17:23, 18:3, 18:5, 29:3, 29:6, 29:10, 29:12, 33:11, 33:15, 33:20, 47:20, 47:23, 48:2, 48:5, 50:11, 54:6, 54:9, 54:12, 54:15, 54:21, 54:22, 58:13, 61:19, 62:7, 63:13, 63:15, 64:19, 64:21, 65:12, 67:17, 68:2, 68:4, 68:7, 68:9, 68:11, 68:22, 72:11, 72:23, 73:3, 73:6, 73:7, 73:24, 76:2, 76:13, 76:16, 76:21, 76:23, 76:25, 79:10, 79:12, 79:13, 79:16, 79:22, 80:2, 81:4, 81:9, 81:19, 82:9, 82:22, 82:25, 85:24, 86:2, 86:6, 86:9, 87:14, 87:15
**Mr** [98] - 4:20, 4:24, 27:8, 28:8, 28:11, 28:12, 28:13, 28:17, 28:19, 29:5, 29:15, 32:14, 34:18, 36:10, 36:21, 36:23, 37:7, 37:15, 37:19, 38:2, 38:9, 38:14, 38:18, 39:11, 39:21, 40:7, 40:12, 40:25, 41:7, 41:20, 42:3, 42:6, 42:13, 42:16, 43:10, 43:12, 43:19, 44:2, 44:7, 44:19, 44:21, 45:2, 45:4, 45:9, 45:15, 46:2, 46:11, 46:16, 46:23,

46:25, 47:8, 47:10, 47:15, 48:7, 48:11, 48:15, 48:24, 49:2, 49:5, 49:8, 49:11, 49:14, 49:22, 49:25, 50:5, 50:17, 52:14, 52:17, 53:3, 53:7, 53:15, 53:19, 53:23, 54:3, 55:3, 55:25, 56:6, 57:16, 58:9, 58:13, 61:22, 65:15, 69:14, 69:21, 74:2, 74:4, 74:9, 75:6, 77:24, 78:3, 78:8, 78:13, 80:24, 82:12, 83:7, 83:14, 84:6, 84:8
**multiple** [1] - 12:5
**myself** [2] - 6:7, 9:4

## N

**name** [32] - 4:14, 4:20, 9:14, 9:21, 10:2, 10:21, 10:23, 26:11, 26:17, 26:23, 27:21, 27:25, 35:2, 35:6, 40:5, 66:4, 66:6, 66:7, 66:17, 71:3, 71:4, 71:6, 71:16, 78:21, 80:18, 81:15, 82:4, 84:20, 85:4, 85:13, 88:9
**named** [5] - 28:8, 65:2, 76:10, 78:3, 78:15
**names** [4] - 78:24, 80:22, 81:17, 88:8
**Naveed** [10] - 9:11, 15:22, 15:25, 22:3, 22:16, 22:23, 23:10, 24:8, 24:15, 80:23
**Naveed's** [1] - 23:20
**needs** [1] - 38:16
**negotiate** [2] - 36:4, 40:12
**negotiating** [1] - 40:8
**NEW** [1] - 1:2, 89:4
**nobody** [7] - 9:7, 10:11, 16:12, 20:8, 20:17, 78:17, 81:3
**nod** [1] - 6:2
**normally** [1] - 21:20
**NOTARY** [1] - 86:20
**Notary** [3] - 1:22, 4:9, 89:7
**November** [4] - 52:11, 56:10, 56:15
**nowadays** [2] - 22:24, 78:4
**number** [7] - 32:18, 32:19, 33:21, 33:23, 82:10, 84:24, 88:10
**numbers** [4] - 54:10, 54:13, 54:24, 56:2

## O

**oath** [1] - 3:12
**object** [1] - 14:17
**objection** [1] - 54:22
**objections** [2] - 3:21, 54:21
**October** [15] - 38:6, 41:21, 42:5, 51:5, 51:8, 51:9, 51:11, 51:14, 51:15, 52:2, 52:6, 52:15, 53:20
**OF** [3] - 1:2, 89:4, 89:5
**office** [7] - 10:12, 26:7, 32:6, 32:12, 32:14, 36:15, 69:22
**offices** [1] - 1:20
**okay** [14] - 4:23, 5:14, 5:24, 6:5, 6:10, 29:12, 35:15, 50:9, 50:10, 55:8, 62:3, 62:15, 62:19, 73:7
**Old** [1] - 2:14
**omissions** [1] - 57:16
**ones** [1] - 5:20
**open** [2] - 13:3, 20:15
**opened** [1] - 48:19
**operate** [9] - 12:4, 12:13, 65:8, 65:14, 65:18, 65:25, 66:15, 67:9, 80:11
**operates** [3] - 12:2, 60:8, 82:18
**operating** [3] - 12:18, 24:23, 66:21
**opportunity** [1] - 63:8
**oral** [1] - 86:3
**orally** [1] - 5:21
**Order** [1] - 1:18
**order** [2] - 22:8, 77:21
**orders** [1] - 11:14
**original** [3] - 3:9, 3:17, 47:16
**originally** [1] - 57:19
**originals** [1] - 72:25
**outcome** [1] - 89:17
**overlap** [3] - 14:13, 14:25, 63:5
**overlapped** [1] - 61:10
**overlapping** [1] - 63:11
**overlaps** [1] - 15:3
**overtime** [4] - 42:14, 42:15, 74:10, 83:19
**owner** [9] - 8:6, 26:20, 28:16, 28:20, 28:22, 28:25, 29:2, 31:24, 70:15
**owners** [1] - 8:8
**owns** [4] - 11:25, 70:11, 70:21, 82:18

## P

**P.C** [1] - 2:13
**P.M** [2] - 58:6, 86:10
**packet** [2] - 54:17, 87:9
**page** [13] - 41:16, 41:17, 41:18, 54:24, 55:25, 56:8, 56:23, 56:25, 58:2, 84:22, 84:24, 85:12, 87:25
**PAGE** [4] - 87:6, 87:13, 87:18, 88:3
**pages** [5] - 41:5, 54:14, 55:6, 85:7, 85:9
**paid** [15] - 22:6, 22:10, 23:6, 23:14, 43:2, 45:9, 45:15, 46:16, 46:23, 47:15, 47:18, 48:4, 48:7, 49:16, 49:22
**Pakistan** [1] - 7:14
**paper** [4] - 9:23, 23:8, 41:11, 69:12
**papers** [4] - 9:14, 33:4, 75:12, 75:14
**paperwork** [3] - 33:6, 33:7, 37:3
**park** [8] - 16:25, 17:6, 19:12, 19:14, 19:15, 43:17, 43:24, 71:3
**parked** [1] - 19:5
**parking** [47] - 11:24, 12:2, 12:5, 12:7, 12:20, 13:15, 13:18, 14:9, 15:2, 15:8, 16:7, 16:17, 17:2, 18:14, 19:16, 20:8, 24:23, 26:19, 30:7, 30:13, 31:19, 43:13, 43:20, 46:5, 54:4, 59:8, 59:12, 60:2, 60:8, 65:8, 65:14, 65:18, 65:21, 65:25, 66:8, 66:15, 66:21, 67:9, 67:12, 68:25, 69:10, 73:15, 73:17, 73:20, 79:8, 80:12
**PARKING** [2] - 1:8, 2:9
**Parking** [30] - 25:4, 25:19, 25:21, 28:14, 28:17, 28:21, 29:16, 30:15, 37:6, 64:23, 65:2, 65:5, 66:18, 68:18, 68:24, 69:5, 69:6, 69:9, 69:19, 71:12, 77:6, 82:14, 82:19, 83:2, 83:10, 83:17, 83:22, 86:4, 86:7, 87:20
**Parking's** [3] - 66:23, 67:12, 68:25
**parks** [3] - 17:4, 17:8, 17:9

**part** [2] - 49:18, 49:23
**parties** [3] - 3:7, 27:19, 89:15
**Parties** [1] - 1:17
**party** [3] - 27:22, 28:5, 28:14
**PAULA** [2] - 89:7, 89:23
**Paula** [1] - 1:22
**Pay** [1] - 87:24
**pay** [20] - 23:20, 31:18, 31:20, 31:25, 32:7, 32:9, 43:3, 43:25, 49:2, 49:5, 49:8, 49:11, 49:14, 49:23, 50:4, 50:6, 53:8, 73:8, 73:11, 73:12
**paying** [5] - 29:25, 30:11, 43:6, 47:5, 49:25
**payments** [2] - 72:15, 87:23
**Peak** [7] - 64:23, 65:2, 65:4, 82:14, 82:18, 86:4, 86:7
**people** [6] - 18:19, 63:6, 71:2, 78:10, 79:2, 80:6
**percent** [1] - 57:22
**perfectly** [1] - 34:11
**period** [2] - 85:14, 85:20
**permanently** [1] - 7:22
**permission** [9] - 67:11, 67:23, 68:6, 68:17, 68:21, 68:23, 69:9, 69:13, 87:21
**person** [15] - 13:9, 14:9, 14:14, 15:5, 15:6, 15:12, 15:18, 19:7, 27:25, 35:3, 43:13, 65:19, 77:5, 78:21, 80:4
**personal** [3] - 28:19, 28:24, 70:21
**personally** [3] - 13:24, 36:16, 36:18
**phone** [2] - 82:10, 88:10
**phonetic)** [1] - 82:6
**physically** [1] - 77:9
**pick** [1] - 32:4
**piece** [2] - 58:12
**PINOVI** [2] - 1:3, 2:5
**place** [1] - 69:18
**plaintiff** [3] - 4:21, 38:2, 55:19
**PLAINTIFF** [1] - 1:4
**Plaintiff** [1] - 2:4
**Plaintiff's** [5] - 50:14, 54:18, 55:2, 55:4, 84:23
**PLAINTIFF'S** [1] - 87:4
**Please** [1] - 4:14
**please** [21] - 5:8, 5:11, 5:21, 5:25, 6:12, 8:22, 9:8, 12:11, 50:12,

50:21, 55:5, 56:9, 56:23, 56:25, 67:18, 68:3, 68:12, 74:12, 78:20, 85:3, 85:6
**PLLC** [1] - 2:4
**point** [2] - 36:9, 41:24
**policies** [2] - 83:19, 84:3
**policy** [1] - 76:11
**portion** [1] - 49:18
**posted** [1] - 65:21
**premises** [6] - 19:20, 19:24, 20:11, 43:8, 46:4, 46:7
**present** [17] - 7:19, 48:19, 69:25, 72:14, 73:10, 74:3, 76:22, 77:2, 77:9, 78:7, 78:16, 79:5, 80:3, 85:15, 87:22, 87:24, 88:3
**PRESENT** [1] - 2:17
**presented** [1] - 36:10
**pretty** [2] - 68:8, 79:14
**previously** [2] - 69:4, 78:15
**primary** [1] - 11:20
**problem** [2] - 7:7, 27:5
**Procedure** [1] - 1:19
**produce** [2] - 29:13, 69:5
**produced** [2] - 73:5
**production** [9] - 29:4, 65:13, 72:12, 73:8, 73:25, 76:3, 76:14, 76:17, 81:20
**profits** [1] - 11:7
**pronoun** [2] - 25:10, 27:12
**pronouns** [1] - 34:25
**proper** [1] - 19:16
**property** [7] - 29:18, 29:24, 29:25, 30:2, 30:4, 30:10, 30:11
**proposed** [1] - 36:11
**provide** [6] - 73:12, 75:2, 75:5, 75:7, 75:11, 75:12
**provided** [2] - 54:11, 75:13
**PUBLIC** [1] - 86:20
**Public** [3] - 1:23, 4:9, 89:7
**pull** [1] - 17:5
**pulled** [2] - 43:11, 43:20
**pulls** [4] - 16:15, 17:10, 18:8, 18:17
**pursuant** [1] - 1:18

**Q**

**Quarterly** [1] - 87:23
**quarterly** [2] - 72:8, 72:15
**question** [48] - 6:7, 6:12, 7:21, 9:2, 14:12, 14:18,

14:20, 14:22, 17:21, 17:24, 18:6, 18:7, 20:22, 20:23, 22:7, 26:9, 28:18, 30:3, 33:12, 38:17, 45:14, 45:15, 46:22, 47:14, 47:21, 50:3, 52:25, 58:15, 63:14, 64:6, 64:20, 65:22, 67:16, 67:18, 67:20, 67:25, 68:3, 68:7, 68:14, 71:13, 74:6, 78:12, 78:19, 79:15, 79:25, 80:17
**questions** [4] - 4:4, 5:6, 24:7, 79:17
**quit** [6] - 44:5, 44:7, 44:11, 44:12, 44:15, 44:16

**R**

**rate** [1] - 53:8
**read** [24] - 14:20, 14:22, 17:15, 17:18, 33:13, 33:15, 33:18, 34:15, 39:25, 40:3, 40:22, 40:23, 41:13, 67:17, 67:20, 68:2, 68:12, 68:14, 79:16, 79:20, 84:16, 84:19, 84:25, 85:3
**reason** [2] - 6:16, 77:14
**receipt** [1] - 73:12
**receive** [2] - 22:17, 44:2
**received** [1] - 69:8
**recollection** [1] - 74:21
**record** [10] - 4:15, 54:6, 54:7, 54:24, 56:24, 64:17, 69:3, 78:12, 81:18, 89:12
**records** [4] - 49:21, 53:23, 73:9, 87:24
**refer** [2] - 51:12, 84:15
**referenced** [1] - 29:5
**referred** [6] - 14:21, 17:17, 33:17, 67:19, 68:13, 79:19
**referring** [6] - 26:17, 35:3, 35:23, 37:23, 76:20, 84:22
**reflected** [1] - 53:4
**reflecting** [1] - 81:17
**reflects** [5] - 52:14, 52:22, 53:7, 53:19, 56:9
**regular** [1] - 17:14
**related** [1] - 89:15
**relationship** [2] - 7:25, 10:25
**remember** [26] - 9:23,

22:21, 23:13, 30:14, 30:17, 30:19, 30:20, 30:21, 30:23, 30:25, 31:4, 38:5, 41:6, 41:9, 41:10, 41:12, 41:15, 42:3, 43:25, 51:11, 51:21, 52:7, 52:8, 52:23, 81:15, 81:23
**rent** [7] - 30:2, 30:11, 31:12, 31:18, 32:8, 32:15, 37:9
**repeat** [3] - 6:7, 16:20, 18:24
**rephrase** [2] - 6:8, 73:19
**reporter** [2] - 5:22, 6:3
**Reporter** [8] - 14:23, 17:19, 33:19, 50:16, 54:20, 67:21, 68:15, 79:21
**represent** [1] - 4:21
**representing** [1] - 40:8
**REQUESTED** [2] - 87:17, 88:2
**required** [1] - 19:23
**reserved** [1] - 3:22
**Respective** [1] - 1:17
**respective** [1] - 3:6
**responsible** [1] - 44:18
**rest** [2] - 12:10, 85:7
**restriction** [1] - 47:2
**return** [2] - 22:20, 72:12
**returns** [1] - 87:22
**review** [11] - 45:11, 45:16, 46:12, 46:13, 46:19, 46:25, 47:3, 47:8, 47:10, 47:17, 48:9
**REYER** [2] - 1:8, 2:9
**Reyer** [30] - 25:4, 25:19, 25:21, 26:20, 28:13, 28:16, 28:21, 29:16, 30:15, 37:6, 66:18, 66:23, 67:3, 67:4, 67:12, 68:18, 68:23, 68:25, 69:4, 69:6, 69:9, 69:19, 71:6, 71:12, 71:15, 77:5, 83:2, 83:10, 83:17, 83:22
**right** [8] - 17:7, 19:11, 19:18, 28:6, 43:24, 57:25, 60:16, 81:7
**Road** [2] - 2:14, 4:18
**ROBERT** [1] - 2:15
**Ronald** [1] - 71:18
**routine** [1] - 19:2
**RUDOFSKY** [1] - 2:8
**rules** [2] - 5:4, 5:19
**Rules** [1] - 1:19

**S**

**satisfied** [1] - 81:6
**saying** [12] - 5:2, 17:3, 18:23, 28:2, 29:10, 29:23, 32:2, 33:24, 34:20, 39:22, 44:15, 81:10
**schedule** [6] - 73:15, 73:16, 73:20, 73:25, 88:3
**SCHRAGER** [4] - 2:11, 82:25, 85:24, 87:15
**sealing** [1] - 3:7
**second** [1] - 79:11
**Security** [2] - 24:13, 49:14
**sense** [3] - 16:22, 17:22, 18:2
**separate** [2] - 68:19, 68:20
**service** [1] - 3:16
**seven** [4] - 12:24, 12:25, 31:7, 31:9
**Seventh** [1] - 32:21
**shake** [1] - 5:25
**share** [1] - 11:7
**sheet** [4] - 44:23, 53:4, 58:4, 58:10
**sheets** [6] - 45:25, 48:12, 48:17, 55:16, 56:4, 57:17
**shift** [10] - 13:10, 13:13, 13:14, 13:18, 14:11, 15:3, 15:6, 16:2, 16:10, 77:19
**shifts** [6] - 13:9, 13:12, 14:13, 14:25, 61:9, 63:11
**show** [2] - 50:17, 55:3
**sic)** [1] - 7:20
**sign** [10] - 28:19, 28:20, 28:24, 36:15, 36:20, 36:23, 37:2, 41:16, 69:11, 69:14
**signed** [16] - 3:10, 3:12, 3:15, 28:23, 29:16, 30:15, 30:18, 36:13, 36:17, 40:7, 40:24, 41:6, 41:18, 69:12, 69:17, 69:19
**simultaneously** [1] - 14:15
**single** [3] - 21:24, 78:21, 80:19
**sir** [16] - 7:13, 20:22, 26:14, 26:21, 45:14, 61:12, 64:18, 67:24, 69:8, 71:18, 72:16, 74:12, 74:15, 74:25, 77:3, 80:3

**sitting** [2] - 38:11, 58:24
**six** [1] - 56:9
**size** [1] - 41:11
**slowly** [1] - 22:14
**Social** [2] - 24:12, 49:13
**sole** [1] - 8:20
**solemnly** [1] - 4:3
**somebody** [2] - 18:20, 34:22
**someone** [6] - 17:4, 17:10, 18:16, 27:23, 38:10, 61:16
**sorry** [4] - 27:12, 35:14, 74:14, 76:21
**source** [1] - 8:20
**SOUTHERN** [1] - 1:2
**space** [1] - 19:17
**speak** [7] - 39:11, 39:15, 39:19, 39:20, 40:15, 40:19, 64:17
**speaking** [3] - 34:25, 39:14
**speaks** [1] - 39:18
**specific** [5] - 16:11, 35:2, 47:14, 51:10, 80:17
**specifically** [5] - 9:3, 46:9, 48:25, 57:8, 58:2
**spell** [2] - 10:2, 82:7
**spellings** [1] - 9:18
**spend** [1] - 14:2
**SS** [1] - 89:4
**staff** [1] - 63:19
**stamp** [1] - 71:7
**stamped** [1] - 84:24
**Star** [1] - 2:19
**start** [3] - 51:23, 58:3, 79:17
**started** [2] - 38:7, 42:7
**STATE** [1] - 89:4
**State** [3] - 1:23, 4:10, 89:8
**state** [6] - 4:14, 24:3, 49:7, 49:17, 50:4, 66:14
**States** [3] - 7:16, 7:19, 7:22
**STATES** [1] - 1:2
**stay** [2] - 37:9, 47:18
**stipulate** [6] - 54:10, 54:13, 54:23, 61:19, 62:5, 62:7
**stipulated** [1] - 61:22
**STIPULATED** [2] - 3:5, 3:20
**stop** [3] - 43:12, 47:20, 48:2
**stored** [1] - 46:2
**story** [1] - 27:6
**Street** [5] - 1:21, 2:5, 2:10, 32:17, 34:2
**streets** [1] - 32:25

**Subscribed** [1] - 86:17
**success** [1] - 58:14
**suffer** [2] - 7:5, 7:8
**suffered** [1] - 7:2
**Suite** [3] - 1:21, 2:5, 2:14
**swore** [1] - 4:3
**sworn** [4] - 3:10, 4:8, 86:17, 89:11

**T**

**takes** [2] - 16:11, 16:13
**talking** [2] - 26:25, 48:24
**Tax** [1] - 87:22
**tax** [1] - 72:12
**taxes** [19] - 23:19, 23:22, 23:25, 24:4, 24:9, 24:11, 48:25, 49:5, 49:8, 49:11, 49:16, 49:19, 49:22, 49:24, 50:2, 50:4, 71:21, 72:8, 82:2
**taxi** [1] - 10:19
**telling** [1] - 20:14
**ten** [4] - 13:25, 14:4, 18:21, 31:2
**tenant** [1] - 82:13
**tending** [1] - 13:5
**term** [1] - 37:10
**terms** [2] - 30:20, 36:4
**testified** [17] - 4:11, 59:7, 59:16, 59:20, 59:24, 60:6, 60:12, 63:3, 63:17, 64:10, 69:24, 71:11, 74:2, 82:12, 82:17, 83:21, 84:5
**testimony** [9] - 6:17, 33:18, 47:6, 56:13, 57:21, 62:17, 66:20, 79:20, 89:13
**thank** [2] - 85:25, 86:9
**THE** [3] - 81:12, 86:5, 86:8
**themself** [1] - 17:5
**there's** [7] - 9:5, 44:24, 61:23, 63:11, 63:19, 66:4, 73:3
**they're** [3] - 24:19, 24:21, 46:6
**three** [1] - 81:24
**ticket** [9] - 17:11, 17:14, 18:10, 18:12, 18:18, 19:9, 19:11, 19:18, 43:22
**TIME** [1] - 1:13
**times** [4] - 48:6, 61:25, 62:6, 62:10
**timesheet** [7] - 44:24, 44:25, 45:2, 45:8, 45:10, 45:16, 45:20, 46:12, 46:14, 46:17,

46:24, 47:3, 47:7, 47:9, 47:16, 47:17, 48:8, 48:15, 48:21, 50:23, 50:25, 54:2, 58:3, 58:9, 58:18, 59:3, 72:25
**timing** [1] - 53:17
**track** [3] - 44:19, 44:21, 53:14
**train** [1] - 10:15
**transcript** [1] - 35:16
**translate** [2] - 4:3, 40:25
**translating** [4] - 5:7, 5:10, 50:9, 74:13
**translator** [4] - 5:7, 5:9, 50:8, 74:13
**Tremont** [20] - 12:9, 12:14, 12:18, 19:20, 24:24, 29:19, 29:24, 30:4, 34:12, 60:7, 65:9, 66:22, 70:5, 70:11, 70:12, 70:15, 77:10, 79:9, 82:13, 83:5
**trial** [1] - 3:22
**true** [3] - 6:17, 62:11, 89:12
**typically** [2] - 21:16, 21:19

**U**

**unattended** [2] - 20:6, 20:21
**unclear** [1] - 27:11
**understand** [23] - 4:25, 5:5, 5:6, 6:6, 6:11, 6:13, 25:8, 27:4, 27:13, 28:7, 28:9, 31:11, 40:3, 40:13, 62:8, 64:24, 66:10, 70:14, 73:18, 78:19, 79:14, 79:25, 80:15
**understanding** [2] - 68:10, 70:20
**unemployment** [2] - 75:19, 76:5
**UNITED** [1] - 1:2
**United** [3] - 7:16, 7:18, 7:22
**unsigned** [1] - 3:14
**Urdu** [7] - 2:18, 4:2, 4:5, 5:11, 5:12, 41:2

**V**

**vacation** [4] - 60:13, 60:15, 60:17, 60:20
**vary** [1] - 63:20
**visit** [2] - 7:20, 46:13

## W

**W-2** [7] - 75:3, 75:5, 75:11, 75:15, 76:3, 76:18, 88:4
**wage** [2] - 22:11, 22:18
**wages** [1] - 45:10
**wait** [4] - 5:9, 18:21, 50:8, 74:12
**waived** [1] - 3:9
**walk** [1] - 10:16
**wants** [3] - 46:18, 47:4, 47:11
**was he** [7] - 38:12, 43:2, 43:7, 45:10, 45:16, 45:19, 77:13
**was it** [5] - 8:14, 28:12, 46:23, 84:11
**was there** [4] - 59:9, 61:3, 77:15, 85:20
**we'll** [3] - 48:6, 62:7, 80:2
**we're** [2] - 34:25, 76:16
**week** [65] - 12:24, 13:2, 13:17, 15:21, 15:24, 16:4, 21:3, 21:6, 21:9, 21:12, 21:15, 21:18, 21:24, 22:12, 22:14, 22:17, 22:22, 23:5, 42:11, 45:4, 45:5, 45:6, 45:13, 45:17, 45:20, 46:13, 46:16, 46:21, 46:23, 51:19, 51:23, 52:8, 52:18, 52:21, 53:12, 53:16, 56:9, 58:20, 58:22, 59:18, 59:22, 60:23, 61:4, 61:7, 61:13, 61:16, 61:17, 61:18, 61:23, 62:13, 62:14, 62:19, 62:22, 62:23, 62:25, 63:10, 63:12, 63:17, 63:19, 63:25, 64:7, 64:14, 74:5, 77:11
**weekly** [3] - 22:18, 23:15, 53:24
**were you** [2] - 35:22, 77:15
**West** [1] - 2:10
**what are** [2] - 12:21, 55:15
**what did** [3] - 25:3, 25:6, 44:10
**What is** [9] - 4:17, 7:25, 11:20, 13:22, 21:22, 25:3, 25:10, 25:12, 84:16
**what was** [3] - 29:16, 40:14, 41:14
**what were** [1] - 42:6
**what's** [5] - 10:21, 12:10,

31:11, 55:4, 82:4
**when did** [3] - 24:22, 37:25, 44:7
**when is** [2] - 32:8, 77:8
**when you** [35] - 5:10, 5:20, 8:4, 18:13, 25:2, 25:5, 25:9, 26:5, 26:14, 28:11, 28:23, 29:22, 30:8, 34:18, 35:9, 35:20, 36:13, 36:17, 37:22, 39:10, 46:16, 46:22, 47:15, 48:4, 48:7, 58:2, 58:4, 58:8, 58:17, 59:6, 59:8, 59:12, 64:10, 69:8, 73:11
**where is** [2] - 12:7, 32:14
**where were** [3] - 7:13, 45:25, 46:8
**WHEREOF** [1] - 89:19
**Whereupon** [10] - 14:21, 17:17, 33:17, 50:13, 54:7, 54:16, 67:19, 68:13, 79:19, 86:10
**who are** [1] - 27:19
**who is** [6] - 15:5, 19:10, 25:18, 60:17, 64:23, 67:2
**who was** [5] - 28:5, 44:18, 73:21, 73:22, 84:8
**who were** [1] - 78:18
**whoever** [2] - 18:14, 18:15
**withheld** [1] - 24:10
**withhold** [4] - 23:22, 23:24, 24:3, 24:12
**WITNESS** [4] - 81:12, 86:5, 86:8, 89:19
**witness** [7] - 3:10, 3:16, 3:18, 4:7, 86:11, 89:10, 89:13
**word** [1] - 84:17
**words** [1] - 40:3
**Work** [1] - 88:3
**work** [50] - 8:3, 8:4, 8:23, 10:6, 10:9, 13:14, 13:18, 13:19, 13:20, 13:23, 14:3, 15:22, 15:25, 21:4, 21:7, 21:10, 21:13, 21:16, 21:19, 21:20, 21:21, 22:2, 22:11, 22:19, 23:18, 41:25, 42:13, 52:17, 59:12, 59:13, 59:17, 59:21, 60:12, 60:22, 60:24, 60:25, 61:7, 61:16, 63:24, 64:2, 64:3, 64:7, 64:15, 73:16, 73:20, 73:25, 74:9, 74:18, 74:20, 79:8

**worked** [40] - 21:23, 42:15, 44:3, 44:19, 45:7, 45:13, 46:20, 48:22, 52:14, 53:4, 53:11, 53:19, 54:4, 56:6, 58:10, 59:8, 62:13, 62:18, 62:23, 62:25, 63:10, 63:18, 64:9, 64:11, 64:13, 74:5, 74:6, 75:10, 77:19, 77:25, 78:7, 78:13, 78:22, 78:25, 80:5, 80:19, 81:11, 81:22, 84:9, 85:16
**Workers'** [4] - 75:22, 76:6, 76:19, 88:6
**working** [16] - 14:9, 18:15, 20:4, 23:17, 37:20, 38:7, 42:4, 42:7, 45:4, 59:8, 59:10, 73:21, 73:22, 78:18, 81:13, 85:21
**works** [9] - 13:6, 13:11, 16:4, 22:16, 23:2, 23:5, 58:21, 59:4, 63:21
**write** [4] - 40:4, 40:5, 40:21, 40:23
**writing** [1] - 68:6
**written** [24] - 23:8, 23:13, 25:23, 27:16, 28:10, 29:7, 30:24, 33:4, 34:16, 34:21, 34:22, 37:5, 40:14, 41:4, 41:14, 51:5, 53:6, 57:4, 67:11, 68:17, 68:23, 69:9, 77:4, 86:3
**Written** [1] - 87:21
**wrote** [1] - 34:15

## Y

**Y-O-U-K** [1] - 82:8
**yaukubi** [1] - 82:6
**yeah** [3] - 13:8, 18:15, 34:20
**year** [16] - 7:15, 8:14, 30:14, 30:21, 31:16, 56:18, 56:21, 56:25, 57:13, 71:22, 72:7, 72:9, 74:25, 75:16, 76:20, 80:8
**years** [5] - 31:2, 31:5, 31:6, 31:7, 31:9
**Yonkers** [1] - 4:18
**YORK** [2] - 1:2, 89:4
**York** [20] - 1:21, 1:23, 2:6, 2:10, 2:15, 4:10, 4:19, 12:15, 12:19, 19:21, 24:24, 33:24, 33:25, 66:22, 70:12, 70:16,

77:10, 82:14, 89:8
**you've** [2] - 49:22, 70:7
**yourself** [9] - 8:9, 10:18, 22:4, 48:22, 59:13, 69:19, 78:14, 80:25, 83:25

## Z

**zaffar** [1] - 10:22
**Zaffar** [5] - 37:23, 69:25, 77:9, 77:18, 82:18
**ZANE** [1] - 2:8