WEEKLY TIME LOG

Week start 10/13/12   week end 10/19/12

Employer:   FDD ENTERPRISES INC

Address: 1872 E. Tremont Ave, Bronx NY 10460

Employee Name:   GALLIE DOSSOU

Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | — | | — | — | — |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | OFF | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 32 | 8.75 | $ 280 |

| WEEKLY TIME LOG | | Week start 10/20/12   week end 10/26/12 |
|---|---|---|

| Employer:   FDD ENTERPRISES INC | Address: 1872 E. Tremont Ave, Bronx NY 10460 |
|---|---|

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | $350 |

| WEEKLY TIME LOG | Week start 10/27/12 | week end 11/2/12 |
|---|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | $350 |

| WEEKLY TIME LOG | | Week start 11 3 12 | week end 11 9 12 |
|---|---|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF f | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | 350 |

| WEEKLY TIME LOG | Week start 1|0|2   week end 1|6|2 |
|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 pm | — | — | 2 |
| TUESDAY | 9:00 Am | 5:00pm | — | — | 2 |
| WEDNESDAY | 9:00 Am | 5:00pm | — | — | 2 |
| THURSDAY | 9:00 Am | 5:00pm | — | — | 2 |
| FRIDAY | 9:00 Am | 5:00pm | — | — | 2 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | # 350 |

WEEKLY TIME LOG     Week start __11|7|12__   week end __11|28|12__

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

Employee Name:   GALLIE DOSSOU          Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
| --- | --- | --- |

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
| --- | --- | --- | --- | --- | --- |
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
| --- | --- | --- |
| 40 | 8.75 | $350 |

WEEKLY TIME LOG                          Week start 11/24/12   week end 11/30/12

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

Employee Name:   GALLIE DOSSOU           Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | # 350 |

| WEEKLY TIME LOG | | Week start 12/1/12   week end 12/7/12 |
|---|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | $ 350 |

| WEEKLY TIME LOG | | Week start _12|8|12_   week end _12|14|12_ |
|---|---|---|

Employer:   FDD ENTERPRISES INC      Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 | — | — | 8 |
| FRIDAY | 9:00 | 5:00 | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | #350 |

| WEEKLY TIME LOG | | Week start 12/15/12   week end 12/21/12 |
|---|---|---|
| Employer:   FDD ENTERPRISES INC | | Address: 1872 E. Tremont Ave, Bronx NY 10460 |
| Employee Name:   GALLIE DOSSOU | | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | # 350 |

| WEEKLY TIME LOG | | Week start 12/22/12 week end 12/28/12 |
|---|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

Employee Name:   GALLIE DOSSOU          Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | $350 |

WEEKLY TIME LOG

Week start 12/29/12 week end 1/4/13

Employer:   FDD ENTERPRISES INC

Address: 1872 E. Tremont Ave, Bronx NY 10460

Employee Name:   GALLIE DOSSOU

Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:40 pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 pm | | | 8 |
| FRIDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 8.75 | $ 350 |

| WEEKLY TIME LOG | Week start 1/15/13   week end 1/11/13 |
|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | $ 376 |

| WEEKLY TIME LOG | | Week start 1/12/13   week end 1/18/13 |
|---|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| THURSDAY | 9:00 pm | 5:00 pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | 6FF | — | — | — | 0 0 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | $376 |

| WEEKLY TIME LOG | | Week start 1/19/13   week end 1/25/13 |
|---|---|---|

**Employer:**   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | $376 |

| WEEKLY TIME LOG | Week start 1/26/13   week end 2/1/13 |
|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME   IN | TIME   OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | $ 376 |

WEEKLY TIME LOG          Week start 2/2/13   week end 2/8/13

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

Employee Name:   GALLIE DOSSOU          Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | $376 |

| WEEKLY TIME LOG | Week start 2|9|13   week end 2|15|13 |
|---|---|

Employer:   FDD ENTERPRISES INC          Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFP | — | — | — | 00 |
| SUNDAY | OFP | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | $376 |

| WEEKLY TIME LOG | | Week start 2/16/3   week end 2/22/13 |
|---|---|---|

Employer:   FDD ENTERPRISES INC        Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | $376 |

| WEEKLY TIME LOG | | Week start 2|23|13   week end 3|1|13 |
|---|---|---|

Employer:    FDD ENTERPRISES INC                 Address: 1872 E. Tremont Ave, Bronx NY 10460

| Employee Name:   GALLIE DOSSOU | Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460 |
|---|---|

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME  IN | TIME  OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | #376 |

WEEKLY TIME LOG        Week start _3/2/13_   week end _3/8/13_

Employer:   FDD ENTERPRISES INC        Address: 1872 E. Tremont Ave, Bronx NY 10460

Employee Name:   GALLIE DOSSOU        Address: 1575 Thieriot Ave, # 5A, Bronx NY 10460

| WEEKLY TIME SHEET/ LOG | No person permitted to work overtime without special Authorization | FOR OFFICE USE ONLY |
|---|---|---|

| DAYS OF WEEK | TIME IN | TIME OUT | OVERTIME IN | OVERTIME OUT | TOTAL HOURS |
|---|---|---|---|---|---|
| MONDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| TUESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| WEDNESDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| THURSDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| FRIDAY | 9:00 Am | 5:00 Pm | — | — | 8 |
| SATURDAY | OFF | — | — | — | 00 |
| SUNDAY | OFF | — | — | — | 00 |

| TOTAL HOURS | RATE /HOUR | TOTAL PAY |
|---|---|---|
| 40 | 9.40 | $376 |