# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

N.Y.S.D. Case # 13-cv-2800(GBD)

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of September, two thousand and fifteen,

---

Dossou Gallie Pinovi, AKA Gallie Dossou,

Plaintiff - Appellee,

v.

Ali Dar,

Defendant - Appellant,

Reyer Parking Corp., Gerald Lieblich, FDD Enterprises Inc.,

Defendants-Cross-Claimants,

FDD Enterprises Inc.,

Defendant-Cross-Defendant.

---

ORDER
Docket Number: 15-2410

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2015

    A notice of appeal was filed on July, 30, 2015. The Appellant's Acknowledgment and Appearance Form due August 14, 2015 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

    IT IS HEREBY ORDERED that the appeal will be dismissed effective September 28, 2015 if the Acknowledgment and Appearance Form is not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/28/2015