# Michael T. Carr, Esq., PLLC

•*Counselor at Law*•
michael@michaeltcarr.com
16 Court Street, Suite 2901
Brooklyn, New York 11241
P: (718) 858 – 0227 • F: (718) 228 – 8584

---

January 13, 2016

**VIA ELECTRONIC FILING**

Hon. George B. Daniels
United States Courthouse
500 Pearl Street
New York, New York 10007-1316

*Re: Gallie Dossou v. Reyer Parking, et. al (13cv2800)*

Dear Honorable Sir:

This office represents the Plaintiff Gallie Dossou in the above-referenced action. We respectfully write to request that the Court enter judgment against Defendant FDD Enterprises, Inc. based upon the trial held in this matter on May 26 and 27, 2015. We also write to request, in the alternative, that a conference in this matter be scheduled before the Court.

This matter was last before the Court on May 27, 2015 for a Trial on the merits against all Defendants. A few days before the trial, Defendant FDD Enterprises, Inc. filed a bankruptcy petition with the Southern District. On May 26, 2015, the first day of the trial, Your Honor found that the matter was stayed against Defendant FDD Enterprises, Inc.; however, the trial proceeded against Defendant Ali Dar.

After trial, Your Honor entered judgment against Defendant Ali Dar and in favor of the Plaintiff. Since the trial in this matter, the bankruptcy petition against Defendant FDD Enterprises, Inc. has been dismissed in its entirety. A true copy of the decision dismissing the bankruptcy is annexed hereto as **EXHIBIT "A."** In light of this dismissal, and therefore a lift of any stays in favor of FDD Enterprises, the Plaintiff respectfully request that judgment be entered against FDD Enterprises, Inc. as the facts elicited during trial would support such a finding. In the alternative, the Plaintiff respectfully requests that this matter be set down for a conference.

Thank you.

Respectfully,

*Michael T Carr*

Michael T Carr

2

c. Robert Chapnick, Esq. (via ECF)