# CHAPNICK & ASSOCIATES, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
114 OLD COUNTRY ROAD • SUITE 560 • MINEOLA, NEW YORK  11501
516-393-5885 • FAX 347-813-4881• CONTACTUS@CHAPNICKLAW.COM

Hon. George B. Daniels, USDJ
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

<u>VIA ECF</u>

January 21, 2016

   **Re:**  ***Dossou v. FDD Enterprises, et al.*, 13-CV-2800**

Dear Judge Daniels:

This office represents the defendants FDD Enterprises, Inc. ("FDD") and Ali Dar ("Dar").

In response to the letter recently filed by the plaintiff, we find no basis to object to entry of judgment against the corporate entity FDD.


Respectfully submitted,

Robert A. Chapnick, Esq.

RAC:lmp

cc: Michael T. Carr, Esq. (via ECF)